FILED
2020 Dec-07 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Miriam G. Becker-Beverly

*Plaintiff,*

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Huntsville City Schools

*Defendant(s),*

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 5:20-cv-1932-AKK
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

**A.  The Plaintiff**

| | |
|---|---|
| Name | Miriam G. Becker-Beverly |
| Street Address | 3105 Haver Road |
| City and County | Huntsville, Madison County |
| State and Zip Code | Alabama, 35810 |
| Telephone Number | (256) 701-1996 |
| E-mail Address *(if known)* | mgbb3105@gmail.com |

☐ **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

12-4-2020
**Date**

*Miriam G. Becker-Beverly*
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

**II.     Basis for Jurisdiction**

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Huntsville City Schools |
| Job or Title *(if known)* | |
| Street Address | 200 White Street |
| City and County | Huntsville, Madison County |
| State and Zip Code | Alabama, 35810 |
| Telephone Number | (256) 428-6800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Huntsville City Schools |
| Street Address | 200 White Street |
| City and County | Huntsville, Madison County |
| State and Zip Code | Alabama, 35810 |
| Telephone Number | (256) 428-6800 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law):*

_____

Relevant state law *(specify, if known):*

_____

Relevant city or county law *(specify, if known):*

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply):*

☐    Failure to hire me

☐    Termination of my employment

☐    Failure to promote me

☐    Failure to accommodate my disability

☒    Unequal terms and conditions of my employment

☒    Retaliation

☐    Other acts *(specify):* _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 9/4/2020 _____

Signature of Plaintiff: *Miriam G. Becker-Beverly*
Printed Name of Plaintiff: *Miriam G. Becker-Beverly*

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22ⁿᵈ Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

Ms. Miriam Becker-Beverly
3105 Haver Road
Huntsville, AL 35810

Mr. Mark Debro
Grace, Matthews & Debro, LLC
108 Jefferson Street North
Huntsville, AL 35801

  Re: Miriam Becker-Beverly v. Huntsville City Schools
    Charge Number 420-2020-00839

Dear Mr. Debro:

This letter is sent regarding the above referenced charge of discrimination which your client originally filed with this office on December 23, 2019. You will recall that the employer's response to your client's allegations was initially released to you on April 7, 2019. On May 5, 2020, the EEOC received your client's rebuttal. We wanted to follow-up with you to advise you that based on an analysis of the material and testimony obtained during the investigation, the Commission has concluded that it is unlikely that additional investigation will result in a finding that the law was violated, as alleged.

In order to find a violation of the statutes on the issue of constructive discharge, the evidence must show in the following order of proof: 1) your client belongs to a protected group; 2) she was subjected to an unlawful practice under the statute; and 3) she protested the unlawful actions or the employer's management was already aware of the actions; 4) although aware of the unlawful practices, the employer's management did nothing to correct these conditions; and 5) the working conditions were so adverse that a reasonable person would not continue to subject themselves to the situation. In order to find a violation of the statutes based on retaliation, the evidence must show 1) your client opposed what she reasonably and in good faith believed to be an unlawful employment practice or she participated in the EEO process; 2) the employer subjected her to an adverse action that would likely discourage a reasonable person from opposing discrimination or participating in the EEO process; and 3) there was a causal connection between her protected activity and the adverse treatment. In order to establish a violation of the statutes under the issue of promotion, it is necessary to show 1) your client is a member of the protected class; 2) she applied for a position for which she met the stated qualifications; 3) she was rejected; 4) the employer filled the position with someone outside her protected class or continued to seek applications from persons with similar qualifications.

Evidence obtained during the investigation indicates that your client did receive pay raises, step increases and job positions that she was qualified for and applied. Evidence obtained during the investigation indicates your client was not treated disparately due to her race or her national origin. The evidence indicates the employer restructured, in which others were put in positions the employer felt necessary for business reasons. The evidence obtained that your client did not have comparators. The evidence obtained indicated your client's position was phased out, and she was put in temporary positions in lieu of being laid off. The evidence obtained indicates that your client kept the benefits of employment with her job title and pay rate. The evidence obtained does not indicate the employer engaged in any discriminatory action based on statute. The evidence obtained indicates that your client was not satisfied

Miriam Becker-Beverly v. Huntsville City Schools
Pg. 2 of 2

with the pay increases that were approved and continuing resolution to her grievances. The evidence
obtained indicates your client voluntarily resigned a year after the initial restructuring. The evidence
obtained does not indicate your client received an adverse employment action, or that she was working in
a hostile environment.

Although the evidence of record does not suggest a violation of any law enforced by the Commission, a
*Dismissal and Notice of Rights* is enclosed. This document gives you the opportunity to pursue the case in
federal district court should you disagree with the Commission's determination. If you decide to pursue
the case in federal court, you must do so within ninety (90) days from the date of your receipt of the
*Dismissal and Notice of Rights*.

If you have any questions, or require additional information do not hesitate to contact me by
e-mail at michael.albert@eeoc.gov or by telephone at (205) 651-7043.

Sincerely,

**SEP 0 2 2020**

Date Mailed

*Michael Albert*

Michael Albert
Federal Investigator

Enclosure

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Miriam Becker-Beverly<br>3105 Haver Road<br>Huntsville, AL 35810 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street South<br>Birmingham, AL 35205 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| **EEOC Charge No.** | **EEOC Representative** | | **Telephone No.** |
| **420-2020-00839** | MICHAEL G. ALBERT,<br>Investigator | | (205) 651-7043 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

| On behalf of the Commission | | SEP 0 2 2020 |
|---|---|---|
| Michael A. Cochran *(digitally signed)* FOR | | |
| | | |
| Enclosures(s) | **BRADLEY A. ANDERSON,**<br>**District Director** | *(Date Mailed)* |

cc:  **HUNTSVILLE CITY SCHOOLS**
C/o Taylor P. Brooks
LANIER FORD SHAVER & PAYNE, P.C.
P.O. Box 35804
Huntsville, AL 35804

Mark Debro
**GRACE, MATTHEWS & DEBRO, LLC**
108 Jefferson Street North
Huntsville, AL 35801

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within **90 days**</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than <u>**2 years (3 years)**</u> before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# GRACE, MATTHEWS & DEBRO, LLC
## ATTORNEYS AT LAW
### 108 JEFFERSON STREET NORTH
### HUNTSVILLE, AL 35801

GARY K. GRACE
JENNIFER M. MATTHEWS*
J. MARK DEBRO
BREE T. WILBOURN**
NATHAN C. HILL
JENNIFER A. BOTTOMLEY
DANIEL P. ROACH

*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN TENNESSEE

TELEPHONE
(256) 534-0491

FAX
(256) 534-0493

EMAIL
gem@graceattys.com

September 10, 2020
PERSONAL & CONFIDENTIAL

Miriam Becker-Beverly
3105 Haver Road
Huntsville, AL 35810

RE:    Miriam Becker-Beverly V. Huntsville City Board of Education
      AEA Case Number     :     2019-270
      GM&D File Number    :     1371-037

Dear Miriam:

On behalf of Grace, Matthews & Debro, we are honored to have had the opportunity to deal with this matter for you through the Alabama Education Association. As we discussed by telephone, I am sad to say that we will be unable to represent or assist you any further on any claims you may have against Huntsville City Schools in the above matter. Our office will be unable to take on your potential retaliatory discharge claim and discrimination case beyond the EEOC claim.   As we discussed, based upon the factors as I understand them, I do not see that your claims would merit consideration by the court to be successful. However, we are not the only lawyers in town and you can always get another opinion.

Since the EEOC has issued its letter and if you wish to pursue that matter further, it is in your best interest to obtain counsel to assist you as soon as possible. Additionally, please be aware that a statute of limitations may apply to your EEOC case and/or Retaliatory Discharge claim if you seek to pursue additional claims on those matters. What this means is that there may be a limited time during which you can seek recovery.  You also have additional timed deadlines to include, but not limited to, the fact that the EEOC has given you a deadline of 90 days to file a case in the federal district court should you disagree with the EEOC's findings. A copy of the Dismissal of the Notice of Rights is attached. **The deadline is 90 days from receipt of the Dismissal of the Notice of Rights**. It was mailed on September 2, 2020 and **we received it on September 4, 2020.**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER<br>420-2020-00859<br>and EEOC |
|---|---|---|

| State or local Agency, if any |
|---|

| NAME *(Indicate Mr., Ms., Mrs.)*<br>Ms. Miriam Becker-Beverly | HOME TELEPHONE *(Include Area Code)*<br>(256) 701-1996 |
|---|---|

| STREET ADDRESS<br>3105 Haver Road | CITY, STATE AND ZIP CODE<br>Huntsville, AL 35810 | DATE OF BIRTH<br>1-22-1971 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Huntsville City Schools | NUMBER OF EMPLOYEES, MEMBERS<br>Over 1000 | TELEPHONE *(Include Area Code)*<br>(256) 428-6800 |
|---|---|---|

| STREET ADDRESS<br>200 White Street | CITY, STATE AND ZIP CODE<br>Huntsville, AL 35801 | COUNTY<br>Madison |
|---|---|---|

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☒ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST *(ADEA/EPA)*       LATEST *(ALL)*
August 2019

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

[Charge]

I. My name is Miriam Becker-Beverly and I am a Hispanic female. I am submitting this charge based on racial discrimination and retaliation in the terms and conditions of my employment, specifically pay and promotions.

II. I began my employment with the Respondent in August 2000. I am college graduate having obtained my degree in Human Resource Management. I served in the role of secretary and office manager/administrative assistant until January 2015 when I accepted a position as Senior Accounting Clerk and relocated to Central Office. I have always performed my duties and responsibilities in a satisfactory manner.

Birmingham District Office
U.S. EEOC

DEC 23 2019

RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)*<br>*[signature]*<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date  12-20-19   Charging Party *(Signature)*  *[signature]* | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year)<br>12-20-19 |
|---|---|

My Commission Expires 07/11/2023

III.     I have personally observed the Respondent provide an inequality in wages between myself and similarly situated white employees that have less experience and education. In April 2018, as part of a reorganization, three white female employees were given title changes from Accounting Clerk to Finance Generalist. As a result of this title change, all three employees were given a significant pay increase. In October 2018, I was moved to Accounts Payable and began Accounts Payable work. I was also relocated to the Accounts Payable area. Although I have more education and experience, I was never placed on a comparable pay-scale with the other three white female employees in the Accounts Payable department.

IV.     I have been the victim of racial discrimination with respect to promotions, pay, and other terms and conditions of employment. I believe that I have been the victim of retaliation against me for inquiring about my inequitable salary. Further, I believe these transfers were an attempt to obfuscate my claims to salary adjustment.

V.     I was directly affected by said discriminatory practices by being deprived of the opportunity to be employed in an environment free of racial discrimination. This action by Huntsville City Schools is also not comparable to the treatment of my similarly situated white coworkers, all three of whom received title changes, remained at the central office, and received annual pay raises ranging from over 25% to nearly 30%. In contrast, this action would represent approximately a 10% annual pay raise for me. Further, the transfer conducted for the "person or political reasons" of retaliation would remain in effect.

VI.     I as a Hispanic woman have been the victim of discrimination and retaliation with respect to appointments, selection decisions, job assignments, promotions, training, discipline, compensation benefits, and other terms and conditions of employment.

VII.     Huntsville City Schools has through its inequitable compensation and retaliatory transfer violated my rights under Board policy as well as State and Federal law. It was made clear that Huntsville City Schools would not change their position and I was forced to resign my position on October 1, 2019.

VIII.     Thus, upon information and belief, I as a Hispanic have been discriminated against because of my race, in violation of the Civil Rights Act of 1964, as amended. The Respondent's employment practices also have a disparate impact on me as a Hispanic employee in that they affect me disproportionately in relation to similarly situated whites.

I declare under penalty of perjury the foregoing is true and correct.

_12·20·19_
Date

_12-20-19_

_Miriam G. Beck-Beverly_
Name

_Amber Franke_

My Commission Expires 07/11/2023

A Franklin
4/27/2020

CO-P2-F1

I have been employed with Huntsville City Schools since August 2000. I served in the role of secretary and office manager/administrative assistant until January 2015 when I accepted a position as Senior Accounting Clerk and relocated to Central Office. In addition to my 18+ years of office management experience with Huntsville City Schools, I also have a B.S. in Human Resources and 6 years of corporate administrative experience. In 2017, Bob Hagood became the Chief Financial Officer (CFO). Hagood discussed with the staff his desire to reorganize and to elevate salaries within his departments, which included accounts payable, payroll, and finance.

In April 2018, as part of this reorganization, 3 white employees (Tracy Stiegler, Amy Danylo, and Angie Brown) were given title changes from Accounting Clerk to Finance Generalist. As a result of this title change, all three employees were given a significant pay increase.

- Angie Brown was changed from a Grade 14, Step 6 ($31,706.89 annual salary) to Grade 11, Step 7 ($41,090.64 annual salary), representing an annual raise of $9,383.75 or approximately 29%. Angie Brown started with Huntsville City Schools in July 2014 and to my knowledge, does not have a degree.
- Amy Danylo was changed from a Grade 14, Step 10 ($34,288.45 annual salary) to Grade 11, Step 9 ($43,075.92 annual salary), representing an annual raise of $8,787.47 or approximately 25%. Amy Danylo started with Huntsville City Schools in December 2006 and to my knowledge, does not have a degree.
- Tracy Stiegler was changed from a Grade 14, Step 9 ($33,692.70 annual salary) to Grade 11, Step 9 ($43,075.92 annual salary), representing an annual raise of $9,383.22 or approximately 27%. Tracy Stiegler started with Huntsville City Schools in October 2016 and to my knowledge, does not have a degree.

In October 2018, I was moved to Accounts Payable. The Accounts Payable department then included myself (Hispanic), Brown (White), Danylo (White), and Stiegler (White), under the direction of Shirley Miller (White). I took on Accounts Payable work, was added to the Accounts Payable email list, my phone was adjusted to reflect my new location, and my office itself was physically relocated to the Accounts Payable area. Further, I was removed from old accounts I worked while in Finance (e.g. Cadence Bank). Once I was moved to Accounts Payable, I began inquiring as to when I would be placed on a comparable pay-scale with the other three employees in the department (Brown, Danylo, and Stiegler listed above). Email correspondence dating back to mid-October 2018 was sent to then CFO Bob Hagood as well as my immediate supervisor, Shirley Miller, regarding the status of my pay. I repeatedly followed up with CFO Hagood with minimal response until he resigned on or about December 2018. With the resignation of Hagood and the appointment of Rob Terry as interim CFO, I emailed Rob Terry as well as Shirley Miller on January 3rd regarding the status of my pay and the lack of action taken at that point. I was informed on January 15, 2019 by Rob Terry that my salary request would need to involve Shirley Wellington, the District's Compliance Director. I emailed Ms. Wellington throughout January and February regarding the status of my salary change.

After contacting Wellington, per Rob Terry's direction, I was approached by my immediate supervisor Shirley Miller who told me I would be moved out of Accounts Payable and back to Finance because I had filed a grievance. Even though I had not filed a grievance and Rob Terry had initiated contact with the Compliance Director, Ms. Miller acted as if I had filed a grievance. It was clear based on the communication I received, the move out of the department, and the way the move was handled that this is in retaliation for inquiring about

CO-P2-F1

my inequitable salary. Later that spring in May 2019, I was approached by Shirley Miller and Rob Terry who wanted to give me the "opportunity to volunteer" for a transfer to the open bookkeeping position at Whitesburg. When I asked what would happen if I didn't "volunteer," I was told by Miller that they would "start paperwork." In a subsequent, impromptu meeting with Miller, she urged "don't throw 20 years away" and indicated I could be demoted. In June 2019, I was force transferred to the position at Whitesburg. My title and pay remained the same.

I believe the move out of the Accounts Payable department and ultimately to Whitesburg was retaliation against me for inquiring about my inequitable salary. Further, I believe these transfers were an attempt to obfuscate my claims to salary adjustment. Instead of regrading my title and pay to that of Finance Generalist, as was done for my white colleagues, I was kept at the title and pay of Senior Accounting Clerk (the only one in Accounts Payable) and ultimately moved out of the department after asking questions.

I am now pursuing a more formal route to resolution of this matter after months of unsuccessful inquiries. Per Step One of the HCS Grievance Procedure, I met with Shirley Miller, Rob Terry, Tina Hancock (current District CFO) and my representative Adam Keller (AEA UniServ Director) on July 23rd, 2019. In response to my initiation of the grievance process, I received a letter on August 6th, 2019 from HCS Superintendent Christie Finley via CFO Tina Hancock. The letter states the following:

> *Upon consideration of your request, I have approved an increase in your pay grade from Grade 12, Step 12 to Grade 11, Step 12 effective August 1, 2019. As a result, your annual salary will be increased from $40, 234.32 to $44, 401.40. Your job title will remain as Senior Accounting Clerk and you will continue to serve at Whitesburg.*

I do appreciate that the District has now provided me a form of response after approximately 10 months of inquiries. I also appreciate that the willingness to adjust my salary. However, change in pay grade does not provide adequate resolution to the grievance at hand. I am not sure how my salary grade could change without a change of my job title as that would mean my pay is not reflected on the HCS compensation plan. With an effective date of August 1st, it provides no back-pay and does not address the fact that my salary should have been changed in October 2018 had I been treated equitably. This action by HCS is also not comparable to the treatment of my similarly situated white comparators, all three of whom received title changes, remained at the central office, and received annual pay raises ranging from over 25% to nearly 30%. In contrast, this action would represent approximately a 10% annual pay raise for me. Further, the transfer conducted for the "personal or political reasons" of retaliation would remain in effect.

**I believe Huntsville City Schools has through its inequitable compensation and retaliatory transfer violated my rights under Board policy as well as State and Federal law. Therefore I am requesting the following corrective actions: 1) Annual salary percentage increase comparable to my 3 white colleagues, 2) Back-pay to October 2018 reflecting this equitable salary, 3) title change and placed back in Accounts Payable, and 4) no retaliation or reprisals from any staff employed by the Board for filing this grievance and likewise for any corroborating witnesses.**

## Becker-Beverly, Miriam G

*Attachment A*

| | |
|---|---|
| **From:** | Halla, Teresa |
| **Sent:** | Wednesday, December 13, 2017 11:26 AM |
| **To:** | All Principals; Wright, Judith I; Woods, Gwendolyn; Ward, J S; Venezia, Bonnie; Tucker, Judy D; Tucker, Dana; Taylor, Sarah; Swearengin, Mistie L.; Stroud, Marie G; Speer, Julie; Smith, Sheri D.; Seldon, Sandra K; Salvail, Pamela; Reed, Deborah L; Pape, Teri W; Naymon, Alesa; Murphree, Joye A; Minor, Janice S; Michael, Rita G; Maples, Carolyn; Lewis, Esmarita C; Kanupp, Wendy O; Jackson, Maggie; Hendley, Mary A; Hanvey, Torre O; Hall, Paula; Grubbs, Sharon J; Grimes, David L; Graviet, Brittley C.; Freeman, Danna B; Franklin, Denise M; Elliott, Anna; Dunn, Traci; Davis, Holly; Danford, Debra; Cook, Felicia A; Christmas, Shelley; Casteel, Debbie H; Buckner, Sandra H; Brown, Cynthia; Bowman, Damita E; Black, Freda S; Baker, Chaka; Alverson, Joana; Almond, Deanna C; Atkins, Susan; Clark, Robin; Lyle, Charles R.; Buchanan, Suzanne |
| **Cc:** | Davis, Willie; Everheart, Belinda; Becker-Beverly, Miriam G |
| **Subject:** | January Upcoming Finance Changes |

As many of you have heard, Paula Marshall will no longer be with Huntsville City Schools as of January 1. Paula has provided a great service to us by going out to the schools to help our local school bookkeepers. We will miss her and hope she finally gets to enjoy her long awaited retirement.

Belinda Everheart will take over as the local school liaison in addition to her normal duties as Mert's Bookkeeper. Belinda has been with Huntsville City Schools for three plus years and prior to that worked with Madison City Schools as a Certified Classroom teacher and Bookkeeper. Belinda will become your primary contact for all local school bookkeeping. Miriam Becker Beverly and Belinda will be doing some cross training so that Miriam can serve as backup to Belinda on an as needed basis.

However, because we will be short a staff member in finance, Belinda will not be able to come out to the school on a moments notice. After all, she is one person with several duties and there are 38 schools. With this change we are asking if any bookkeepers are out of the office for more than three days that some compensating procedures be put into place at the school.

We have already put into place that all schools should have a backup to receipt and deposit money in a bookkeepers absence. If you do not have this currently in place please do so immediately. Money should be deposited on a daily basis if it exceeds $100.

If a bookkeeper knows that they will be absent for vacation, extended personal, or extended sick leave we are asking them to alert the staff so they can take care of anything pending prior to their absence. (Change cash request, Purchase Orders, Request for checks, batching invoices, etc.)

Should an emergency arise and the school need a Purchase Order while the bookkeeper is absent the principal or designee may scan and email or fax a requisition to Belinda and she will be able to issue the PO from Mert's and send back to the Principal.

At our January 10th bookkeeping meeting we will be going over some changes with all local school bookkeepers. The primary focus of the meeting will be to make sure that each local school bookkeeper understands the current Huntsville City financial procedures and the Alabama laws related to school finances. We want all of our local school bookkeepers to be current on these issues and are expecting them

1

*1 of 2*

to be the main school source of relaying information to our school principals and staff as directed by the finance department. Of course, we are always here to assist and interpret any laws or questions you have.

Thank you for your understanding and again we are here to assist you.



Teresa Halla
Lead Financial Coordinator
200 White Street
Huntsville, AL 35801
Phone: (256) 428-6847

2

$2082$

**Becker-Beverly, Miriam G**

*Attachment B*

| | |
|---|---|
| **From:** | Becker-Beverly, Miriam G |
| **Sent:** | Thursday, October 11, 2018 11:45 AM |
| **To:** | Brown, Angela; Stiegler, Tracy |
| **Cc:** | Miller, Shirley F |
| **Subject:** | Phones |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Brown, Angela | |
| | Stiegler, Tracy | |
| | Miller, Shirley F | Read: 10/11/2018 12:41 PM |

IT called and said that after today our voice mail password will be reset to 1111 until we personally go in and change it.

-Miriam

Miriam G. Becker-Beverly
Senior Accounting Clerk
miriam.becker-beverly@hsv-k12.org

Finance Department
Huntsville City Schools
PH: 256-428-6937
FX: 256-428-6850

*We changed Cubical's within Accounts Payable Phone's had to be Re programmed.*

*Angie moved to my office area in Finance Dept. and I was moved/ relocated to Accounts Payable department. Tracy's old area/location.*

1

19

RUN TIME: 09:31AM          CLASSIFIED EMPLOYEES PERMANENT RECORD CARD

*Attachment 2*

EMPL #:   11665          SSN: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      CERT CD: N    BIRTH DATE: 01/22/1971
  NAME:   BECKER-BEVERLY , MIRIAM G                  MARITAL STAT: M   Married
ADDRESS:  3105 HAVER ROAD                               ETHNICITY: 3   HISPANIC
          HUNTSVILLE, AL 35810                            GENDER: F   Female
  PHONE:                                              HIRE DATE: 08/14/2000

TESTS                                CERTIFICATES                          AOE

Fingerprints Cleared     TESTED: 06/18/2004
   EXP:                  PASSED: YES
Fingerprints Sent        TESTED: 12/01/2003
   EXP:                  PASSED: YES
Leave of Absence         TESTED: 06/05/2015
   EXP: 06/23/2015       PASSED: YES


EDUCATIONAL PREPARATION                 EMPLOYMENT SUMMARY
COLLEGE: 999999 UNKNOWN COLLEGE         DATE 1ST SERVED: 08/14/2000   DATE RE-EMP:
                Huntsville, AL              LAST DATE: 07/15/2010      07/16/2010
FROM:           YR GRAD:                    LAST DATE: 08/02/2010      08/03/2010
THRU:           DEGREE: 1                   LAST DATE: 01/04/2015      01/05/2015
                                            LAST DATE: 10/14/2018      10/15/2018


HIRE / ENDED    LOCATION DESC / POSITION DESC    SALARY SCH    PAY RATE    %WKED    ANNUAL SAL

*1 of 5*

| 08/14/2000 | 0100-EAST CLINTON ELEM SCHOOL | | 16.41 | 100.00% | 31,640.35 |
| 07/15/2010 | 2768-SECRETARY I (SCHOOL) | | | | |

| 07/16/2010 | 0273-PROVIDENCE ELEMENTARY | | 16.41 | 100.00% | 31,640.35 |
| 08/02/2010 | 8221-SECRETARY I (SCHOOL) | | | | |

| 08/03/2010 | 0273-PROVIDENCE ELEMENTARY | | 148.25 | 100.00% | 35,728.56 |
| 01/04/2015 | 8532-OFFICE MANAGER ADMIN ASSIST | | | | |

— I Reported Diretly + worked for the Lead Finance Coordinator

| 01/05/2015 | 8637-FINANCE - COORD (KRONOS ONLY) | A1/12/11 | 22.14 | 100.00% | 39,849.84 |
| 10/14/2018 | 10744-SENIOR ACCOUNTING CLERK | | | | |

| 10/15/2018 | 8639-FINANCE-(KRONOS ONLY) | A1/12/11 | 22.14 | 100.00% | 39,849.84 |
| Non-Ended | 12410-SENIOR ACCOUNTING CLERK | | | | |

2.75

EMPL #:   15687        SSN:                CERT CD: N   BIRTH DATE:
  NAME:  DANYLO , AMY K                        MARITAL STAT: S    Single
ADDRESS:  ?                                      ETHNICITY: 1    WHITE
                                                    GENDER: F    Female
  PHONE:                                         HIRE DATE: 12/11/2006

TESTS                                CERTIFICATES                                    AOE

Fingerprints Cleared      TESTED: 02/08/2007
    EXP:                  PASSED: YES
Fingerprints Sent         TESTED: 02/25/2007
    EXP:                  PASSED: YES


EDUCATIONAL PREPARATION                  EMPLOYMENT SUMMARY
COLLEGE: 999999  UNKNOWN COLLEGE         DATE 1ST SERVED: 12/11/2006    DATE RE-EMP:
                 Huntsville, AL             LAST DATE: 04/19/2018      04/20/2018
FROM:            YR GRAD:
THRU:            DEGREE:


| HIRE / ENDED | LOCATION DESC / POSITION DESC | SALARY SCH | PAY RATE | %WKED | ANNUAL SAL |
|---|---|---|---|---|---|
| 12/11/2006 | 8639-FINANCE-(KRONOS ONLY) | A1/14/10 | 16.49 | 100.00% | 34,288.45 |
| 04/19/2018 | 2954-ACCOUNTING CLERK | | | | |
| 04/20/2018 | 8639-FINANCE-(KRONOS ONLY) | A1/11/9 | 22.44 | 100.00% | 43,075.92 |
| Non-Ended | 12295-FINANCE GENERALIST I | | | | |

3.15

```
EMPL #:   21493        SSN:              CERT CD: N   BIRTH DATE:
  NAME:  STIEGLER , TRACY LEIGH                   MARITAL STAT: U   unknown 1
ADDRESS:                                             ETHNICITY: 1   WHITE
                                                       GENDER: F   Female
  PHONE:                                          HIRE DATE: 10/10/2016
```

TESTS                                  CERTIFICATES                                  AOE

```
EDUCATIONAL PREPARATION              EMPLOYMENT SUMMARY
COLLEGE:                             DATE 1ST SERVED: 10/10/2016    DATE RE-EMP:
                                        LAST DATE: 04/19/2018    04/20/2018
FROM:           YR GRAD:
THRU:           DEGREE:
```

| HIRE / ENDED | LOCATION DESC / POSITION DESC | SALARY SCH | PAY RATE | %WKED | ANNUAL SAL |
|---|---|---|---|---|---|
| 10/10/2016<br>04/19/2018 | 8639-FINANCE-(KRONOS ONLY)<br>2819-ACCOUNTING CLERK | A1/14/9 | 16.20 | 100.00% | 33,692.70 |
| 04/20/2018<br>Non-Ended | 8639-FINANCE-(KRONOS ONLY)<br>12294-FINANCE GENERALIST I | A1/11/9 | 22.44 | 100.00% | 43,075.92 |

4 25

RUN TIME:  09:28AM      CLASSIFIED EMPLOYEES PERMANENT RECORD CARD

EMPL #:   19949     SSN:[1]        CERT CD: N   BIRTH DATE:
  NAME:  BROWN , ANGIE CAROL              MARITAL STAT: U   unknown 1
ADDRESS:                      ETHNICITY: 1   WHITE
                           GENDER: F  Female
  PHONE:                    HIRE DATE: 07/07/2014

| TESTS | | CERTIFICATES | AOE |
|---|---|---|---|
| Fingerprints Cleared | TESTED: 07/07/2014 | | |
| EXP: | PASSED: YES | | |
| Leave of Absence | TESTED: 06/19/2018 | | |
| EXP: 09/13/2018 | PASSED: NO | | |

EDUCATIONAL PREPARATION            EMPLOYMENT SUMMARY
COLLEGE:                      DATE 1ST SERVED: 07/07/2014   DATE RE-EMP:
                          LAST DATE: 04/19/2018   04/20/2018
FROM:        YR GRAD:
THRU:        DEGREE:

| HIRE / ENDED | LOCATION DESC / POSITION DESC | SALARY SCH | PAY RATE | %WKED | ANNUAL SAL |
|---|---|---|---|---|---|
| 07/07/2014 | 8639-FINANCE-(KRONOS ONLY) | A1/14/6 | 15.24 | 100.00% | 31,706.89 |
| 04/19/2018 | 2914-ACCOUNTING CLERK | | | | |
| 04/20/2018 | 8639-FINANCE-(KRONOS ONLY) | A1/11/7 | 21.40 | 100.00% | 41,090.64 |
| Non-Ended | 12296-FINANCE GENERALIST I | | | | |

5 of 5

Attachment D

| CCTR | Location | | C Ctr | Location | | C Ctr | Location | |
|---|---|---|---|---|---|---|---|---|
| 10 | Blossomwood Elem | Amy | 300 | Rolling Hills | | 8323 | Custodians | Amy |
| 25 | A A A | Miriam | 305 | McNair | Miriam | 8325-8331 | Elec/Carp/Painting/Constru | |
| 34 | Challenger Elem | | 315 | Sonnie Hereford | | 8340-8391 | HVAC /Vehicle/ Operations | |
| 37 | Challenger Middle | Amy | 340 | Grissom High | Tracy | 8421 | CNP  (Henry Ward) | |
| 40 | Chapman P - 8 | Miriam | 350 | Weatherly Heights Elem | Amy | 8610/8621 | Superintendent's office | Miriam |
| 52 | Columbia High | Tracy | 370 | James Dawson Elem | Amy | 8624 | Federal Programs | Tracy |
| 60 | M L K | Amy | 400 | Whitesburg K - 8 | Miriam | 8214 | ESOL - Batista 8214 | Tracy |
| 80 | A S F L | Amy | 410 | Williams Elem | Miriam | 8629 | Asst Superintendent office | Miriam |
| 120 | Farley Elem | Miriam | 415 | Williams Middle | Miriam | 8633 | Purchasing (Finance) | Miriam |
| 132 | Goldsmith-Schiffman | Amy | 460 | New Century | Tracy | 8634 | Asset Mgmt(Louis Harris) | Amy |
| 135 | Hampton Cove Elem | Amy | 6000 | Hsv Ctr for Tech | Tracy | 8635 | Finance | Miriam |
| 138 | Hampton Cove Middle | Amy | 8101 | Earthscope | Amy | | Utility Bill | Miriam |
| 140 | Highlands Elem | Amy | 8102 | Special Education | Tracy | | Apple Bus Monthly | Amy |
| 160 | Huntsville High | Tracy | 8210 | Behaviorial Learning | Miriam | | Republic Services | Angie |
| 170 | Huntsville Middle | Amy | 8211 | Student Services | Miriam | 8640 | ETV    (Keith Ward) | Amy |
| 172 | Jemison | Tracy | 8215 | Health Services | Miriam | 8641 | Talent Mgmt(Simmons) | Miriam |
| 180 | Jones Valley | Amy | 8216 | Guidance | Miriam | 8642/8646 | Assessment (Dr McNeal) | Miriam |
| 190 | Lakewood Elem | Amy | 8217 | STRGY/INNOV (Finley) | Miriam | 8645 | Info Systems (DP) | Miriam |
| 200 | Lee High | Tracy | 8218 | Director/Mgnt(Summervil | Tracy | 8647/8691 | Human Resources | Miriam |
| 220 | Morris P-8 | Miriam | 8220 | DOI P-8 (Scott) | Miriam | 8650 | Network Learning | Tracy |
| 230 | McDonnell Elem | Amy | 8219 | Sch Readiness(Scott) | Tracy | 8395 | McJohn | Tracy |
| 240 | Monte Sano Elem | Amy | 8221 | DOI- Sec (Edwards) | Tracy | | Capital / Fixed Assets | Tracy |
| 250 | Montview Elem | Miriam | 1289 | Magnet | Tracy | | Xerox Office | Miriam |
| 270 | Mt Gap K-8 | Miriam | 1290 | Project Lead The Way | Tracy | | PESG | Angie |
| 273 | Providence | Amy | 1275 | Freshman Academy | Tracy | | Staples/A-Z | Angie |
| 280 | Ridgecrest | Amy | 1287 | Laying the Foundation | Tracy | | Mastercard | ALL |
| 290 | Chaffee | Amy | 1420 | Robotics | Tracy | | Compass | ALL |

*Attachment E*

## FW: October mileage

**Stiegler, Tracy**
Tue 12/18/2018 2:34 PM
**To:** Becker-Beverly, Miriam G <Miriam.Becker-Beverly@hsv-k12.org>

📎 1 attachments (262 KB)
mileage October 2018.pdf;

Please process for this week's check run….
Thanks!

Tracy Stiegler
Finance Generalist
Huntsville City Schools, Accounts payable
Tracy.Stiegler@HSV-K12.ORG
256-428-6860

**From:** Buckner, Sandra H <Sandra.Buckner@hsv-k12.org>
**Sent:** Tuesday, December 18, 2018 2:14 PM
**To:** Stiegler, Tracy <Tracy.Stiegler@hsv-k12.org>
**Subject:** FW: October mileage

Here you go.

Thanks for your help!

**From:** Buckner, Sandra H
**Sent:** Monday, November 5, 2018 2:05 PM
**To:** Everheart, Belinda <Belinda.Everheart@hsv-k12.org>
**Subject:** October mileage

New form 😊

Sandra Buckner
Administrative Assistant
Chaffee Elementary
Phone 256-428-7040
Fax    256-428-7047

"You've got to get up every morning with determination if you're going to go to bed with satisfaction."
— George Horace Lorimer

*Attachment*  *D  F*

## FW: LTR Forms

**Danylo, Amy K**
Mon 12/3/2018 11:21 AM
**To:** Crane, Elizabeth <Elizabeth.Crane@hsv-k12.org>
**Cc:** Stiegler, Tracy <Tracy.Stiegler@hsv-k12.org>; Becker-Beverly, Miriam G <Miriam.Becker-Beverly@hsv-k12.org>

📎 3 attachments (3 MB)
Pulice 12.03.18.pdf; Ashley Thomas 12.03.2018.pdf; Natalie Pachinger 12.03.18.pdf;

Elizabeth,

About every quarter we have new responsibilities in Accounts Payable and I will no longer be processing the items from your department. Miriam will be processing all items that come through Accounts Payable with cost center 8215 and 8216.
Just FYI

Thank you, Amy

**From:** Crane, Elizabeth
**Sent:** Monday, December 3, 2018 10:18 AM
**To:** Danylo, Amy K <Amy.Danylo@hsv-k12.org>; Stiegler, Tracy <Tracy.Stiegler@hsv-k12.org>
**Subject:** LTR Forms

Please see attached LTR forms for Kristin Pulice, Ashley Thomas, and Natalie Pachinger. Let me know if you need anything else. Thank you!!

Elizabeth Crane

Health Services Dept.

Administrative Assistant

Merts-Room 109

256.428.6830

*Attachment G*

Office Hours: 8:00am - 4:30pm

The primary responsibilities of the Human Resources Department includes managing and coordinating the hiring/employment process, including recruitment, interviewing, resignations and terminations, orientation of new hires, substitutes and background checks; as well as managing benefits and compensation, employee relations, and reviewing, analyzing and evaluating job descriptions and salary schedules.

The Human Resources Department is located in the Room 102 of the Annie C. Merts Building at 200 White Street, Huntsville, Alabama, 35801.

For all employee benefits information, please visit MyHCS Benefits

# Human Resources Director

Micah S. Fisher, SPHR, SHRM-SCP
Micah.Fisher@hsv-k12.org
256-428-6839

## Career Opportunities

General Information                                                     ⌄

Contracted Staffing Services Opportunities                              ⌄

Substitute Teachers                                                     ⌄

New Employee Information                                                ⌄

## Compensation Plan | Salary Schedule for Classroom Teachers

Nine Months - 187 Day Contract                                          ⌄

Ten Months - 202 Day Contract                                           ⌄

Eleven Months - 222 Day Contract                                        ⌄

Twelve Months - 240 Day Contract                                        ⌄

*1 of 10*

## Compensation Plan | Salary Schedule for School Nurses

Public School Nurse - 182 Day Contract ⌄

## Compensation Plan | Salary Schedule for Substitutes

Substitute Pay Information ⌄

## Compensation Plan | Classified & Non-Instructional Certified Grade Assignments

Grade Assignments (A-E) ⌄

Grade Assignments (F-N) ⌄

Grade Assignments (O-Z) ⌄

## Compensation Plan | Classified & Non-Instructional Certified Position Salaries

Grade 00, 0, 1 ⌄

Grade 2, 3 ⌄

Grade 4 ⌄

Grade 5 ⌄

Grade 6 ⌄

Grade 7 ⌄

Grade 8 ⌄

Grade 9 ⌄

Grade 10 ⌃

SHARES

2 of 10

# Twelve and Eleven Month Positions

Grade 10 (12 months/240/8)                Grade 10 (11 months/222/8)

Assessment Specialist
Asset Management Technician
Communications Control Operator
Communications Generalist
Educational Technology Technician
Help Desk Technician                      Help Desk Technician
Lead Security Operator
Network Generalist
Records Management Specialist
Systems Generalist
Systems Generalist (CNP Support)
Security System Maintenance Technician

Step 0 - $34,436.99                       Step 0 - $31,920.44

Step 1 - $35,958.60                       Step 1 - $33,330.86

Step 2 - $37,480.21                       Step 2 - $34,741.27

Step 3 - $39,001.81                       Step 3 - $36,151.68

Step 4 - $40,523.46                       Step 4 - $37,562.13

Step 5 - $42,043.39                       Step 5 - $38,970.99

Step 6 - $43,563.33                       Step 6 - $40,379.85

Step 7 - $45,081.55                       Step 7 - $41,787.13

Step 8 - $46,603.16                       Step 8 - $43,197.55

Step 9 - $47,362.31                       Step 9 - $43,901.22

Step 10 - $48,121.41                      Step 10 - $44,604.85

Step 11 - $48,881.38                      Step 11 - $45,309.27

Step 12 - $49,641.33                      Step 12 - $46,013.70

Step 13 - $50,147.99                      Step 13 - $46,483.33
SHARES
Step 14 - $50,654.63                      Step 14 - $46,952.94

3 of 10

Grade 10 (12 months/240/8)

Step 15 - $51,161.27

Step 16 - $51,667.90

Step 17 - $52,174.53

Step 18 - $52,681.20

Grade 10 (11 months/222/8)

Step 15 - $47,422.56

Step 16 - $47,892.17

Step 17 - $48,361.78

Step 18 - $48,831.42

## Ten and Nine Month Positions

Grade 10 (10 months/202/8)

Help Desk Technician
Transition Coach

Step 0 - $26,754.89

Step 1 - $27,937.06

Step 2 - $29,119.25

Step 3 - $30,301.41

Step 4 - $31,483.61

Step 5 - $32,664.47

Step 6 - $33,845.36

Step 7 - $35,024.90

Step 8 - $36,207.07

Step 9 - $36,796.87

Step 10 - $37,386.64

Step 11 - $37,977.07

Step 12 - $38,567.50

Step 13 - $38,961.13

Step 14 - $39,354.75

Grade 10 (9 months/187/8)

Certified Occupational Therapist Assistant (COTA)

Step 0 - $24,768.14

Step 1 - $25,862.53

Step 2 - $26,956.92

Step 3 - $28,051.30

Step 4 - $29,145.72

Step 5 - $30,238.90

Step 6 - $31,332.09

Step 7 - $32,424.04

Step 8 - $33,518.43

Step 9 - $34,064.43

Step 10 - $34,610.40

Step 11 - $35,156.99

Step 12 - $35,703.58

Step 13 - $36,067.98

Step 14 - $36,412.37

4 of 10

| Grade 10 (10 months/202/8) | Grade 10 (9 months/187/8) |
|---|---|
| Step 15 - $39,748.37 | Step 15 - $36,796.76 |
| Step 16 - $40,141.98 | Step 16 - $37,161.15 |
| Step 17 - $40,535.59 | Step 17 - $37,525.53 |
| Step 18 - $40,929.23 | Step 18 - $37,889.94 |

## Grade 11 ⌃

**Grade 11 (12 months/240/8)**

Administrative Assistant
Buyer
Data Management Specialist
Finance Generalist I
Lead Accounting Clerk
Lead Student Data Generalist

**Grade 11 (11 months/222/8)**

Lead Accounting Clerk
Office Manager/Administrative Assistant

| Grade 11 (12 months/240/8) | Grade 11 (11 months/222/8) |
|---|---|
| Step 0 - $31,818.29 | Step 0 - $29,493.10 |
| Step 1 - $33,142.91 | Step 1 - $30,720.93 |
| Step 2 - $34,467.53 | Step 2 - $31,948.75 |
| Step 3 - $35,792.17 | Step 3 - $33,176.59 |
| Step 4 - $37,116.79 | Step 4 - $34,404.41 |
| Step 5 - $38,441.42 | Step 5 - $35,632.24 |
| Step 6 - $39,766.04 | Step 6 - $36,860.07 |
| Step 7 - $41,090.67 | Step 7 - $38,087.89 |
| Step 8 - $42,413.62 | Step 8 - $39,314.16 |
| Step 9 - $43,075.94 | Step 9 - $39,928.09 |
| Step 10 - $43,738.27 | Step 10 - $40,542.01 |
| Step 11 - $44,069.81 | Step 11 - $40,849 ´ 3 |

SHARES

5 of 10

| Grade 11 (12 months/240/8) | Grade 11 (11 months/222/8) |
|---|---|
| Step 12 - $44,401.40 | Step 12 - $41,156.68 |
| Step 13 - $44,732.99 | Step 13 - $41,464.04 |
| Step 14 - $45,064.56 | Step 14 - $41,771.37 |
| Step 15 - $45,285.06 | Step 15 - $41,975.77 |
| Step 16 - $45,505.55 | Step 16 - $42,180.14 |
| Step 17 - $45,726.05 | Step 17 - $42,384.53 |
| Step 18 - $45,946.55 | Step 18 - $42,588.91 |
| Step 19 - $46,167.06 | Step 19 - $42,793.31 |
| Step 20 - $46,387.49 | Step 20 - $42,997.63 |

## Grade 12 ⌃

| Grade 12 (12 months/240/8) | Grade 12 (11 months/222/8) | Grade 12 (9 months/187/8) |
|---|---|---|
| Facilities Security Planner<br>Human Resources Clerk<br>Lead Mechanic<br>Maintenance Generalist (Itinerant)<br>Payroll Clerk<br>Senior Accounting Clerk | Senior Accounting Clerk | Student Support Specialist |
| Step 0 - $28,406.02 | Step 0 - $26,330.20 | Step 0 - $20,430.48 |
| Step 1 - $29,763.00 | Step 1 - $27,588.01 | Step 1 - $21,406.46 |
| Step 2 - $31,097.35 | Step 2 - $28,824.86 | Step 2 - $22,366.17 |
| Step 3 - $32,454.33 | Step 3 - $30,082.66 | Step 3 - $23,342.15 |
| Step 4 - $33,833.93 | Step 4 - $31,361.45 | Step 4 - $24,334.40 |
| Step 5 - $35,145.66 | Step 5 - $32,577.33 | Step 5 - $25,277.84 |

| Grade 12 (12 months/240/8) | Grade 12 (11 months/222/8) | Grade 12 (9 months/187/8) |
|---|---|---|
| Step 6 - $36,344.32 | Step 6 - $33,688.39 | Step 6 - $26,139.95 |
| Step 7 - $37,362.05 | Step 7 - $34,631.75 | Step 7 - $26,871.94 |
| Step 8 - $38,063.16 | Step 8 - $35,281.62 | Step 8 - $27,376.20 |
| Step 9 - $38,764.26 | Step 9 - $35,931.49 | Step 9 - $27,880.45 |
| Step 10 - $39,533.21 | Step 10 - $36,644.25 | Step 10 - $28,433.50 |
| Step 11 - $39,849.84 | Step 11 - $36,937.73 | Step 11 - $28,661.23 |
| Step 12 - $40,234.31 | Step 12 - $37,294.11 | Step 12 - $28,937.76 |
| Step 13 - $40,573.56 | Step 13 - $37,608.57 | Step 13 - $29,181.75 |
| Step 14 - $40,935.42 | Step 14 - $37,943.99 | Step 14 - $29,442.02 |
| Step 15 - $41,184.20 | Step 15 - $38,174.59 | Step 15 - $29,620.95 |
| Step 16 - $41,365.13 | Step 16 - $38,342.29 | Step 16 - $29,751.07 |
| Step 17 - $41,613.91 | Step 17 - $38,572.89 | Step 17 - $29,930.01 |
| Step 18 - $41,817.46 | Step 18 - $38,761.56 | Step 18 - $30,076.40 |
| Step 19 - $42,043.61 | Step 19 - $38,971.20 | Step 19 - $30,239.06 |
| Step 20 - $42,269.78 | Step 20 - $39,180.83 | Step 20 - $30,401.73 |

Grade 13                                                                                      ^

## Eleven & Twelve Month Positions

| Grade 13 (12 months/240/8) | Grade 13 (11 months/222/8) |
|---|---|
| Mechanic
Student Data Generalist, High School | School Office Assistant |
| Step 0 - $27,659.69 | Step 0 - $25,638.40 |
| Step 1 - $28,813.11 | Step 1 - $26,707.53 |
| SHARES
Step 2 - $29,989.16 | Step 2 - $27,797.6⌐ |

7 of 10

| Grade 13 (12 months/240/8) | Grade 13 (11 months/222/8) |
|---|---|
| Step 3 - $31,142.59 | Step 3 - $28,866.78 |
| Step 4 - $32,386.47 | Step 4 - $30,019.77 |
| Step 5 - $33,517.28 | Step 5 - $31,067.94 |
| Step 6 - $34,535.02 | Step 6 - $32,011.30 |
| Step 7 - $35,417.06 | Step 7 - $32,828.89 |
| Step 8 - $36,005.07 | Step 8 - $33,373.93 |
| Step 9 - $36,683.56 | Step 9 - $34,002.84 |
| Step 10 - $37,294.20 | Step 10 - $34,568.86 |
| Step 11 - $37,610.84 | Step 11 - $34,862.35 |
| Step 12 - $37,927.46 | Step 12 - $35,155.84 |
| Step 13 - $38,176.24 | Step 13 - $35,386.43 |
| Step 14 - $38,470.26 | Step 14 - $35,658.97 |
| Step 15 - $38,696.42 | Step 15 - $35,868.60 |
| Step 16 - $38,922.58 | Step 16 - $36,078.24 |
| Step 17 - $39,080.89 | Step 17 - $36,224.99 |
| Step 18 - $39,352.28 | Step 18 - $36,476.54 |
| Step 19 - $39,510.59 | Step 19 - $36,623.28 |
| Step 20 - $39,736.76 | Step 20 - $36,832.92 |

# Nine Month Positions

| Grade 13 (9 months/187/8) | Grade 13 (9 months/187/6.8) |
|---|---|
| Campus Security Officer (Itinerant) | Systems Technician (Itinerant) |
| Step 0 - $19,893.70 | Step 0 - $16,909.64 |
| SHARES Step 1 - $20,723.27 | Step 1 - $17,614.79 |

$8810$

Grade 13 (9 months/187/8)

Step 2 - $21,569.13

Step 3 - $22,398.71

Step 4 - $23,293.35

Step 5 - $24,106.66

Step 6 - $24,838.65

Step 7 - $25,473.04

Step 8 - $25,895.96

Step 9 - $26,383.95

Step 10 - $26,823.14

Step 11 - $27,050.87

Step 12 - $27,278.60

Step 13 - $27,457.52

Step 14 - $27,668.99

Step 15 - $27,831.65

Step 16 - $27,994.32

Step 17 - $28,108.18

Step 18 - $28,303.37

Step 19 - $28,417.23

Step 20 - $28,579.90

Grade 13 (9 months/187/6.8)

Step 2 - $18,333.77

Step 3 - $19,038.91

Step 4 - $19,799.36

Step 5 - $20,490.67

Step 6 - $21,112.87

Step 7 - $21,652.09

Step 8 - $22,011.58

Step 9 - $22,426.36

Step 10 - $22,799.67

Step 11 - $22,993.24

Step 12 - $23,186.81

Step 13 - $23,338.90

Step 14 - $23,518.64

Step 15 - $23,656.91

Step 16 - $23,795.17

Step 17 - $23,891.95

Step 18 - $24,057.87

Step 19 - $24,154.66

Step 20 - $24,292.91

## Grade 14 ︿

| Grade 14 (12 months/240/8) | Grade 14 (11 months/222/8) | Grade 14 (9 months/187/6.8) |
|---|---|---|
| Accounting Clerk | Accounting Clerk | Social Worker Assistant |

9 of 10

| Grade 14 (12 months/240/8) | Grade 14 (11 months/222/8) | Grade 14 (9 months/187/6.8) |
|---|---|---|
| Security Operator | Registrar | |
| Step 0 - $25,986.08 | Step 0 - $24,087.09 | Step 0 - $15,886.49 |
| Step 1 - $27,094.28 | Step 1 - $25,114.31 | Step 1 - $16,563.99 |
| Step 2 - $28,270.32 | Step 2 - $26,204.41 | Step 2 - $17,282.96 |
| Step 3 - $29,378.51 | Step 3 - $27,231.62 | Step 3 - $17,960.44 |
| Step 4 - $30,464.10 | Step 4 - $28,237.88 | Step 4 - $18,624.11 |
| Step 5 - $31,572.30 | Step 5 - $29,265.09 | Step 5 - $19,301.60 |
| Step 6 - $32,499.56 | Step 6 - $30,124.60 | Step 6 - $19,868.48 |
| Step 7 - $33,336.36 | Step 7 - $30,900.24 | Step 7 - $20,380.05 |
| Step 8 - $33,947.01 | Step 8 - $31,466.26 | Step 8 - $20,753.37 |
| Step 9 - $34,535.02 | Step 9 - $32,011.30 | Step 9 - $21,112.86 |
| Step 10 - $35,145.6 | Step 10 - $32,577.33 | Step 10 - $21,486.15 |
| Step 11 - $35,417.06 | Step 11 - $32,828.89 | Step 11 - $21,652.09 |
| Step 12 - $35,688.45 | Step 12 - $33,080.45 | Step 12 - $21,818.01 |
| Step 13 - $35,982.47 | Step 13 - $33,352.99 | Step 13 - $21,997.74 |
| Step 14 - $36,231.24 | Step 14 - $33,583.57 | Step 14 - $22,149.83 |
| Step 15 - $36,389.55 | Step 15 - $33,730.31 | Step 15 - $22,246.61 |
| Step 16 - $36,615.72 | Step 16 - $33,939.95 | Step 16 - $22,384.87 |
| Step 17 - $36,774.04 | Step 17 - $34,086.70 | Step 17 - $22,481.66 |
| Step 18 - $36,932.35 | Step 18 - $34,233.44 | Step 18 - $22,578.44 |
| Step 19 - $37,113.28 | Step 19 - $34,401.15 | Step 19 - $22,689.06 |
| Step 20 - $37,294.20 | Step 20- $34,568.86 | Step 20 - $22,799.66 |

Grade 15, 16, 17

SHARES

10 of 10

**Becker-Beverly, Miriam G**                                    *Attachment H*

| | |
|---|---|
| **From:** | Becker-Beverly, Miriam G |
| **Sent:** | Wednesday, May 29, 2019 9:32 AM |
| **To:** | Miller, Shirley F |
| **Cc:** | Terry, Robert J |
| **Subject:** | RE: Question to Volunteer |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Miller, Shirley F | Delivered: 5/29/2019 9:19 AM |
| | Terry, Robert J | Delivered: 5/29/2019 9:19 AM |

Good Morning,

The last time we met, with Rob Terry present, you stated that you would like to give me an opportunity to volunteer for the position at Whitesburg. My response was that I need to think about it. I have not only thought about it but also prayed about it. My answer is no, I do not volunteer for the position at Whitesburg.

Respectfully,

Miriam

1

9/2018  Was informed by Shirly Miller that I'd
be under her and in Accounts Payable
beginning in the new Fiscal Year, and to
begin transitioning my finance duties
to designated personnel.

see pg 6
9/17/2018  Was informed I will take/be assigned, Appr
PESG, A-Z, Hullilities, and trained on
BBVA Compass accounts.  While Was told
I wouldn't move physical location.

see pg 6
9/24/2018
                                    physically
Was told that I'm being relocated to
account payable and that when Angie
Brown came back she'd be set up in
my old cubical and I was moving to ray's spot
w account payable.
        - I began account payable duties
10/1/2018

10/11/2018
          I.T. confirmed work order which moved
the phonelines within Account Payable. Tracy
Stiefer was moved to Angie's old cubical, I was
moved to Tray's old cubical in Account
Payable Department and Angie was moved to
my cubical adjacent to Shirley Miller's office

see
page 19

at that time I was also informed by
Shirley M. that there would be a
change in account assignments for Angie and
I. Angie would take PESCo, A-Z and Repub
as well as HSV Utilities, I would take all
of her account/Schools.

( at this point per instructions from Shirley Mil )
( I had cross trained/had handed over my finance )
{ Duties to Belinda Everhart, Cathy Schroish & Rob Terry }
( as well as finalized capital Assets to be handed )
{ over to Sherry Thornton in Inventory }
{ control once outside audit was complete }

Shirley Miller had handed each of us in
Account Payable our A/P duty assignments which
is posted in each A/P cubical as well as
on the outside of the cubicals.

10/18/2018    I asked Bob Hagard when would I
be placed on Accounts payable's Payscale, he
said send it to him (the question) via email
to help him remember which I did and
I addressed it to him as well as my
immediate Supervisor Shirley Miller on
10/18/2018 @ 3:57pm.

I received no response nor reply via email.

Shirly however [illegible] asked me to meet with her in her office. She said this was beyond her control and it also was up to Bob Hazoul; he would be who'd I have to address.

10/21/2018

I resent/restated the question. No reply via email. Verbal comment; [illegible] I got your email.

10/30/2018    Same as above

see pg²

[illegible] 12/13/18    Same as above

last pile of 10?    [illegible] Discovered Bob's resignation was being requested.

[illegible]

1/3/2019

see pg²    Upon discovering that Bob was no longer CSRO and that Rob Terry was interim. I emailed Rob Terry and Shirly Miller (My immediate supervisor) the same question please see page 8 of attachments.

1/11/2019   I hadn't received a response from Rob or
Shirley, so I sent an e-mail following
up on my e-mail sent 1-3-'19.

   - No Response

1/15/2019

see pg 7   I saw Rob Terry in the hall and asked him
about the status of me being moved to
accounts payable payscale. He informed
me that he wasn't sure on how to proceed and that
he had asked Shirley Wellington on what the
procedure to do.
   I thanked him for the information and emailed
S. Wellington. see attachment 7.
Shirley Wellington responded immediately
see attachment 6, she said she'd have to speak
to Mrs. Finley Finley and get back with me.

1/24/19

   I hadn't heard anything from Mrs. Wellington
and sent a follow-up e-mail.

1/31/19  Same as above

week of
1/21   Shirley Miller asks me to meet with her
in her office. I met with her and she

said since I had filed a grievance that
~~I~~ there would be another charge and I'd
be relocating to my original cubical. Angie
would move ~~back to~~ to a my location in
accounts payable. I said I never filed a
~~one~~ grievance and she insisted I did
when I got Shirley Wellington involved. I
said that wasn't me and that I just
asked when I'd be moved to AP's pay scale
~~...~~

~~She declined I had told her...~~

~~That I did not the agreement, I said~~
~~he por~~

She proceeded with telling me that she was
aware of a meeting I had with Bob in July
regards to possibly moving to Jemison which
July was present, and I agreed with him
~~to~~ move to Jemison if he needed me there.
I said that had nothing to do with this and
that also ~~it~~ would have come with a proper
change.

7/23/
· Feb. They were not involved in the move to
Whitesburg.

the following is handwriting

Prepared by:

Date:

It Has become

The Continuous:

all have

Mr. Bonner's Continuous false accusations
are not only slanderous by ~~also~~ ~~harassing~~ has
also created ~~a~~ hostile work environment.

Mr. Bonner stated that he asked we
met at 11:00am on 7/22/2014. discussing particulars
on a contract for WM & Rogers. Please ~~be was~~
~~on vacation~~ I wasn't ~~I was not aware or~~
~~present~~ I was not in attendance for
that meeting. Please refer to attachment 1.
I was on Vacation 7/20 - 7/26.
I was first made aware of them
I was at ~~a~~ mandatory Finance meeting on
Mon 7/28 ~~I came into the office to gather~~
~~operations~~ I opened the office and gather
some materials before heading to a mandatory
finance meeting. Attachment 2

Prepared by:

Date:

I briefly met with Mrs. Walker who relayed your instructions in regards to an action change and requisition, immediately after the power came back up. I headed to my meeting.

7/29, verbally request to meet with you in regards funding for ESL Contract that Candace Hatcher emailed me about on 7/28. 7/28 cc B. requested demographics in order to complete the contract. Attachment 3

We did not have enough funding for the entire school year as requested by Hatcher. I worked the contract to if when you requested that I work with you I further work the contract for the house as many days we could afford. Requested information to complete contract Attachment 3

When presented Bonner with that information Bonner became hostile spoke accused me of not relaying information. Said we had not met on this matter. I said we had not in May. I reminded Mrs. Bonner we met in May and informed him we wouldn't have enough money for RTutor for 2014/15 due to Mrs. Jackson working additional hours/day not contracted for, per Mr. Bonner's approval.

| Prepared by: |
| Date: |

Also informed ~~his~~ Mr. Bonner I was
~~was~~ waiting and needed Rogers informat.
Attachment 4   7/31

Fri 8/1  out, for Grandson's surgery; whom I'm
(on sick leave)  (junior)
raising.   Attachment 1.

Completed

Received Diane Rogers demographics on
8/8 - from ~~An~~ Ann Marie Batista. Attach 5
I immediately completed + forward Attach 6

August 4. was the first information/quotes
that I received. Attachment 6 part A

left messages with Heather Bender on 8/5+8/6
in regards to who ~~filled out~~ initiates the P.O. for
Broadcast Equipment; ETV or School. Attachment 6 B

Received Response 8/8   Attachment 7
Immediately created P.O's a d faxed same
day   Attachment 8 + 9

~~On M. Mr. Bonner~~ The only comment that
Mr. Bonner made in regards to Holbrook
was " I can't believe they haven't told us
anything yet"

Prepared by:

Date:

When el returned on [crossed out] the week of 7/28 d was made aware at that time and began contacting subs. Attachment 10 Mr. Bonne was made aware that difficulty in securing a certified sub.

Monday August 4th. H/R notified me Mrs. Runyan, admins preference [crossed out] did not & have certification turned in yet.

Mrs. Jackson was on stand by pending her going to HR filling out paperwork which she did & the afternoon of 8/4.

Hatcher's Personal leave [crossed out] the 10 day fell into the [crossed out] 3rd week of school which [crossed out] can [crossed out] be approved by the Principal. It was submitted on Kronos [crossed out] and approved on Kronos as well. With [crossed out] & gave the [crossed out] answer [crossed out] the question was ask and answered.

Refer Attachment 11 + 12
DOJ 1 day turn arou-
DaJ [crossed out] completion Received on 4th completed 7th

June 4, 2013

Subject: Rebuttal to Performance Evaluation, 5/24/13

RECEIVED

JUN 0 6,

HUMAN DEPT.

Dear Mr. Bonner,

Per your recommendation and in reference to my recent performance evaluation on 5/24/13, I am submitting my rebuttal as follows.

- Line Item Number 1, Section B, refer to attached document. Reimbursement was made immediately upon receiving requested receipts and credit card statements for purchases made. You may remember my asking several times for such receipts.

- Line Item Number 2, Section D: I was on personal leave, 3/22/13 (day of the Student Faculty Game day and on leave from 3/25/13 -3/28/13 (Spring Break). Upon returning from spring break, several cash items were turned in but no one informed me of funds collected on 3/22/13. However, when entering the vault with Mr. Bonner on 5/13/13 to retrieve a copy of a key out of the lock box, I found a crate packed with envelopes. Upon opening one of the envelopes I was surprised to find cash money inside; I had no knowledge of the content prior to opening it.

- Line Item Number 6, Sections A – B. Approximately 1 month after Mr. Bonner's arrival at Providence, he asked about my scheduled work hours. I replied, "7:45 a.m. to 4:15 p.m. and 12:00 p.m. to 1:00 p.m. for lunch." Please refer to the attached document. He mentioned that his secretary at Ft. Meyers would come in at 7:15 a.m. nothing was requested or further discussed regarding my work schedule or time. In April Mr. Bonner mentioned he preferred the phones lines answered starting at 7:15 a.m. arrangements were made to have phones answered at such time.

- Line Item Number 7, Sections A-C.
  a. It was my understanding that the Appleton secretary was also my back up; therefore, I trained her on AESOP entry and printing of the Substitute sign in sheets.
  b. Deposits were made with prior available administrator approval
  c. Please refer to attached document sent by Mr. Grimes on 4/23/13. I was able to finish the budget in one day; there was no need for me to return.

Thank you for your time Mr. Bonner, I appreciate your critic. I now have a much better understanding of your expectations and I'm looking forward to a good working relationship.

Sincerely,

Miriam G. Cutler

CC:
Assistant Principal, Ms. Demetris Leverette
TOSA, Mrs. Denine Matthews
Director of Elementary Education, Dr. Vasile
Human Resource Manager, Mr. Micah Fisher

APPROVED FOR INCLUSION
IN HR FILE:
YES  NO  DATE
SIGNATURE

## Account Detail - *2005=75 Checking

| Actual Balance: | 1,176.69 | Avail Balance: | 1,169.71 |
|---|---|---|---|
| YTD Dividend: | 0.00 | PY Dividend: | 0.00 |

| Date | Description | Check # | Amount | Fee | Balance |
|---|---|---|---|---|---|
| 11/05/2012 | SHR DRAFT | | | | |
| 11/05/2012 | EFT TRANS | | | | |
| 11/05/2012 | EFT TRANS | | | | |
| 11/05/2012 | JRNL ENTR' | | | | |
| 11/05/2012 | POS PURC* | | | | |
| 11/04/2012 | POS PURC | | | | |
| 11/04/2012 | POS PURC | | | | |
| 11/04/2012 | POS PURC | | | | |
| 11/04/2012 | POS PURC | | | | |
| 11/04/2012 | POS PURC | | | | |
| 11/03/2012 | POS PURC | | | | |
| 11/03/2012 | POS PURC | | | | |
| 11/03/2012 | POS PURC | | | | |
| 11/03/2012 | POS PURCH - 5734 GOKNOW TX 972-361-0183 GOKNOW US | | $ -149.95 | $ 0.00 | |
| 11/03/2012 | POS PURC | | | | |
| 11/02/2012 | EFT TRAN: | | | | |
| 11/02/2012 | POS PURC | | | | |
| 11/02/2012 | POS PURC | | | | |
| 11/02/2012 | POS PURC | | | | |
| 11/02/2012 | POS PURC | | $ | | |
| 11/02/2012 | POS PURC | | | | |
| 11/01/2012 | EFT TRAN: | | | | |
| 11/01/2012 | EFT TRAN: | | | | |
| 11/01/2012 | EFT TRAN. | | | | |
| 11/01/2012 | POS PURCI | | | | |



COMPLETED

# Line Item
# Number 1

Received

1/19/2013



Supervisor Management Page





*Welcome Miriam Cutler*

**Current Pay Period** Sun May–05 2013 to Sat Jun–08 ⚡ 2013 (Default)

This is the Pay class I was hired in as since 2004.

## Employee Personal Information

| Field | | Value | Field | | Value |
|---|---|---|---|---|---|
| Name | ⚡ | CUTLER, MIRIAM G | ID Number | ⚡ | 11665 |
| Badge | ⚡ | 2592 | Pay Class | ⚡ | 11/12Mo 60Min 7.5/day |
| Clock Group | ⚡ | Providence | Sch. Pattern | ⚡ | 7.5/30 7:15a-3:15p on 05/28/13 |
| Workgroup | ⚡ | 0273-7030-SE-01-0000 on 07/04/10 | Emergency Contact | ⚡ | |
| Primary Phone | ⚡ | | Birthdate | ⚡ | C |
| Secondary Phone | ⚡ | | Union Code | ⚡ | |

### Employee

| | *Image* | I changed my scheduled time, per **Mr. Bonner's directive on Friday 5/24/13.** |
| --- | --- | --- |
| CUTLER, MIRIAM G | No Photograph on file. | **(5/27/13 was a Holiday)** |

# Line Item
# Number 6

## 2014 Budget Input

Grimes, David L

**Sent:** Tuesday, April 23, 2013 8:58 AM

**To:** Almond, Deanna C; Alverson, Joana; Amundson, Diana; Austell, Sharon P; Black, Freda S; Bowman, Damita E; Buckner, Sandra H; Burwell, Jill A; Casteel, Debbie H; CHS.Bookkeeper; Cook, Felicia A; Cutler, Miriam G; Elliott, Anna; Franklin, Denise M; Freeman, Danna B; Hampton, Sabrina R; Hanvey, Torre O; Hendley, Mary A; Hillis, Karen R; Hopper, Dale T; Kanupp, Wendy O; Lewis, Esmarita C; Loveday, Janice F; lwe.secretary; Maples, Carolyn; Michael, Rita G; Miller, Shirley F; Murphree, Joye A; Pape, Teri W; Ricks, Rita F; Salvail, Pamela; Seldon, Sandra K; Stewart, Marcie C; Strong, Rachel; Stroud, Marie G; Taylor, Sarah; Terry, Robert J; Tucker, Dana; Tucker, Judy D; Venezia, Bonnie; Ward, J S; Woods, Gwendolyn; Wright, Judith I; Muniz, Annette; dhm.bookkeeper

Good Morning!

During the week of the budget input, May 6th-10th, you have the flexibility to come when you can. You may come as many days as you need. All of this depends on how long it will take you to input your budget.

For planning purposes, please email me on the days you think you will be attending, in this format:

School
Name
Days Attending

# Line Item
# Number 7

# *Providence Elementary*

*10 Chalkstone Street*
*Huntsville, AL 35806*
*Phone: 256-428-7125 Fax: 256-428-7139*

5/1/14

To: Miriam Cutler

Administrative Assistant

Providence Elementary School

**RECEIVED**

**MAY 01 2014**

**HUMAN RESOURCES**

Dear Miriam,

It was brought to my attention yesterday afternoon (4/30/14) at 4:00 p.m. that we sent our Space students on a field trip out of town to the McWane Center on April 14th without a signature of approval from Dr. Vasile, our Director of Instruction.   I signed the approval document on March 7, 2014.    The file copy is stamped completed without Dr. Vasile's signature.  Such an oversight puts our school, particularly those who signed off on the approval document originated on 3/6/14, at great risk for liability had an accident of any kind occurred. All field trip details and protocol must be attended to prior to approval.   No copies can be stamped approved until the DOI's signature.  All field trips have to be approved at least thirty days prior to the trip and finalized forms scanned to Dr. Vasile directly.  This cannot happen again.

Sincerely,

Paul A. Bonner

Principal

Providence Elementary School

Signature acknowledging receipt of letter: _Miriam G. Cutler_

Miriam Cutler_

Cc: Human Resource File

APPROVED FOR INCLUSION
IN HR FILE:
YES NO__ DATE 5/30/14-
SIGNATURE

Huntsville City Schools – Student Trip Authorization Form

School: Providence    Teacher/Sponsor: Tate + Alford    Grade: 5. SPAC

Destination: McWane Science Center    FILE COPY

***IMPORTANT NOTE: Using form for multiple trips of the same team or group, attach schedule.***

Purpose: Follow up visit for prototype design competition

Standard Addressed: Science Standards 4 (Force/Motion), 6 (Gravitational force) Newton

Funding Source:    ☐ Federal Funds    ☐ Principal's books    ☑ Other: Students

Trip date(s): Thurs. April 17    Departure time: 8:15    Return time: 2:00

Number of students attending: 28    Cost per student: $15

Number of teachers/chaperones attending (1 chaperone per 10 students): 2 teachers 2 chaperones

- **Teacher/Sponsor** has requested    # 0    box lunches from Cafeteria Manager......☐ YES ☐ NO ☐ N/A

- **Teacher/Sponsor** has provided a list of all participating students (Student Trip Roster) to school nurse or medication assistant for review four weeks prior to departure.........................☑ YES ☐ NO ☐ N/A

- **Nurse** will list name(s) of participating student(s) with mandated or special medical needs requiring health procedures that can only be provided by a parent/guardian or licensed nurse.
  Name(s) of student(s): Jeremy "Aiden" Marks

- **Principal** will designate Medication Assistant(s) or Licensed Nurse(s) responsible for administration of medication or performance of procedures on the trip.
  ☑ Medication Assistant will attend trip.  Name: J. Tate & R. Alford for non-mandated needs
  ☐ On-site Nurse will be able to attend trip.  Name:
  ☑ Parent of student with special medical needs will attend trip.  Name: Jurine Marks-Mown
                                    Parent Signature and Date: See attached email
  ☐ Contract Nurse will attend trip.  Name:

- **Principal** will complete nurse contract form if required. (Attach copy of contract.)...... ☐ YES ☐ NO ☐ N/A

- Transportation:    ☑ Bus ☐ Car    Number of buses required: 1    GL#

Name of employee requesting buses: Jennifer Tate    Date Requested:

| | | |
|---|---|---|
| Signature: _(Teacher/Sponsor)_ | Date: | 3/6/14 |
| Signature: _(Cafeteria Manager - only if lunch required)_ | Date: | 3.6.14 |
| Signature: _(School Nurse)_ | Date: | 3/6/14 |
| Signature: _(Principal)_ | Date: | 3/7/14 |
| Signature: _(Director of Instruction)_ | Date: | |
| Signature: _(Superintendent or Designee for trips out of state or out of the country)_ | Date: | |

## Initial in box at left when completed.

☐ Teacher/Trip Sponsor and Nurse or Medication Assistant will together verify and document the names of each student leaving on the field trip. (Medications for any last-minute student cancellations **must** be left at the school.)

☐ Teacher/Trip Sponsor will take the Trip Roster and make a copy for front office on the day of the trip.

☐ On Trip Roster, list name/phone numbers of chaperones, bus number(s), and bus license number(s).

☐ Teacher/Trip Sponsor takes the parent permission forms and makes copies for front office.

OCT 25 2013

## Huntsville City Schools – Student Trip Authorization Form

**SECTION I:**

School: _Providence_    Teacher/Sponsor: _Tate & Alford_    Grade: _5_

● Destination: _McWane Science Center_

Purpose: _initial trip for exhibit design project_

Education benefits: _Scientific method, communication, prototype design, hands-on scientific exploration_

☐ Required field trip

☑ Non Required field trip

Funding Source: ☐ Federal funds  ☐ Principal's books  ☑ Other: _parents_

● Trip date(s): _Nov. 26, 2013_  ● Departure time: _8:00 AM_  ● Return time: _2:00 PM_

Type of Transportation: _bus_  Number of buses required: _1_  GL# _____

Number of students attending: _30_    Cost per each student: _$20_

Number of teachers/chaperones attending (1 chaperone per 10 students): _4_

Signature: _(signature)_    Date: _10/24/13_
(Teacher/Sponsor Requesting Authorization)

Approved: _(signature)_    Date: _10/25/13_
(Principal)

---

**SECTION II........Circle One**

*Cafeteria Manager request _____ (number) of box lunches for students/faculty ...... ....YES NO (NA)

List of all participating students has been submitted to school nurse or medication assistant four weeks prior to departure for review ...................................................... (YES) NO NA

● List of participating student(s) with mandated or special medical needs requiring health procedures that only can be provided by parent/guardian or Licensed Nurse;

NAME of student(s): _Jeremy "Aidan" Marks — Parent plans to attend_ confs by

● On-Site Nurse will attend field trip: ...... / ...................................... YES NO NA

● Licensed Nurse Contract form (105-12P) Appendix E, is required and copy attached....... YES NO (NA)

● Medication Assistant(s) or Licensed Nurse(s) responsible for administration of medication on trip:

NAME(S): _None tracked_

Signature: _Stephanie McMury_    Date: _10/25/13_
(Cafeteria Manager) Only if Lunch required

Signature: _(signature)_    Date: _10/25/13_
(School Nurse)

Signature: _(signature)_    Date: _10/25/13_
(Teacher/Sponsor Requesting Authorization / Principal)

Approved: _(signature)_    Date: _10/25/13_
(Superintendent or Designee)

**On the day of the trip:**

☐ Teacher/Supervisor will take the attendance sheet and also make a copy for front office on the day of trip.

☐ On attendance sheet, list name/phone numbers of chaperones, bus number(s), bus license number(s).

☐ Teacher/Supervisor takes the parent permission form (105-12P Appendix C or F) and will make copies for front office.

HCS300-19R5 AUG10                    105-12P Appendix A

**Providence Elementary School**
**Action Plan**

Date: 5/24/13

Miriam Cutler
205 Pin Oak Dr.
Madison, Alabama 35758
Tenured

Re: Performance Counseling Letter

Dear Miriam,

As you know, it is important for Huntsville City Schools employees to perform at a proficient level. On or before 11/15/13 of this school year, you will be evaluated for your improvement in the areas cited below. The purpose of this letter is to provide you with suggestions for your improvement, because the 2012-2013 evaluation shows you receiving insufficient ratings in 7 of 12 categories on the Huntsville City Schools Supporting Services Evaluation form. Listed below are the seven categories listed as unsatisfactory along with justification for each rating:

**This letter is necessary due to:**
1. **Unsatisfactory Quality of Work (Accuracy, Neatness, Completeness and Thoroughness)**
   a. **Sent directive to send staff attendance report to Dr.Vasile in January. Did not comply until late February. Was Late again in April.**
   b. **Delay in reimbursement:**
      i. **Matthews for bus driver gifts in September refunded after Christmas Break.**
      ii. **Bonner for Go Observe from October to December**
   c. **Not able to get clear answers in the fall from Ms. Cutler for finding tenure and non-tenured staff.**
      i. **Email sent by Vasille on 2/7/13 expressing concern about mistakes on teacher tenure/assignments report she requested.**
   d. **Transporting money to bank(23,000.00 on March 13th)**
      i. **Deposits not always done through Brinks**

2. **Unsatisfactory Quantity of work (The amount and promptness of satisfactory work completed)**
   a. **Asked to order poster maker in November of 2012 and this has not been done.**
   b. **Asked to order Accelerated Math in January was not done until week of March 18.**
   c. **Reticence to work phones when needed**
   d. **On Monday, May 13, 2013, around $1,600.00 cash was discovered by Mr. Bonner along with Mrs. Cutler in the School Vault sitting in a milk crate. This money had been collected on Friday March 28, 2013 for the Student Faculty Game and put in the vault because Ms. Cutler was not at school that afternoon. Ms. Leverett had inform Ms. Cutler about the money to be collected. Dr. Vasile, Director of Instruction, and Rob Terry, CFO, were informed that the money was discovered on 5/13 and advised that it be counted and by two individuals and deposited which was done through Brinks the following Friday.**

3. **Unsatisfactory Interest (Employees adaptability, attitude and willingness)**
   a. **Terse responses to office staff and public**
   b. **(ongoing arguments reported in the office from staff)**
   c. **Experienced by Principal when he called in on 4/23**

4. **Phone response was "Providence" (not welcoming tone) When directed by Mr. Bonner to handle all staff attendance due to personnel aspects and salary implications instead of Appleton secretary on 5/8/13, Ms. Cutler was resistant and argumentative in response to principal's directive.**

5.  Unsatisfactory Attendance and Punctuality (Use of leave and time of arrival and departure)
    a.  Cutler  Arrival times (random Check)

|          |       |
|----------|-------|
| 2/4/13   | 7:38  |
| 2/5/13   | 7:39  |
| 2/7/13   | 7:45  |
| 2/8/13   | 7:48  |
| 2/11/13  | 7:39  |
| 2/15/13  | 7:39  |
| 2/18/13  | 7:45  |
|          |       |
| 4/08/13  | 7:48  |
| 4/10/13  | 7:59  |
| 4/12/13  | 7:53  |
| 4/24/13  | 7:57  |
|          |       |
| 5/6/13   | 8:01  |
| 5/7/13   | 8:00  |
| 5/8/13   | 7:52  |
|          |       |
| 5/22/13  | 7:48  |
| 5/23/13  | 7:58  |

6.  Ms. Cutler had made arrangements with Appleton employees to be early shift(7:15 a.m. for phones). Agreed with Principal to be at school by 7:30.
    a.  Was directed by Principal in April to be here by 7:15.  She agreed but has not complied.
    b.  Came back to Mr. Bonner to say that this time was difficult due to domestic obligations and consistently arrived after 7:45 each morning.

7.  Unsatisfactory Responsibility and Dependability (In absence of Supervision)
    a.  Having Appleton secretary do monthly HCS payroll
    b.  Taking extended lunch when administration was out (left at 10:30 on March 5th left at 11:30 to 2:15 on March 14; said went to the bank.
    c.  Ms. Cutler informed principal of 5/7 financial secretaries meeting downtown on 5/6.  She informed other office staff that she would be gone all week for this and did not share this with Mr. Bonner.  Ms. Cutler left school at approximately 8:45 a.m. on 5/7 and did not return. On 5/7 Mr. Bonner inquired with Rob Terry through email where upon Mr. Terry replied that he was providing 2-4 hours for financial secretaries to input local school funds within a window of the week. When asked about this on 5/8, after being out 5/7, Ms. Cutler showed the print out and said she had to continue to go in to MERTS for the work. She later stated she would have Mr. Bonner sign payroll and take to Merts the afternoon of 5/8 to complete local funds input.  Ms. Cutler remained at work the rest of the week

8.  Unsatisfactory Cooperation (Consideration of other employee's work, working with others etc.)
    a.  When directed by Mr. Bonner to handle all staff attendance due to personnel  aspects and salary implications instead of Appleton secretary on  5/8/13, Ms. Cutler was resistant and argumentative in response to principal's directive.
    b.  Refer to Category 3
9.  Unsatisfactory Public Relations (Courteous: Answering Telephone, greeting visitors, supplying correct information, etc.)
    a.  Terse Toward Crossing Guard when stopped at intersection on 8/12/12
    b.  Experienced by Principal when he called in on 4/23

**i. Phone response was "Providence" (not welcoming tone)**

It will be necessary for you to earn at least a satisfactory rating in all categories listed above. Dramatic improvement has to occur in all areas. Progress will be determined through bi-weekly meetings with the Principal every other Thursday beginning July 25, 2013. It is critical that you show significant and sustained improvement in your performance in order to obtain adequate ratings in November.

Principal Secretary responsibilities should include:

- o   7:15 arrival while school is in session
- o   30 minutes for lunch
- o   Payroll & Attendance
  - ▪   Faculty/Staff Attendance, HCS Timesheets, Contracts, EPSCO, and Appleton employees
- o   Management of front office
  - ▪   Attention to prompt and courteous customer service
  - ▪   Coordinating roles and responsibilities of Secretarial Staff in courteous and efficient manner
  - ▪   Making sure phones are answered at all times between 7:00 a.m. and 4:00 p.m.
- o   Bookkeeping
  - ▪   Invoices, Purchase Orders, Money Collection, and Reimbursements
  - ▪   Facility and Office Supplies
  - ▪   Field Trips
  - ▪   Contracts
  - ▪   End of the month Reports/End of the year Reports
  - ▪   Principal Books, Check Books, State Funds, Local Funds, and Grants
  - ▪   Timely and accurate deposits
- o   Management of School Calendar
  - ▪   Principal Schedule
  - ▪   Coordination of staff responsible for calendar communication
- o   Other Duties Assigned by Administrators

For record keeping purposes, a copy of this letter will be placed in your personnel file. If you have any questions about these instructions, please let me know.

Sincerely,

Paul A. Bonner
Principal

☑ I acknowledge receipt of this performance counseling letter

Employee's signature                          Date:  5/24/13

Miriam Cutler

Performance Counseling Letter –                          Page 3 of 4
Final 05-24-2013

☐ Employee refused to sign

Principal's signature                    Date: _____

c:    Personnel File-(Employee Name)

# 2014 Budget Input

Grimes, David L

**Sent:** Tuesday, April 23, 2013 8:58 AM

**To:**   Almond, Deanna C; Alverson, Joana; Amundson, Diana; Austell, Sharon P; Black, Freda S; Bowman, Damita E; Buckner, Sandra H; Burwell, Jill A; Casteel, Debbie H; CHS.Bookkeeper; Cook, Felicia A; Cutler, Miriam G; Elliott, Anna; Franklin, Denise M; Freeman, Danna B; Hampton, Sabrina R; Hanvey, Torre O; Hendley, Mary A; Hillis, Karen R; Hopper, Dale T; Kanupp, Wendy O; Lewis, Esmarita C; Loveday, Janice F; lwe.secretary; Maples, Carolyn; Michael, Rita G; Miller, Shirley F; Murphree, Joye A; Pape, Teri W; Ricks, Rita F; Salvail, Pamela; Seldon, Sandra K; Stewart, Marcie C; Strong, Rachel; Stroud, Marie G; Taylor, Sarah; Terry, Robert J; Tucker, Dana; Tucker, Judy D; Venezia, Bonnie; Ward, J S; Woods, Gwendolyn; Wright, Judith I; Muniz, Annette; dhm.bookkeeper

Good Morning!

During the week of the budget input, May 6th-10th, you have the flexibility to come when you can.  You may come as many days as you need.  All of this depends on how long it will take you to input your budget.

For planning purposes, please email me on the days you think you will be attending, in this format:

School
Name
Days Attending

# HUNTSVILLE CITY SCHOOLS – SUPPORTING SERVICES EVALUATION FORM

| Name | Position | School, Center or Department |
|---|---|---|
| Miriam Cutler | Secretary | Providence |

| | DETAILED EVALUATION | | N/O | SP | VG | S | Uns | Und |
|---|---|---|---|---|---|---|---|---|
| a. | Quality of Work | (Accuracy, neatness, completeness and thoroughness of work performed) | | | | | ✓ | |
| b. | Quantity of work | (The amount and promptness of satisfactory work completed) | | | | | ✓ | |
| c. | Interest | (Employee's adaptability, attitude and willingness) | | | | | ✓ | |
| d. | Attendance and Punctuality | (Use of leave and time of arrival and departure) | | | | | ✓ | |
| e. | Responsibility and Dependability | (In absence of supervision) | | | | | ✓ | |
| f. | Use of Time | (Planning of work, offering assistance to others, etc.) | | | | ✓ | | |
| g. | Cooperation | (Consideration of other employee's work, working with others, etc.) | | | | | ✓ | |
| h. | Initiative | (Amount of guidance required, resourcefulness and procedures) | | | | ✓ | | |
| i. | Personal Qualities | (Manifests tact, loyalty, neatness in dress, self-control, patience, etc.) | | | | ✓ | | |
| j. | Public Relations | (Courteous: Answering telephone, greeting visitors, supplying correct information, etc.) | | | | | ✓ | |
| k. | Acceptance of Constructive Criticism | | | | | | | |
| l. | Knowledge of Position | (Extent to which the employee knows the "What", "How" and "Why" of his/her job) | | | | ✓ | | |

**N/O – Not Observed    SP – Superior Performance    VG – Very Good    S – Satisfactory**
**Uns – Unsatisfactory    Und – Undesirable**

| Special Commendations: | |
|---|---|
| Specific Deficiencies: | |
| Recommendations for Improvement: | |
| Employee's Comments: | I do not agree with this evaluation & followed all directives given to me by all 3 principals. Assistant principals. The communication of what was expected was followed and then changed. Any thing I did was not prior approved. by Danial SD. |

Supervisor's Signature    Date 5/23/13    Employee's Signature    Date 5/24/13

**Original – Return to Human Resources        Copy – Supervisor        Copy - Employee**

| HUNTSVILLE CITY SCHOOLS – HUNTSVILLE, ALABAMA |
|---|
| ADMINISTRATIVE EVALUATION SUMMARY |

Administrator's Name _Paul Bonner_    School or Center _Florence_
Evaluated by _Pat Conner_    Date _5/23/13_

| I  *ADMINISTRATIVE PERFORMANCE | III  *PERSONAL CHARACTERISTICS |
|---|---|
| A.  Strengths: <br> / | A.  Strengths: |
| | B.  Goals for Improvement: <br> • Courteous, consistent responses to staff and school constituents <br> • Appropriate attire |
| B.  Goals for Improvement: <br> • Manage Office <br> • Monitor Calendar Process <br> • Act on Principal Directives <br> • Understand all aspects of personnel regulations including tenure | See Attached Performance Letter |
| II  *PROFESSIONAL RESPONSBILITIES | IV  OVERALL EVALUATION: |
| A.  Strengths: | V  **SIGNATURES: <br> _____ 5/23/13 <br> Evaluator's signature    Date <br> _____ <br> Evaluatee's signature    Date |
| B.  Goals for Improvement: <br> • Exclusive handling of Personnel Documentation <br> • Punctual arrival <br> • Prompt Reimbursement | Conference requested with evaluator's immediate superior  YES_____  NO_____ <br> *=Use additional sheets if necessary <br> **=Signatures indicate completion of the evaluation process. |

*Reviewer's Comments:

HCS37l-0l R2 Apr 85          Reviewed By _____ Date_____

**Providence Elementary School**
**Action Plan**

Date: 5/24/13

Miriam Cutler
205 Pin Oak Dr.
Madison, Alabama 35758
Tenured

Re: Performance Counseling Letter

Dear Miriam,

As you know, it is important for Huntsville City Schools employees to perform at a proficient level. On or before 11/15/13 of this school year, you will be evaluated for your improvement in the areas cited below. The purpose of this letter is to provide you with suggestions for your improvement, because the 2012-2013 evaluation shows you receiving insufficient ratings in 7 of 12 categories on the Huntsville City Schools Supporting Services Evaluation form. Listed below are the seven categories listed as unsatisfactory along with justification for each rating:

**This letter is necessary due to:**
1. **Unsatisfactory Quality of Work (Accuracy, Neatness, Completeness and Thoroughness)**
   a. Sent directive to send staff attendance report to Dr.Vasile in January. Did not comply until late February. Was Late again in April.
   b. Delay in reimbursement:
      i. Matthews for bus driver gifts in September refunded after Christmas Break.
      ii. Bonner for Go Observe from October to December
   Not able to get clear answers in the fall from Ms. Cutler for finding tenure and non-tenured staff.
      i. Email sent by Vasile on 2/7/13 expressing concern about mistakes on teacher tenure/assignments report she requested.
   d. Transporting money to bank(23,000.00 on March 13th)
      i. Deposits not always done through Brinks
2. **Unsatisfactory Quantity of work (The amount and promptness of satisfactory work completed)**
   a. Asked to order poster maker in November of 2012 and this has not been done.
   c. Asked to order Accelerated Math in January was not done until week of March 18.
   b. Reticence to work phones when needed
   d. On Monday, May 13, 2013, around $1,600.00 cash was discovered by Mr. Bonner along with Mrs. Cutler in the School Vault sitting in a milk crate. This money had been collected on Friday March 28, 2013 for the Student Faculty Game and put in the vault because Ms. Cutler was not at school that afternoon. Ms. Leverett had inform Ms. Cutler about the money to be collected. Dr. Vasile, Director of Instruction, and Rob Terry, CFO, were informed that the money was discovered on 5/13 and advised that it be counted and by two individuals and deposited which was done through Brinks the following Friday.
3. **Unsatisfactory Interest (Employees adaptability, attitude and willingness)**
   a. Terse responses to office staff and public
   b. (ongoing arguments reported in the office from staff)
   c. Experienced by Principal when he called in on 4/23
4. Phone response was "Providence" (not welcoming tone) When directed by Mr. Bonner to handle all staff attendance due to personnel aspects and salary implications instead of Appleton secretary on 5/8/13, Ms. Cutler was resistant and argumentative in response to principal's directive.

5.  **Unsatisfactory Attendance and Punctuality (Use of leave and time of arrival and departure)**
    a.  **Cutler  Arrival times (random Check)**

| | |
|---|---|
| 2/4/13 | 7:38 |
| 2/5/13 | 7:39 |
| 2/7/13 | 7:45 |
| 2/8/13 | 7:48 |
| 2/11/13 | 7:39 |
| 2/15/13 | 7:39 |
| 2/18/13 | 7:45 |
| | |
| 4/08/13 | 7:48 |
| 4/10/13 | 7:59 |
| 4/12/13 | 7:53 |
| 4/24/13 | 7:57 |
| | |
| 5/6/13 | 8:01 |
| 5/7/13 | 8:00 |
| 5/8/13 | 7:52 |
| | |
| 5/22/13 | 7:48 |
| 5/23/13 | 7:58 |

6.  Ms. Cutler had made arrangements with Appleton employees to be early shift(7:15 a.m. for phones). Agreed with Principal to be at school by 7:30.
    a.  Was directed by Principal in April to be here by 7:15. She agreed but has not complied.
    b.  Came back to Mr. Bonner to say that this time was difficult due to domestic obligations and consistently arrived after 7:45 each morning.

7.  **Unsatisfactory Responsibility and Dependability (In absence of Supervision)** *was asked by Mr. Bonner to delegate but agreed initially ASAP entry*
    a.  Having Appleton secretary do monthly HCS payroll
    b.  Taking extended lunch when administration was out (left at 10:30 on March 5th left at 11:30 to 2:15 on March 14; said went to the bank.
    c.  Ms. Cutler informed principal of 5/7 financial secretaries meeting downtown on 5/6. She informed other office staff that she would be gone all week for this and did not share this with Mr. Bonner. Ms. Cutler left school at approximately 8:45 a.m. on 5/7 and did not return. On 5/7 Mr. Bonner inquired with Rob Terry through email where upon Mr. Terry replied that he was providing 2-4 hours for financial secretaries to input local school funds within a window of the week. When asked about this on 5/8, after being out 5/7, Ms. Cutler showed the print out and said she had to continue to go in to MERTS for the work. She later stated she would have Mr. Bonner sign payroll and take to Merts the afternoon of 5/8 to complete local funds input.  Ms. Cutler remained at work the rest of the week

8.  **Unsatisfactory Cooperation (Consideration of other employee's work, working with others etc.)**
    a.  When directed by Mr. Bonner to handle all staff attendance due to personnel  aspects and salary implications instead of Appleton secretary on  5/8/13, Ms. Cutler was resistant and argumentative in response to principal's directive.
    b.  Refer to Category 3
9.  **Unsatisfactory Public Relations (Courteous: Answering Telephone, greeting visitors, supplying correct information, etc.)**
    a.  Terse Toward Crossing Guard when stopped at intersection on 8/12/12
    b.  Experienced by Principal when he called in on 4/23

      **i.  Phone response was "Providence" (not welcoming tone)**

It will be necessary for you to earn at least a satisfactory rating in all categories listed above.  Dramatic improvement has to occur in all areas.  Progress will be determined through bi-weekly meetings with the Principal every other Thursday beginning July 25, 2013.  It is critical that you show significant and sustained improvement in your performance in order to obtain adequate ratings in November.

Principal Secretary responsibilities should include:

- o  7:15 arrival while school is in session
- o  30 minutes for lunch
- o  Payroll & Attendance
    - ▪  Faculty/Staff Attendance, HCS Timesheets, Contracts, EPSCO, and Appleton employees
- o  Management of  front office
    - ▪  Attention to prompt and courteous customer service
    - ▪  Coordinating roles and responsibilities of Secretarial Staff in courteous and efficient manner
    - ▪  Making sure phones are answered at all times between 7:00 a.m. and 4:00 p.m.
- o  Bookkeeping
    - ▪  Invoices, Purchase Orders, Money Collection, and Reimbursements
    - ▪  Facility and Office Supplies
    - ▪  Field Trips
    - ▪  Contracts
    - ▪  End of the month Reports/End of the year Reports
    - ▪  Principal Books,  Check Books, State Funds, Local Funds, and Grants
    - ▪  Timely and accurate deposits
- o  Management of School Calendar
    - ▪  Principal Schedule
    - ▪  Coordination of staff responsible for calendar communication
- o  Other Duties Assigned by Administrators

For record keeping purposes, a copy of this letter will be placed in your personnel file.  If you have any questions about these instructions, please let me know.

Sincerely,

Paul A. Bonner
Principal

☐ I acknowledge receipt of this performance counseling letter

Employee's signature          Date:  5/24/13

Miriam Cutler

Performance Counseling Letter –                Page 3 of 4
Final 05-24-2013

☐ Employee refused to sign

Principal's signature                Date: _____

c:      Personnel File-(Employee Name)



Copyright 2001

By InfoTronics

*Welcome Miriam Cutler*

**Current Pay Period** Sun May-05 2013 to Sat Jun-08
2013 (Default)



### Employee Personal Information

| Field | | Value | Field | | Value |
|---|---|---|---|---|---|
| Name | ⟳ | CUTLER, MIRIAM G | ID Number | ⟳ | 11665 |
| Badge | ⟳ | 2592 | Pay Class | ⟳ | 11/12Mo 60Min 7.5/day |
| Clock Group | ⟳ | Providence | Sch. Pattern | ⟳ | 7.5/30 7:15a-3:15p on 05/28/13 |
| Workgroup | ⟳ | 0273-7030-SE-01-0000 on 07/04/10 | Emergency Contact | ⟳ | |
| Primary Phone | ⟳ | | Birthdate | ⟳ | 01/22/71 |
| Secondary Phone | ⟳ | | Union Code | ⟳ | |

### Employee

*Image*

CUTLER, MIRIAM G    No Photograph on file.





Copyright 2001

By InfoTronics

**Welcome Miriam Cutler**

**Current Pay Period** Sun May-05 2013 to Sat Jun-08 ¢ 2013 (Default)



## Employee Personal Information

| Field | | Value | Field | | Value |
|---|---|---|---|---|---|
| Name | ¢ | CUTLER, MIRIAM G | ID Number | ¢ | 11665 |
| Badge | ¢ | 2592 | Pay Class | ¢ | 11/12Mo 60Min 7.5/day |
| Clock Group | ¢ | Providence | Sch. Pattern | ¢ | 7.5/30 7:15a-3:15p on 05/28/13 |
| Workgroup | ¢ | 0273-7030-SE-01-0000 on 07/04/10 | Emergency Contact | ¢ | |
| Primary Phone | ¢ | | Birthdate | ¢ | 01/22/71 |
| Secondary Phone | ¢ | | Union Code | ¢ | |

## Employee

|  | Image |
|---|---|
| CUTLER, MIRIAM G | No Photograph on file. |

# *Providence Elementary*

*10 Chalkstone Street*
*Huntsville, AL 35806*
*Phone: 256-428-7125 Fax: 256-428-7139*

5/1/14

To: Miriam Cutler

Administrative Assistant

Providence Elementary School

Dear Miriam,

It was brought to my attention yesterday afternoon (4/30/14) at 4:00 p.m. that we sent our Space students on a field trip out of town to the McWane Center on April 14th without a signature of approval from Dr. Vasile, our Director of Instruction.  I signed the approval document on March 7, 2014.    The file copy is stamped completed without Dr. Vasile's signature.  Such an oversight puts our school, particularly those who signed off on the approval document originated on 3/6/14, at great risk for liability had an accident of any kind occurred. All field trip details and protocol must be attended to prior to approval.  No copies can be stamped approved until the DOI's signature.  All field trips have to be approved at least thirty days prior to the trip and finalized forms scanned to Dr. Vasile directly.  This cannot happen again.

Sincerely,

Paul A. Bonner

Principal

Providence Elementary School

Signature acknowledging receipt of letter: *Miriam G. Cutler*

Miriam Cutler_

Cc: Human Resource File

# RE: Weekly calendar from Mr. Bonner

Bonner, Paul A.

**Sent:** Monday, September 10, 2012 8:52 AM

**To:**  Barnett, Michelle; Avans, Ashley L; Barnes, Julie S; Brown, Anna M; Carnes, Gerald; Clemons, Heidi; Clopton, Cynthia J; Collins, Katherine A; Cutler, Miriam G; Davidson, Kimberly A; McWhorter, Lauren C; Dennison, Rhonda B; El-amin, Maisha N; Evans, Brittany J; Fama, Mike; Fowler, Tracy H; Garrett-Wilson, Sonya; Gautreaux, Susan; Graham, Kimberly A; Harrison, Diana; Hicks, Julie F; Holbrook, Kelly; Holzer, Elana; Horton, Dalaina L; Jackson, Linda R; Jenkins, Necia H; Johnson, Susan L; Johnson, Tracey B; Jones, Gracena; Jordan, Kathy; Kakales, Elaine; Kennedy, Donna; Kilbourn, Christa M; Kimbrough, Renita; Knight, Karen A; Landers, Terry K; Lanza, Lezlie S; Law, Amelia; Ledbetter, Deborah A; Lee, Phillip A; Lowery, Sharon L; Mack, Rupal R; Mann, Marlee D; Marowski, Melissa J; Matthews, Denine M; Mcclure, Ann; Mercieca, Alexander; Miller, Shelman D; Miller, Tabitha L; Moore, Delicia S; Patterson, Joanne; Potts, Chong M; Queeney, Jill M; Rice, Annissa K; Roach, Bettye L; Rogers, Janet N; Russ, Carolyn L; Smith, Teresa A; Strode, Ashley D; Tate, Jennifer D; Taylor, Lindsay; Taylor, Mary C; Walls, Paula R; Wilson, Joyce Y; Yocom, Ashleigh R; Young, Lauren; deishamorton@hotmail.com; jelissa88@gmail.com

Staff,

Please remember to get any upcomijng events to Michelle for the master calendar.

Paul

**From:** Barnett, Michelle

**Sent:** Friday, September 07, 2012 2:48 PM

**To:** Avans, Ashley L; Barnes, Julie S; Barnett, Michelle; Bonner, Paul A.; Brown, Anna M; Carnes, Gerald; Clemons, Heidi; Clopton, Cynthia J; Collins, Katherine A; Cutler, Miriam G; Davidson, Kimberly A; McWhorter, Lauren C; Dennison, Rhonda B; El-amin, Maisha N; Evans, Brittany J; Fama, Mike; Fowler, Tracy H; Garrett-Wilson, Sonya; Gautreaux, Susan; Graham, Kimberly A; Harrison, Diana; Hicks, Julie F; Holbrook, Kelly; Holzer, Elana; Horton, Dalaina L; Jackson, Linda R; Jenkins, Necia H; Johnson, Susan L; Johnson, Tracey B; Jones, Gracena; Jordan, Kathy; Kakales, Elaine; Kennedy, Donna; Kilbourn, Christa M; Kimbrough, Renita; Knight, Karen A; Landers, Terry K; Lanza, Lezlie S; Law, Amelia; Ledbetter, Deborah A; Lee, Phillip A; Lowery, Sharon L; Mack, Rupal R; Mann, Marlee D; Marowski, Melissa J; Matthews, Denine M; Mcclure, Ann; Mercieca, Alexander; Miller, Shelman D; Miller, Tabitha L; Moore, Delicia S; Patterson, Joanne; Potts, Chong M; Queeney, Jill M; Rice, Annissa K; Roach, Bettye L; Rogers, Janet N; Russ, Carolyn L; Smith, Teresa A; Strode, Ashley D; Tate, Jennifer D; Taylor, Lindsay; Taylor, Mary C; Walls, Paula R; Wilson, Joyce Y; Yocom, Ashleigh R; Young, Lauren; deishamorton@hotmail.com; jelissa88@gmail.com

**Subject:** Weekly calendar from Mr. Bonner

Attached are calendars from Mr. Bonner. They are the calendar for the month of September and for this coming week. Please check the calendar every week.

Michelle Barnett
Library Media Specialist
Providence Elementary School
10 Chalkstone Street
Huntsville, Alabama 35806
256-428-7137

# FW: updated faculty lists

Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:**   Cutler, Miriam G

Miriam,
        Could you please get this to Cathy this morning?

Paul

---

**From:** Vasile, Catherine R
**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today?  I am trying to match your information with the info from HR.
Thanks,
Cathy


*Dr. Cathy Vasile*
*Director of Instruction*
*Huntsville City Schools*
*256 428-6942*
*catherine.vasile@hsv-k12.org*


*Please note my new email:  catherine.vasile@hsv-k12.org*

## FW: updated faculty lists

Cutler, Miriam G
**Sent:** Wednesday, January 23, 2013 8:25 AM
**To:**   pvm.clerical

Please send me the updated faculty list via excel spreadsheet.

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:** Cutler, Miriam G
**Subject:** FW: updated faculty lists

Miriam,
        Could you please get this to Cathy this morning?

Paul

**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today? I am trying to match your information with the info from HR.
Thanks,
Cathy

# RE: updated faculty lists

Cutler, Miriam G
**Sent:** Wednesday, January 23, 2013 8:25 AM
**To:**    Bonner, Paul A.

Not a problem.

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:** Cutler, Miriam G
**Subject:** FW: updated faculty lists

Miriam,
        Could you please get this to Cathy this morning?

Paul

**From:** Vasile, Catherine R
**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today? I am trying to match your information with the info from HR.
Thanks,
Cathy

*Dr. Cathy Vasile*
*Director of Instruction*
*Huntsville City Schools*
*256 428-6942*
*catherine.vasile@hsv-k12.org*

*Please note my new email: catherine.vasile@hsv-k12.org*

## FW: updated faculty lists

Cutler, Miriam G
**Sent:**       Wednesday, January 23, 2013 10:14 AM
**To:**         Vasile, Catherine R
**Cc:**         Terrill, Paula H
**Attachments:** STAFFING 2012-2013.xlsx (12 KB)


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:** Cutler, Miriam G
**Subject:** FW: updated faculty lists

Miriam,
        Could you please get this to Cathy this morning?

Paul

**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today?  I am trying to match your information with the info from HR.
Thanks,
Cathy

## RE: updated faculty lists

Vasile, Catherine R
**Sent:** Wednesday, January 23, 2013 10:29 AM
**To:**   Cutler, Miriam G

Miriam,
Please add next to each name a column for: – tenured/non-tenured; temp or not; and race. If you have questions, please ask Mr. Bonner to share with you the directions for the info that was in a Monday Memo. Please resubmit when completed today.
Cathy Vasile

**From:** Cutler, Miriam G
**Sent:** Wednesday, January 23, 2013 10:14 AM
**To:** Vasile, Catherine R
**Cc:** Terrill, Paula H
**Subject:** FW: updated faculty lists

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:** Cutler, Miriam G
**Subject:** FW: updated faculty lists

Miriam,
        Could you please get this to Cathy this morning?

Paul

**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today? I am trying to match your information with the info from HR.
Thanks,
Cathy

## RE: updated faculty lists

Cutler, Miriam G
**Sent:** Wednesday, January 23, 2013 11:43 AM
**To:** Vasile, Catherine R

Yes ma'am, I'll get on that right away. I apologize, this is all I was told to provide.

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Vasile, Catherine R
**Sent:** Wednesday, January 23, 2013 10:29 AM
**To:** Cutler, Miriam G
**Subject:** RE: updated faculty lists

Miriam,
Please add next to each name a column for: – tenured/non-tenured; temp or not; and race. If you have questions, please ask Mr. Bonner to share with you the directions for the info that was in a Monday Memo.
Please resubmit when completed today.
Cathy Vasile

**From:** Cutler, Miriam G
**Sent:** Wednesday, January 23, 2013 10:14 AM
**To:** Vasile, Catherine R
**Cc:** Terrill, Paula H
**Subject:** FW: updated faculty lists

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Bonner, Paul A.
**Sent:** Tuesday, January 22, 2013 4:55 PM
**To:** Cutler, Miriam G
**Subject:** FW: updated faculty lists

Miriam,
    Could you please get this to Cathy this morning?

Paul

**Sent:** Tuesday, January 22, 2013 10:33 AM
**To:** Greer, Jeanne E; Bonner, Paul A.
**Subject:** updated faculty lists

Hi Jeanne and Paul,
Would you send me your updated faculty lists today?  I am trying to match your information with the info from HR.
Thanks,
Cathy

Cutler, Miriam G
**Sent:**        Thursday, January 24, 2013 11:00 AM
**To:**          Vasile, Catherine R
**Cc:**          Bonner, Paul A.
**Attachments:** STAFFING 2012-2013.xlsx (14 KB)


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

## RE:

Bonner, Paul A.
**Sent:** Friday, January 25, 2013 7:46 AM
**To:** Cutler, Miriam G

Thanks Miriam.  This is a big help.

Paul

**From:** Cutler, Miriam G
**Sent:** Thursday, January 24, 2013 11:00 AM
**To:** Vasile, Catherine R
**Cc:** Bonner, Paul A.
**Subject:**


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

## RE:

Vasile, Catherine R
**Sent:** Friday, January 25, 2013 4:19 PM
**To:** Cutler, Miriam G

Thanks, Miriam.
Cathy

**From:** Cutler, Miriam G
**Sent:** Thursday, January 24, 2013 11:00 AM
**To:** Vasile, Catherine R
**Cc:** Bonner, Paul A.
**Subject:**


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

# FW:

Cutler, Miriam G
**Sent:** Friday, February 01, 2013 9:28 AM
**To:** Bonner, Paul A.
**Attachments:** STAFFING 2012-2013.xlsx (14 KB)


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Cutler, Miriam G
**Sent:** Thursday, January 24, 2013 11:00 AM
**To:** Vasile, Catherine R
**Cc:** Bonner, Paul A.
**Subject:**


*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

## **RE:**

Bonner, Paul A.
**Sent:** Friday, February 01, 2013 11:44 AM
**To:**   Cutler, Miriam G

Thanks Miriam

**From:** Cutler, Miriam G
**Sent:** Friday, February 01, 2013 9:28 AM
**To:** Bonner, Paul A.
**Subject:** FW:

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

**From:** Cutler, Miriam G
**Sent:** Thursday, January 24, 2013 11:00 AM
**To:** Vasile, Catherine R
**Cc:** Bonner, Paul A.
**Subject:**

*Miriam Cutler*
*Secretary*
*Providence Schools*
*256-428-7125*
*256-428-7127 fax*

# Couple of Items

Bonner, Paul A.
**Sent:** Monday, August 12, 2013 4:26 PM
**To:** Cutler, Miriam G

Tomorrow:

    1. Please follow up with lawn service to make sure this will be done by Monday. Let me know who I need to contact if you do not get satisfaction on this.

    2. Kaylie Doss will report to you in the morning. Once she gets settled, send her to Lee.

    3. I am concerned that we have heard nothing from Regina Baker or food services. Please find out where they are in the process for providing FRL forms for families.

    4. There is a serious problem with the air conditioning in the first grade wing. Please put in a work order to see why it is so hot.

Thanks for everything.

Paul

Rebuttal 8/14/15, _mg_
14

To Whom It May Concern:


ESL Contract

Mr. Bonner stated that we met on 7/22/2014 to discuss an ESL contract for Mrs. Rogers. Please refer to Attachment 1. I was on vacation from 7/20 – 7/26.

On 7/28, before attending a mandatory finance meeting, I briefly met with Mrs. Walker who relayed Mr. Bonner's instructions entering an action change as well as a personnel requisition. Not once was an ESL Contract mentioned. Please refer to Attachment 2. July 29th, after seeing Candace Hatcher's e-mail, I verbally requested to meet with Mr. Bonner in regards to the funding of the before mentioned ESL contract.

Mr. Bonner informally met with me late 7/30, I informed him how much her contract would cost us for the year and that we did not have the funds to cover it. While in the outer office Mr. Bonner became very hostile and began yelling at me in front of the office staff, faculty members, and parents. Mr. Bonner was yelling at me saying that he and I had met in May and in regards to this subject. I reminded Mr. Bonner that the meeting in May was in regards to our 2013/14 Reading Intervention contract for Mrs. Jackson. Due to Mrs. Jackson working, per Mr. Bonner's approval, additional hours not contracted for we did not have the funds for a renewal of Mrs. Jackson's contract for 2014/15. He proceeded to yell that's not true. I said that we don't have the money for a full year; he asked to work up the contract for however many days we could afford. At that point my shift had already gone into overtime and I had to leave. On 7/31 I requested, from Mrs. Hatcher, the demographics for Mrs. Rogers in order to complete the personnel contract; Mr. Bonner was also aware of this request. (See Attachment 3 and 4) I was out on sick leave for my grandson's surgery on Friday 8/1, (See Attachment 1). The information was forwarded to me by Ann Marie Batista 8/8, see Attachment 5; I immediately completed and sent forward Mrs. Rogers' contract. (See Attachment 6)


Broadcast Equipment

August 4 was the first day that information/quotes were given to me. (See Attachment 6) I left messages with Heather Bender on 8/5 and 8/6 in regards to where the P.O. would be initiated based upon the dollar amount. (See Attachment 6) I received a response on 8/8 and immediately created and placed the order for all equipment quoted. (See Attachment 7, 8, 9)

Mrs. Holbrook

The only comment Mr. Bonner made in regards to Mrs. Holbrook was "I can't believe they haven't told us anything yet." When I returned the week of 7/28 I was informed that Mrs. Holbrook had been transferred and I immediately began contacting certified substitutes. Mr. Bonner was made aware of the difficulty in securing as certified substitute. (See Attachment 10) Monday August 4th HR notified me that Mrs. Runyan, whom Mr. Bonner wanted, had not submitted her certification yet and was not able to sub. On 7/31 I asked Mrs. Jackson, a retired teacher, to be on stand-by. Per HR Mrs. Jackson submitted paper work on 8/4 and was activated as a certified sub for Huntsville City Schools.


Personal Leave

We were in the third week of teacher attendance which exceeded the 10 day minimum where leave has to be approved by Dr. Wardynski's office. Ms. Hatcher's leaved was submitted and approved on Krono's as well as a paper copy. The question had been asked and was answered accordingly.

In conclusion, not only have I met my payroll, work order and accounting deadlines I've also completed two DOJ reports that required extensive research and which were assigned to me within a day of being due and another past the due date. (See Attachment 11 and 12) I enrolled and trained all of Providence's faculty and staff into Kronos.  Mr. Bonner has on several occasions verbally said what a good job I was doing, but on paper states dissatisfaction. Not only do I not agree with the comments and reasoning for the Cutler Improvement Plan, I find the false accusation not only to be slanderous as well as hostile.


Respectfully,


Miriam G. Cutler

# *Providence Elementary*

*10 Chalkstone Street*
*Huntsville, AL 35806*
*Phone:  256-428-7125 Fax:  256-428-7139*

8/8/14

Dear Miriam,

In June of last year you received an unsatisfactory rating regarding "Quantity of Work." On the evaluation it states that, "Ms. Cutler continues to struggle with keeping details. Two examples are missing the DOI field trip signature for an out of town field trip and keeping accounts with *Sam's* from exceeding the established debt limit." As we have moved into the beginning of 2014-15 problems with details and follow through persist:

- When Providence won a Mandarin Exchange Teacher Grant, we discussed, and I approved, a move to bring in a contract employee to help the exchange teacher throughout the year. On July 22nd at 11:00 a.m. we met with Mrs. Rodgers, the prospective contracted employee, to discuss the particulars and move on the contract. It was agreed that this would be put before the board of education. As of August 8, 2014 the contract employee was not hired because you have not filled out the paper work or worked with finance to get this done.

- In May of 2014, Rob Terry conducted an audit of our finances. After the audit, Rob told me that we have $11,000.00 that we have to spend on instruction before the end of the fiscal year in September. I discussed this with you as we considered ways to spend the money. On Monday, July 13th I met with Rena Anderson and Keith Ward to determine the equipment needed to broadcast Mandarin classes digitally. We agreed, with you present, that the money identified by Rob Terry could be used on this. I directed you to spend the money addressed to pay for the materials. On July 30th I received an itemized list from Jonathan Crowe that I immediately forwarded to you directing that the money identified by Rob Terry is to be used on this equipment. As of August 8, and the equipment had not been ordered. The classroom is expected to be ready by 8/25/14.

- The week of July 14, 2014 it was clear that we were to replace Mrs. Holbrook. At that time I told you that we needed to get a good sub to fill our second grade opening. On August 4, 2014 we did not have a sub one day before the first day of school. It is only because we realized Mrs. Jackson, former teacher and contract employee, might be available that we were able to get a substitute.

- I signed an approval on August 1, 2014 that had to go to Dr. Wardynski's office so that Candace Hatcher could take Monday August 11, 2014 to complete requirements for her

pending adoption.  The form never went to Dr. Wardynski's office.   Mrs. Sutton checked on this with you at least twice.

• Many emails are not responded to in a timely fashion.

  We are in a significant bind because directives given by me, the principal, have not been followed on too many occasions.  Administration has to follow up on directives too often, challenging deadlines.   It is important that you take the following steps to demonstrate improvement:

1. All emails received before 1:00 p.m. must have a reply on that day.  All emails after 1:00 p.m. require a reply by noon the next business day.
2. Use Outlook calendar to organize completion of tasks and cc. dates to the principal. Review these tasks first thing every morning to insure timely completion.
3. Place verbal and written directives from administration on calendar as soon as possible and email execution date to administrator in question the day of the directive.
4. Take the time at the beginning of each day to review progress on items 1-3 listed above.

  Organizational practice is a habit.  The administration of school activities requires an operational template that is effectively overseen and carried out by the Administrative Assistant at Providence Elementary School.

Sincerely,

Paul A. Bonner
Principal

Date: 8/15/14

Received by: _____

Date:_____

Miriam Cutler

CC: File



**Huntsville City Schools**
**Employee Performance Support Plan**
HR-P15-F4

NOTE: *This form is intended for use as a tool to document plans for performance improvement opportunities as evidenced in results from the Employee Performance Evaluation. It is designed to facilitate constructive discussion between the employee and supervisor in order to identify desired behaviors/results and to determine expected actions for targeting opportunities for improvement within a specific timeframe.*

| | |
|---|---|
| **Employee** Miriam Cutler | **Job Title** Administrative Assistant |
| **Reports To** Paul A. Bonner | **Dept / Location** Providence elementary School |
| **Support Plan Begin Date** 8.15.14 | **Support Plan End Date** 11.15.14 |

| Performance Dimension to Target for Improvement | Desired Behavior(s)/Result(s) | Action(s) to Target Improvement | Follow-up Timeframe | Training/Resources to be provided by Supervisor |
|---|---|---|---|---|
| ☒ Job Execution<br>☐ Job Knowledge<br>☐ Professional Conduct<br>☐ Interpersonal Skills<br>☐ Communication<br>☐ Leadership<br>☐ Customer/Student Relations | Begin work day at 7:15 a.m. with Regular Reference to Outlook Calendar to organize completion of tasks. | Check and tag tasks for the day co to Principal on Outlook Calendar | ☒ 1 week<br>☐ 2 weeks<br>☐ 30 days<br>☐ 60 days<br>☐ 90 days<br>☐ Other: | |

| Performance Dimension to Target for Improvement | Desired Behavior(s)/Result(s) | Action(s) to Target Improvement | Follow-up Timeframe | Training/Resources to be provided by Supervisor |
|---|---|---|---|---|
| ☐ Job Execution<br>☐ Job Knowledge<br>☐ Professional Conduct<br>☐ Interpersonal Skills<br>☐ Communication<br>☐ Leadership<br>☐ Customer/Student Relations | Check Substitue allocation and confirm substute attendance | Send daily substitute summary to Principal | ☒ 1 week<br>☐ 2 weeks<br>☐ 30 days<br>☐ 60 days<br>☐ 90 days<br>☐ Other: | |

| Performance Dimension to Target for Improvement | Desired Behavior(s)/Result(s) | Action(s) to Target Improvement | Follow-up Timeframe | Training/Resources to be provided by Supervisor |
|---|---|---|---|---|
| ☐ Job Execution<br>☐ Job Knowledge<br>☐ Professional Conduct<br>☐ Interpersonal Skills<br>☐ Communication<br>☐ Leadership<br>☐ Customer/Student Relations | All emails received befroe 1:00 p.m. replied to on that day. All emails after 1:00 p.m. require reply by 12:00 noon the next work day. | CC replies to Principal | ☒ 1 week<br>☐ 2 weeks<br>☐ 30 days<br>☐ 60 days<br>☐ 90 days<br>☐ Other: | |

| Performance Dimension to Target for Improvement | Desired Behavior(s)/Result(s) | Action(s) to Target Improvement | Follow-up Timeframe | Training/Resources to be provided by Supervisor |
|---|---|---|---|---|
| ☐ Job Execution<br>☐ Job Knowledge<br>☐ Professional Conduct<br>☐ Interpersonal Skills<br>☐ Communication<br>☐ Leadership<br>☐ Customer/Student Relations | Place verbal and written directives from administration on Outlook Calendar as soon as possible and email execution date to administrator in question the day of the directive. | CC admnistrator involved through Outlook | ☒ 1 week<br>☐ 2 weeks<br>☐ 30 days<br>☐ 60 days<br>☐ 90 days<br>☐ Other: | |

Improvement must occur in accordance with the plan outlined above and must be maintained.  If the employee does not make sufficient progress toward and/or meet expectations for improvement during the specified timeframe, additional action may be required.

*Employee signature acknowledges that this discussion has occurred, not necessarily agreement with the plan above.*

**Employee Signature** _____ **Date** _____

**Supervisor Signature** _____ **Date** _____

**Superintendent Signature** *(approval for inclusion in employee file if required)* _____

**Periodic Review Notes**

| | |
|---|---|
| **Initiated by** _____ | **Date** _____ |

**Comments**




| | |
|---|---|
| **Employee Signature** _____ | **Supervisor Signature** _____ |

| | |
|---|---|
| **Initiated by** _____ | **Date** _____ |

**Comments**




| | |
|---|---|
| **Employee Signature** _____ | **Supervisor Signature** _____ |

| | |
|---|---|
| **Initiated by** _____ | **Date** _____ |

**Comments**




| | |
|---|---|
| **Employee Signature** _____ | **Supervisor Signature** _____ |

| | |
|---|---|
| **Initiated by** _____ | **Date** _____ |

**Comments**




| | |
|---|---|
| **Employee Signature** _____ | **Supervisor Signature** _____ |

*Was the Performance Support Plan satisfactorily completed? (Select the appropriate response below.)*

☐ YES - Performance Support Plan satisfactorily completed as of: _____ *(date).*

☐ NO - Additional action required (please attach and submit to Human Resources).

# HUNTSVILLE CITY SCHOOLS – SUPPORTING SERVICES EVALUATION FORM

| Name | Position | School, Center or Department |
|---|---|---|
| Miriam Cutler | Administrative Assistant | Providence Elementary School |

| | DETAILED EVALUATION | | N/O | SP | VG | S | Uns | Und |
|---|---|---|---|---|---|---|---|---|
| a. | Quality of Work | (Accuracy, neatness, completeness and thoroughness of work performed) | | | | X | | |
| b. | Quantity of work | (The amount and promptness of satisfactory work completed) | | | | | X | |
| c. | Interest | (Employee's adaptability, attitude and willingness) | | | | X | | |
| d. | Attendance and Punctuality | (Use of leave and time of arrival and departure) | | | X | | | |
| e. | Responsibility and Dependability | (In absence of supervision) | | | | X | | |
| f. | Use of Time | (Planning of work, offering assistance to others, etc.) | | | | X | | |
| g. | Cooperation | (Consideration of other employee's work, working with others, etc.) | | | X | | | |
| h. | Initiative | (Amount of guidance required, resourcefulness and procedures) | | | | X | | |
| i. | Personal Qualities | (Manifests tact, loyalty, neatness in dress, self-control, patience, etc.) | | | X | | | |
| j. | Public Relations | (Courteous: Answering telephone, greeting visitors, supplying correct information, etc.) | | | | X | | |
| k. | Acceptance of Constructive Criticism | | | | X | | | |
| l. | Knowledge of Position | (Extent to which the employee knows the "What", "How" and "Why" of his/her job) | | | | X | | |

**N/O** – Not Observed    **SP** – Superior Performance    **VG** – Very Good    **S** – Satisfactory
**Uns** – Unsatisfactory    **Und** – Undesirable

| Special Commendations: | Ms. Cutler has worked hard to be more efficient and attentive to detail. Her punctuality has improved dramatically. |
|---|---|
| Specific Deficiencies: | Ms. Cutler continues to struggle with keeping details. Two examples are missing the DOI field trip signature for an out of town field trip and keeping accounts with Sam's from exceeding the established debt limit |
| Recommendations for Improvement: | HCS conducted an audit of Providence Elementary accounts that included a missing receipt book. Rob Terry went over expectations and ways to better arrange accounts so as to keep it in order. |
| Employee's Comments: | *Thank you for your critique, I find it very helpful. I'm looking forward to another school year, I thank you for being & with the opportunity to improve.* |

Supervisor's Signature _____  Date 6/5/14        Employee's Signature _Miriam G. Cutler_  Date 6/5/14

**Original – Return to Human Resources        Copy – Supervisor        Copy - Employee**

Attachment 1  4

## Service Report - Previous Period

Includes all workgroups for all employees who are Active.

| | | | | | |
|---|---|---|---|---|---|
| 0273-7030-A9-01-0000 | Regular | 60.57 | . | . | |
| 0273-7030-A9-01-0000 | Sick | 1.95 | . | . | |

### CUTLER, MIRIAM G

| 07/06/14 to 08/09/14 | ID Number | 11665 | Location | Providence Elem |
|---|---|---|---|---|
| | Badge | 2592 | Division/Depart | Es Instructional Su |
| | SSN | | Employee Type | 7.5 / 241 / Secretary |

**Week 1 (07/06/14 to 07/12/14)**
No Accumulated Hours

**Week 2 (07/13/14 to 07/19/14)**
| 0273-7030-SE-01- | Regular | 37.50 | . |
|---|---|---|---|
| 0273-7030-SE-01- | StraightOT | 0.68 | . |

**Week 3 (07/20/14 to 07/26/14)**
| 0273-7030-SE-01- | Vacation | 37.50 | . |
|---|---|---|---|

**Week 4 (07/27/14 to 08/02/14)**
| 0273-7030-SE-01- | Regular | 30.00 | . |
|---|---|---|---|
| 0273-7030-SE-01- | Sick | 7.50 | . |
| 0273-7030-SE-01- | StraightOT | 4.62 | . |

**Week 5 (08/03/14 to 08/09/14)**
| 0273-7030-SE-01- | Regular | 37.50 | . |
|---|---|---|---|
| 0273-7030-SE-01- | StraightOT | 1.92 | . |

**Period Totals**

| C-DEPT-TYPE-REC-E | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|
| 0273-7030-SE-01-0000 | Regular | 105.00 | . | . |
| 0273-7030-SE-01-0000 | Sick | 7.50 | . | . |
| 0273-7030-SE-01-0000 | Vacation | 37.50 | . | . |
| 0273-7030-SE-01-0000 | StraightOT | 7.22 | . | . |

### DAVIS, JUDY

| 07/06/14 to 08/09/14 | ID Number | 15532 | Location | Providence Elem |
|---|---|---|---|---|
| | Badge | 5373 | Division/Depart | Es Instructional Su |
| | SSN | | Employee Type | 6.0 / 184 / Cnp |

**Week 1 (07/06/14 to 07/12/14)**
No Accumulated Hours

**Week 2 (07/13/14 to 07/19/14)**
No Accumulated Hours

**Week 3 (07/20/14 to 07/26/14)**
No Accumulated Hours

**Week 4 (07/27/14 to 08/02/14)**
No Accumulated Hours

**Week 5 (08/03/14 to 08/09/14)**
No Accumulated Hours

**Period Totals**

| C-DEPT-TYPE-REC-E | Pay Designation | Hours | Rate | Dollars |
|---|---|---|---|---|

### EVANS, BRITTANY J

| 07/06/14 to 08/09/14 | ID Number | 16711 | Location | Providence Elem |
|---|---|---|---|---|
| | Badge | 6470 | Division/Depart | Es Instructional Su |
| | SSN | | Employee Type | Contract Hourly |

**Week 1 (07/06/14 to 07/12/14)**
No Accumulated Hours

**Week 2 (07/13/14 to 07/19/14)**
No Accumulated Hours

**Week 3 (07/20/14 to 07/26/14)**
No Accumulated Hours

**Week 4 (07/27/14 to 08/02/14)**
No Accumulated Hours

**HUNTSVILLE CITY SCHOOLS**          Attachment 1B

# LEAVE WITH PAY (LWP) REQUEST

Cutler, Mirian

_____        _____        _____        XXX-XX-
Last Name              First Name              Initial        Social Security Number

Providence Elem                                Administratior Assist

_____                                _____
School/Center                                  Position

Refer to Policy 104-9

| | |
|---|---|
| X | Vacation |
| | Personal – Certified (5 days) |
| | Personal – Support (5 days) |
| | Military (Submit to Human Resources. Attach copy of orders.) |
| | Exchange Teacher Assignment (Submit to Human Resources 60 days in advance. Program approval must be attached.) |
| | Jury, Witness, or Election Duty |
| | Unavoidable Leave (Submit to Superintendent's Office. Attach Principal/Supervisor's justification.) |
| | Legislative & Publicly Elected Official (Attach specific reason.) |
| | Special Assignment Leave (Submit to Superintendent's Office with supporting documentation attached.) |

Inclusive Dates of Leave    7/21    through    7/25
                          Beginning                    Ending

Person in charge/substitute (If applicable) _____

_____                              5/29/14
Employee's Signature                         Date

_____        5/29/14        _____
Administrator's Signature    Date        Superintendent's Signature

HCS101-26R6 MAR12

# RE: Action Change

Cutler, Miriam G
**Sent:** Monday, July 28, 2014 11:39 AM
**To:** Bonner, Paul A.

*Attachment 2*

Good Morning Paul,

Our internet/e-mail access has been down until a little while ago. Mrs. Walker told me this morning what you wanted done. I immediately took care of the Action Change and submitted the requisition as soon as the internet was up. However, now I'm seeing your e-mail and it said to check with Simmons first on the requisition. In light of this, do you want me to cancel the already submitted requisition?


**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

**From:** Bonner, Paul A.
**Sent:** Monday, July 28, 2014 8:07 AM
**To:** Cutler, Miriam G
**Cc:** Sutton, Marcia L; Walker, Missy M
**Subject:** Action Change

Miriam,
    Welcome back :). Could you please make and Action Change form to move Lydia Avery from 2nd Grade to Fourth Grade. Also go on search soft and find out from Lee Simmons when we can begin action for hiring new 2nd grade teacher.

Paul

# RE: Diane's contract

Attachment 3

Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 4:42 PM
**To:** Candace Hatcher [cahhatcher@knology.net]

Hi Candace,

Don't freak out...but I need the following information to process Diane's contract.

First & Last Name
Full Address
Full SS# (that's what they use to set her up in the system)
Phone number
DOB


Miriam Cutler
Administrative Assistant
Providence Elementary School
256-428-7125
256-428-7139 fax

"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."

-Ralph Waldo Emerson

---

From: Candace Hatcher [cahhatcher@knology.net]
Sent: Monday, July 28, 2014 7:28 AM
To: Cutler, Miriam G
Subject: Diane's contract

Hi Miriam:
Hope your summer was wonderful! Time for another academic year. Can you believe it?
Diane is going to bring in some materials tomorrow and I was wondering if you had a
chance to draft a contract for her. Thank you. See you tomorrow.

Sent from my iPhone

## RE: Bus Contracts

Attachment 4

**Bonner, Paul A.**
**Sent:** Friday, August 01, 2014 11:25 AM
**To:** Cutler, Miriam G
**Categories:**Green Category

Thanks. I hope everything is going well. I have signed. Could you send Candace the tax # for PRividence?

Paul

**From:** Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 4:57 PM
**To:** Bonner, Paul A.
**Cc:** Sutton, Marcia L; Walker, Missy M; pve.clerical
**Subject:** Bus Contracts

Paul I've placed the bus contracts in your "to be signed" folder. After signing them please give them to Ms. Green to scan and e-mail to Marcie Stewart. ( marcie.stewart@hsv-k12.org )

As far as Mrs. Diane Rodgers' contract, when I receive her demographic information from Candace I'll be able to finish preparing it for processing.


Have a wonderful weekend and I will see everyone on Monday.


**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

## FW: Rodgers' Contract

Bonner, Paul A.
**Sent:**      Monday, August 11, 2014 9:16 AM
**To:**        Cutler, Miriam G
**Attachments:**Rodgers for Providence.doc (36 KB)

*Attachment 5*

I spoke with Ann Marie about this Sunday. She said she might have some funds to help. Let's keep in contact with her and keep our fingers crossed.

Paul

**From:** Bonner, Paul A.
**Sent:** Sunday, August 10, 2014 3:10 PM
**To:** Bonner, Paul A.
**Subject:** FW: Rodgers' Contract

**From:** Batista, Ann M
**Sent:** Thursday, August 07, 2014 4:52 PM
**To:** Cutler, Miriam G; Bonner, Paul A.
**Cc:** Hatcher, Candace A
**Subject:** Rodgers' Contract

I had an old contract for Diane and I updated with dates. I used August 22 as the start date because this will fall after the next board meeting. It just needs a GLN and signatures to move on to HR for next board meeting.

Ann Marie Batista
Huntsville City Schools
ESL Program Specialist
256-929-5655 Cell Phone
256-428-7991 Fax

Attachment 6

# HUMAN RESOURCES
## CONTRACT/AGREEMENT REQUEST

Title: ESL Tutor

Responsibilities: Supplemental instruction for English learners

Location: Providence Elementary

Name of person or Agency:    Diane Rodgers

Address:    126 Inwood Trail

Madison, AL 35758

Phone Number(s):    256-461-7383

Social Security #:    Emp #2588

Retired? ☒ Yes ☐ No - If yes, system retired from    Huntsville City Schools

Start Date: 8/22/14                                     End Date: 12/1/14

Hours per Day: 6                                          Number of days per week: 3

Total hours per week: 19

Hourly rate: $13

Total amount of contract: $3518.00 to include benefits

Funding source(s): Principal's Books

12-5-1100-399-0273-7101-0-8100-7547 $2000.00

GLN#: 12-5-1100-399-0273-7101-0-8100-7119 $1518.00

Signature
(Principal/Supervisor)                    Date

School/Department                   8/11/14

Federal Programs/Other Signature          Date

---

**HR USE ONLY**

HR Director Signature: _____          Input Date: _____

SCANNED                         E-MAILED

Calculation of Pay & Benefits

**Contracts – Employees**

| | | | | Benefits | | |
|---|---|---|---|---|---|---|
| | | | State Retirement | Social Security | Federal Medicare | Unemployment |
| Hourly Rate | $ 13.00 | Total | 10.00% | 6.20% | 1.45% | 0.19% |
| # of Hours | 6 | | | | | |
| Calculated Pay | $ 78.00 | $ 13.92 | $ 7.80 | $ 4.84 | $ 1.13 | $ 0.15 |
| Calculated Benefits | $ 13.92 | | | | | |
| Total Pay & Benefits | $ 91.92 | | | | | |

**Sub Pay**



| Certified | Base Pay | $ | 60.00 |
|---|---|---|---|
| | Benefits | | 4.7 |
| | | $ | 64.70 |

| Support Staff | Base Pay | $ | 58.00 |
|---|---|---|---|
| | Benefits | | 4.55 |
| | | $ | 62.55 |

# RE: Equipment for our Mandarin Classroom

*AH. 7*

**Bonner, Paul A.**
**Sent:**      Tuesday, August 05, 2014 11:21 AM
**To:**        Cutler, Miriam G
**Categories:**Green Category; Red Category; Yellow Category

The grant is for personnel and living expenses only.

Paul

**From:** Cutler, Miriam G
**Sent:** Tuesday, August 05, 2014 9:44 AM
**To:** Hatcher, Candace A
**Cc:** Bonner, Paul A.; Sutton, Marcia L; Walker, Missy M
**Subject:** FW: Equipment for our Mandarin Classroom

Before I assign a GLN number to the P.O., I will need to know if the Grant for our Mandarin Teacher includes covering any equipment/classroom expense or is it just for the salary and accommodations?

The total cost will be $9034.75.

**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

**From:** Bonner, Paul A.                    *A*
**Sent:** Monday, August 04, 2014 11:52 AM
**To:** Cutler, Miriam G
**Subject:** FW: Equipment for our Mandarin Classroom

**From:** Crowe, Jonathan
**Sent:** Monday, August 04, 2014 11:08 AM
**To:** Bonner, Paul A.; Anderson, Rena; Sutton, Marcia L; Ward, Keith
**Cc:** Harris, Avery M; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Here are the quotes.  I'm not sure who needs to fill out the PR for this.    *B*

Please advise,
Jonathan

**From:** Bonner, Paul A.

## Quote Providence ES

*Plat. 8*

**Cutler, Miriam G**
**Sent:**     Friday, August 08, 2014 11:43 AM
**To:**       Bender, Heather
**Importance:**High

Mr. Bonner, our principal asked that I get a quote for a BrightLink Epson/Projector
and Activeboard equipment.

We have a classroom that doesn't have anything. Would you be the person that I get
that from?


Thanks for any assistance with this!

Miriam Cutler
Administrative Assistant
Providence Elementary School
256-428-7125
256-428-7139 fax

"We are all inventors, each sailing out on a voyage of discovery, guided each by a
private chart, of which there is no duplicate. The world is all gates, all
opportunities."

-Ralph Waldo Emerson

_____

From: Bender, Heather
Sent: Friday, August 08, 2014 9:18 AM
To: Cutler, Miriam G
Subject: RE: TV Equipment Request - Providence ES

The vendor.

Heather Bender
Director of Educational Technology
Huntsville City Schools
256-428-6876
Heather.Bender@hsv-k12.org


-----Original Message-----
From: Cutler, Miriam G
Sent: Friday, August 08, 2014 9:17 AM
To: Bender, Heather
Subject: RE: TV Equipment Request - Providence ES

Is the P.O. made out to B&H or ETV.


Miriam Cutler
Administrative Assistant

Providence Elementary School
256-428-7125
256-428-7139 fax

"We are all inventors, each sailing out on a voyage of discovery, guided each by a
private chart, of which there is no duplicate. The world is all gates, all
opportunities."

-Ralph Waldo Emerson

_____

From: Bender, Heather
Sent: Friday, August 08, 2014 8:38 AM
To: Cutler, Miriam G; Crowe, Jonathan
Cc: Ward, Keith
Subject: TV Equipment Request - Providence ES

Hi Miriam,
You are good to purchase these items from me. You should be fine cutting the PO's in
NextGen due to the low cost and it's coming out of your principals.

Jonathan and Keith, for your awareness.

Have a great day!

Heather Bender
Director of Educational Technology
Huntsville City Schools
256-428-6876
Heather.Bender@hsv-k12.org


-----Original Message-----
From: Cutler, Miriam G
Sent: Friday, August 08, 2014 8:28 AM
To: Bender, Heather
Cc: Cutler, Miriam G
Subject: Per or conversation

Please open the attached document. It was scanned and sent to you using a Xerox
WorkCentre.

Sent by: 13615
Number of Images: 3
Attachment File Type: PDF

Device Name: WorkCentre 5330
Device Location:

For more information on Xerox products and solutions, please visit
http://www.xerox.com/

```
**PURCHASE ORDER**                    INVOICE TO:                      **PURCHASE ORDER**
TYPE:  Normal                      Huntsville City Schools                  Page 1 of 1
                                      P.O. BOX 1256
                                   HUNTSVILLE,AL  35807
```

*Attachment*

*A*

```
SHOW PO NUMBER ON ALL SHIPPING CONTAINERS,        PO NUMBER:      0273-014078
PACKING LISTS, INVOICES AND CORRESPONDENCE.       PO DATE:        08/08/2014
                                                  EXPIRES ON:     02/04/2015
STATUS AND DATE:      Approved  08/08/2014        ORIGINATOR:     Miriam Cutler

VENDOR:  23096        AMOUNT:  4,039.75    SHIP TO:

  B & H PHOTO & ELECTRONICS CORP          PROVIDENCE ELEMENTARY
  420 NINTH AVENUE                        10 CHALKSTONE ST
  NEW YORK NY 10001                       HUNTSVILLE AL 35806

                                          ATTENTION:  Paul Bonner

  PHONE:(800)221-5743    FAX:             PHONE:                FAX:
  EMAIL:                                  EMAIL:
COST CENTER:   0273                       DELIVERY DATE:     08/08/2014
REQ NUMBER:    000000                     TERMS:             Net 30
```

| ITEM # | QTY | UM | ITEM DESCRIPTION | ITEM COST | EXTENDED AMT |
|---|---|---|---|---|---|
| Item0001 | 2.00 | Each | JVHZHM150VZR | 279.9500 | 559.90 |
| Item0002 | 2.00 | Each | MAVT4000 | 134.9600 | 269.92 |
| Item0003 | 1.00 | Each | ASVS248HP | 169.9900 | 169.99 |
| Item0004 | 1.00 | Each | SEEW112G3A | 649.9500 | 649.95 |
| Item0005 | 1.00 | Each | MA802VLZ4 | 199.9900 | 199.99 |
| Item0006 | 2.00 | Each | JVGYHM70U | 1,095.0000 | 2,190.00 |
| Item0007 | 1.00 | Each | SEE ATTACHED | 0.0000 | 0.00 |

```
                                          PURCHASE ORDER TOTAL:      $4,039.75


       NOTIFY BOOKKEEPER IN WRITING/BY FAX (NUMBER AT TOP OF PO) FOR APPROVAL OF
                        PRICE INCREASE OVER $10 OF TOTAL ORDER
              A COMPLETED W-9 MUST BE ON FILE BEFORE PAYMENT IS ISSUED
```

| ALLOCATION TRACKING | GENERAL LEDGER ACCOUNT | AMOUNT |
|---|---|---|
| | 12-5-1100-494-0273-7101-0-1200-7750 | 4,039.75 |
| | INSTRUCTION, AUDIO/VIDEO <$5000 | |
| | DISTRIBUTION TOTAL: | 4,039.75 |

```
0273-014078

APPROVED BY:                                        DATE:  8/8/14

PRINCIPAL

RECEIVED BY:                                        DATE:
```



## Government, Education, and Corporate Department
For Pricing Requests, Purchase Orders, and Customer Service:



**Phone:** 800-947-8003
212-239-7503

**Fax:** 800-858-5517
212-239-7759

**Email:** Education: **emailbids@bhphoto.com**
Corporate: **corporatesales@bhphoto.com**

Federal Government: **gsa@bhphoto.com**
State and Local: **biddept@bhphoto.com**

Federal ID#: 13-2708071

PHOTO - VIDEO - PRO AUDIO

*The Professional's Source* ━━━ **420 Ninth Avenue, New York City, NY 10001 • www.bhphotovideo.com** ━━━

**Prices Are Valid Until:**     08/14/14          **Bid No.:**  497062230

P.O.
14078

Sold To:
**Huntsville City Schools**
**706 Read Dr**
**Attn: Etv**
**HUNTSVILLE, AL 35801**

Ship To:
**Huntsville City Schools**
**706 Read Drive**
**Attn: Keith Ward**
**HUNTSVILLE, AL 35801**

Bill Phone:   **(256)428-7860**
Fax Phone:   **(256)428-7861**

**(256)428-7860**

| Date | Customer Code | Terms | Salesperson | Ship Via | | |
|------|--------------|-------|-------------|----------|--|--|
| 07/31/14 | 38323260 | N/A | 18N | STANDARD | | |

| Qty Ord | Item Description | SKU#<br>MFR# | Item Price | Amount |
|---------|------------------|--------------|------------|--------|
| 2 | **JVC REMOTE SERVO F/GY-HM150/REG**<br>*This Item Has Free Shipping To The Continental USA.* | JVHZHM150VZR<br>(HZHM150VZR) | 279.95 | 559.90 |
| 2 | **MAGNUS VT-4000 TRIPOD w/2 WAY FLUID VID HEAD/STUD**<br>*This Item Has a Student Special Price.* | MAVT4000<br>(VT4000) | 134.96 | 269.92 |
| 1 | **ASUS VS248H-P 24" LED LCD MONITOR/REG**<br>*This Item Has Free Shipping To The Continental USA.* | ASVS248HP<br>(VS248HP) | 169.99 | 169.99 |
| 1 | **SENNHEISER EW 112 G3 LAV SYS (A) EM100/SK100/ME 2/REG**<br>*This Item Has Free Shipping To The Continental USA.* | SEEW112G3A<br>(503169) | 649.95 | 649.95 |
| 1 | **MACKIE 802-VLZ4 - 8-CH  ULTRA COMPACT MXR/REG**<br>*This Item Has Free Shipping To The Continental USA.* | MA802VLZ4<br>(802VLZ4) | 199.99 | 199.99 |

**Continued on Next Page ...**

BNH_quote





## Government, Education, and Corporate Department
For Pricing Requests, Purchase Orders, and Customer Service:

Phone: **800-947-8003**
**212-239-7503**

Fax: **800-858-5517**
**212-239-7759**

Email: Education: **emailbids@bhphoto.com**    Federal Government: **gsa@bhphoto.com**
Corporate: **corporatesales@bhphoto.com**    State and Local: **biddept@bhphoto.com**

*The Professional's Source* ▬▬▬ **420 Ninth Avenue, New York City, NY 10001 • www.bhphotovideo.com** ▬▬▬

Federal ID#: 13-2768071

**Bid No.:**    497062230

| Date | Customer Code | Terms | Salesperson | Ship Via | | | |
|------|---------------|-------|-------------|----------|---|---|---|
| 07/31/14 | 38323260 | N/A | Slsm | STANDARD | | | |
| Qty Ord | | Item Description | | SKU#<br>MFR# | | Item Price | Amount |
| 2 | JVC GY-HM70 HD CAMCORDER/REG | | | JVGYHM70U<br>(GYHM70U) | | 1,095.00 | 2,190.00 |
| | Price After $500.00 Instant Rebate  Exp. 12/31/14 | | | | | | |

125· 1100·494·0373.  7191. 0· 1200·  7754

PLEASE NOTE: ----------------------------------------------------
************ B&H HOLIDAY SCHEDULE *************
We will Close on Monday August 4 at 5pm
We will remain closed on Tuesday August 5
We will reopen on Wednesday August 6 at 9am
Certain items may be enforced by vendor to sell at the
vendor-imposed price posted at the time of order.

| Payment Type - | - Amount | Sub-Total: | 4,039.75 |
|----------------|----------|------------|----------|
| NO PAYMENT TYPE SELECTED | | | |
| | | Shipping: | 0.00 |
| | | Total: | 4,039.75 |

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/08/2014 12:45
                                    NAME  : PROVIDENCE ELEM.
                                    FAX   : 2564287139
                                    TEL   : 2564287125
                                    SER.# : U63274H3J484580
```

```
DATE,TIME              08/08  12:44
FAX NO./NAME           918008585517
DURATION               00:01:09
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```

TYPE:   Normal

Huntsville City Schools
P.O. BOX 1256
HUNTSVILLE, AL 35807

Page 1 of 1

Attachment 4B

| | | |
|---|---|---|
| SHOW PO NUMBER ON ALL SHIPPING CONTAINERS, PACKING LISTS, INVOICES AND CORRESPONDENCE. | PO NUMBER: | 0273-014079 |
| | PO DATE: | 08/08/2014 |
| | EXPIRES ON: | 02/04/2015 |
| STATUS AND DATE:   **Approved 08/08/2014** | ORIGINATOR: | Miriam Cutler |

VENDOR:   400706        AMOUNT:   4,995.00        SHIP TO:

MARSHALL GRAPHICS SYSTEMS            PROVIDENCE ELEMENTARY
1625 GALLERIA BLVD.                  10 CHALKSTONE ST
BRENTWOOD TN 37027-2926              HUNTSVILLE AL 35806

                                     ATTENTION:   Paul Bonner

| | | | | |
|---|---|---|---|---|
| PHONE: | FAX: | PHONE: | FAX: | |
| EMAIL: | | EMAIL: | | |
| COST CENTER: | 0273 | | DELIVERY DATE: | 08/08/2014 |
| REQ NUMBER: | 000000 | | TERMS: | Net 30 |

| ITEM # | QTY | UM | ITEM DESCRIPTION | ITEM COST | EXTENDED AMT |
|---|---|---|---|---|---|
| Item0001 | 1.00 | Each | FG-0004 39-R001 | 4,995.0000 | 4,995.00 |

                                     PURCHASE ORDER TOTAL:        $4,995.00

NOTIFY BOOKKEEPER IN WRITING/BY FAX (NUMBER AT TOP OF PO) FOR APPROVAL OF
PRICE INCREASE OVER $10 OF TOTAL ORDER
A COMPLETED W-9 MUST BE ON FILE BEFORE PAYMENT IS ISSUED

| ALLOCATION TRACKING | GENERAL LEDGER ACCOUNT | AMOUNT |
|---|---|---|
| | 12-5-1100-414-0273-7101-0-1200-7750 | 4,995.00 |
| | INSTRUCTION, INST SOFTWARE | |
| | DISTRIBUTION TOTAL: | 4,995.00 |

0273-014079

APPROVED BY:                                    DATE: 8/9/14

PRINCIPAL

RECEIVED BY:                                    DATE:

14079

**MARSHALL**
GRAPHICS SYSTEMS

Pro Audio | Pro Video
www.marshallgraphics.com

**Bill To:**
Jonathan Crowe
Huntsville City Schools
706 Read Drive
Huntsville, AL 35801
256-428-7860 phone
256-428-7861 fax
Jonathan.Crowe@hsv-k12. org

**Ship To:**
Jonathan Crowe
Providence Elementary School
10 Chalkstone Street
Huntsville, AL 35806
256-428-7860 phone
256-428-7861 fax
Jonathan.Crowe@hsv-k12. org

# QUOTATION

| Date |
|---|
| 8/1/2014 |

| Invoice # |
|---|
|  |

| Quotation # |
|---|
| Huntsville ETV-27W |

| Tax Status: |
|---|
|  |

| Customer P.O. Number |
|---|
|  |

| Item | Qty | Product No. | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1. | 1 | FG-000439-R001 | **TRICASTER:**<br>TriCaster 40 version 2 Educational (includes LiveText 2.5 and Curriculum Download). Control panel not included. | $4,995.00 | $4,995.00 |
|  |  | FG-000274-R001 | **OPTION:**<br>TriCaster 40CS Educational. Control Surface. | $1,995.00 |  |
| 2. | 1 | S&H | Shipping included | $0.00 | $0.00 |

*handwritten:* 12. 5. 1100. 414 . 0273 . 7101·0· 1200 · 7750
*handwritten:* 12. 5. 1100. 494. 0273. 7101. 0. 1200. 7750

| | Subtotal: | $4,995.00 |
|---|---|---|
| | Subtotal: | $4,995.00 |
| | **TOTAL:** | **$4,995.00** |
| | Less Desposit: | |
| | **Balance Due:** | **$4,995.00** |

**REMIT TO: Marshall Graphics Systems, 1625 Galleria Blvd., Brentwood, TN 37027-2926**

| Terms | Company Check | NET 30 |
|---|---|---|

• Customer to supply all other equipment. Prices in U.S. Dollars, exclusive of shipping, duties, taxes. FOB origin.
• Interest to be charged on any past due invoices at the lower of the following rates: 1.5% per month (18% per year) or the maximum rate allowed by law. Customer agrees to pay all expenses of collection or dispute, including but not limited to seller's attorney fees and costs. This sale is non-refundable and non-cancelable.
• Any quoted leasing rates are subject to credit approval, review of final equipment list, proper documentation, rate approval at time of order, provisions in the lease agreement, minimum leasable amount, and addition of documentation fees and any applicable taxes.

This Quotation/Agreement is accepted on behalf of Buyer:

Signed by: _____ _____  Title: _____ ____

Bill Weldon
Account Manager
Marshall Graphics Systems
Tel: 256-895-2686
Cel: 256-679-6221
Fax: 615-399-8898
billweldon@marshallgraphics. com

# RE: Second grade sub

Attachment 10

Bonner, Paul A.
**Sent:**Friday, August 01, 2014 11:22 AM
**To:**   Cutler, Miriam G

You know I need to be shot!  Try to get our original plan in.  She said she has done all of her finger printing and such.

PAul

---

**From:** Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 5:16 PM
**To:** Bonner, Paul A.; Sutton, Marcia L; Walker, Missy M
**Subject:** Second grade sub

As far as sub for second grade, some of our regulars have found employment and the others haven't responded. Would you like me to open it in AESOP?

**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

# RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Cutler, Miriam G                                                                    *Attachment 11*
**Sent:**          Thursday, July 31, 2014 3:16 PM
**To:**            Bonner, Paul A.
**Categories:**    Purple Category
**Attachments:** DOJ SPREADSHEET (1).xlsx (19 KB) ; Providence Field Trip Forms.pdf (1 MB)

---

**From:** Bonner, Paul A.
**Sent:** Wednesday, July 30, 2014 4:34 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

I meant to get with you about this today. See if you can work on this info. I realize it is unreasonable, but with us not there, maybe you can get on the spreadsheet. I'll call you in the morning.

Paul

---

**From:** Bonner, Paul A.
**Sent:** Tuesday, July 29, 2014 8:36 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Could you please pull all of this info together. Sorry about the short notice.

Paul

---

**From:** Finley, Christie H
**Sent:** Tuesday, July 29, 2014 4:48 PM
**To:** Alexander, Presonia LS; Ashley, Dawn S; Balentine, Rebecca S; Bardwell, Heather; Barnes, Fredrick C; Bonner, Paul A.; Boyd, Patricia I; Bray, Autumn H; Bryant, Glenn D; Burton, Jamie; Cobb, Shelton S; Davis, Towana M; Douthit, Jennifer B; Edwards, Debi S; Edwards, Paula L.; Graham, Sanchella; Greer, Jeanne E; Hachar, Lisa A.; Harris, Peggy Y; Hasty, Dianne L; Hicks, Gregory L; Jobe, Anne M; Jones, Eric; Kalange, Lucretia J; King, Aaron G; Lindsey, Melissa D; Little, Barbara M; Mason, Amy; Mays, Lois Ann Martin; Mincher, Mark A; Morris, Michael; Porter, Clifford D.; Scott, Bradley A; Scott, Timothy; Thorson, Stewart; Wallace, Michele; West, Debra; White, Donna H; Wieseman, Kevin J; Worshim, Laura M
**Cc:** Summerville, Tammy S; Finley, Christie H; Vasile, Catherine R
**Subject:** URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Dear Principals,

We know that at this busy time of year, this request adds to your frontload of getting school open. However, DOJ has requested that the following information be submitted and we must comply.

Therefore, we are asking you to do the following. Please send your DOI the following by **Monday, August 1 at 12:00 NOON. THIS IS A FIRM DEADLIN**E.

## USE THE ATTACHED SPREADSHEET TO COMPLETE THE DATA REQUIRED. ADD ANY

**ADDITIONAL LINES IF MORE ARE NEEDED. THERE ARE TWO TABS IN THIS SPREADSHEET THAT ADDRESS THE INFORMATION WE HAVE REQUESTED.**

- **FIELD TRIPS:**
  - o **We need your 2013-2014 field trip forms. PLEASE ATTACH YOUR FIELD TRIP FORMS ALONG WITH THE COMPLETED SPREADSHEET AND EMAIL TO DOI.**
  - o **Please see attached spreadsheet and add the following information:**
    - ▪ Name of school
    - ▪ Grade/ Class participating in the field trip
    - ▪ Destination of field trip
    - ▪ Dates/Duration of field trip
    - ▪ Cost per student
    - ▪ Total number of students, disaggregated by race in the class participating
    - ▪ Number of students, disaggregated by race, who did not participate and reason, if known, for students' lack of participation
  - o DO NOT MAKE UP DATA IF YOU DO NOT HAVE SOME OF THE ITEMS ABOVE
  - o WRITE "NOT AVAILABLE" IN CELL IF YOU DO NOT HAVE THE DATA

- **EXTRACURRICULAR ACTIVITIES AND BEFORE/ AFTER SCHOOL PROGRAMS (to include athletics) 2013-2014**
  - o Provide an inventory of all extracurricular activities AND before and after school activities offered at each school, 2013-2014.
  - o List the title of the activity
  - o Number of students participating, by race/ethnicity
  - o Dates and times for the activity (ex: Mondays from 3:00-4:00, July 1- July 15)
  - o Teacher or others leading the activity
  
  (Yearbooks could be a good resource to assist with this requirement.)


you for your help!  We appreciate all you do.  If you need assistance, please let us know!
Cathy, Christie and Tammy

Attachment 12

## FW: Seeking your help! Time sensitive...

Cutler, Miriam G
**Sent:**　　Thursday, August 07, 2014 9:26 AM
**To:**　　Anderson, Rena
**Cc:**　　Bonner, Paul A.
**Importance:** High
**Attachments:**Donations Sponsorships an~1.xlsx (11 KB) ; Donations DocumentReq 8-2014.pdf (2 MB)


**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

**From:** Bonner, Paul A.
**Sent:** Sunday, August 03, 2014 8:36 PM
**To:** Cutler, Miriam G
**Subject:** FW: Seeking your help! Time sensitive...

Sorry this is so late. I had already left school when this was sent and have just gotten to my emails. I hope your grandson is doing ok.

Paul

**From:** Anderson, Rena
**Sent:** Friday, August 01, 2014 5:04 PM
**To:** All Principals
**Cc:** Garrett, Ruth J; Taylor, Jason W
**Subject:** Seeking your help! Time sensitive...

Hello Principals:
I am seeking your help! I am reaching out to ALL of the Schools to ask for financial records regarding **donations, sponsorships and in-kind gifts** from **August 2011-May 2014** - not just on a school level but also on a teacher level...

The School District is trying to make sure that we have a good understanding of **ALL** donations, sponsorships and in-kind gifts made to schools. We want to ensure that our records are accurate so we are collecting data from **August 2011 – May 2014** on **ALL** monetary donations, sponsorships, and in-kind donations. I know this is A LOT to ask for and my deadline is VERY short... **Monday, August 4th at noon**... Can you help me gather this information from the school level and teacher level – this doesn't mean holiday gifts that teachers receive from parents – this is regarding donations/sponsorships/in-kind gifts made to classrooms, schools, school clubs (like Math Team), etc. (yes, I know that we have the gifts to schools forms we can use but the forms do not capture the whole story).

I have attached a spreadsheet that I will be using to record all of the responses – please use this spreadsheet as well…

*Thanks for ALL of your help with this request!*

Rena Anderson | Director of Community Engagement | Huntsville City Schools
200 White Street | Huntsville, Al 35801
Office 256-428-6943 | www.huntsvillecityschools.org

***Infosnap*** – Don't forget to register your returning student(s) on Infosnap
**Please visit the Huntsville City Schools Volunteer and Resource Center at:**
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

## FW: Seeking your help! Time sensitive...

**Bonner, Paul A.**
**Sent:** Tuesday, August 05, 2014 6:04 PM
**To:** Cutler, Miriam G
**Importance:**High

Please get this in first thing tomorrow.

Paul

**From:** Anderson, Rena
**Sent:** Tuesday, August 05, 2014 5:53 PM
**To:** Bonner, Paul A.
**Subject:** FW: Seeking your help! Time sensitive...

Hello::

Sorry to bother you with this request again – I wasn't sure if you tried to send me something and it didn't make it through (my computer has a little virus and is acting up ☺) I owe this information to the attorney tomorrow and he gave me a little bit of a different format to place the information in (see headers below) – I hope you will have a chance to send this to me this evening or first thing in the morning… thanks for any info. you can provide.. hope you had a great first day today!

| Date of Donation: | School Name: | Donor: | Description of donation | Cash Value | Designated use: |
|---|---|---|---|---|---|

Rena Anderson|Director of Community Engagement|Huntsville City Schools
200 White Street|Huntsville, Al 35801
Office 256-428-6943|www.huntsvillecityschools.org

*Infosnap* – Don't forget to register your returning student(s) on Infosnap
Please visit the Huntsville City Schools Volunteer and Resource Center at:
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

**From:** Anderson, Rena
**Sent:** Friday, August 01, 2014 5:05 PM
**To:** All Principals
**Cc:** Garrett, Ruth J; Taylor, Jason W
**Subject:** Seeking your help! Time sensitive...
**Importance:** High

Hello Principals:
I am seeking your help! I am reaching out to ALL of the Schools to ask for financial records regarding **donations, sponsorships and in-kind gifts** from **August 2011-May 2014** - not just on a school level but also on a teacher level…

The School District is trying to make sure that we have a good understanding of **ALL** donations, sponsorships and in-kind gifts made to schools. We want to ensure that our records are accurate so we are collecting data from **August 2011 – May 2014** on **ALL** monetary donations, sponsorships, and in-kind donations. I know this is A LOT to ask for and my deadline is VERY short… **Monday, August 4th at noon**… Can you help me gather this information from the school level and teacher level – this doesn't mean holiday gifts that teachers receive from parents – this is regarding donations/sponsorships/in-kind gifts made to classrooms, schools, school clubs (like Math Team), etc. (yes, I know that we have the gifts to schools forms we can use but the forms do not capture the whole story).

I have attached a spreadsheet that I will be using to record all of the responses – please use this spreadsheet as well…
*Thanks for ALL of your help with this request!*

Rena Anderson|Director of Community Engagement|Huntsville City Schools
200 White Street|Huntsville, Al 35801
Office 256-428-6943|www.huntsvillecityschools.org

*Infosnap* – Don't forget to register your returning student(s) on Infosnap
Please visit the Huntsville City Schools Volunteer and Resource Center at:
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

Case 5:20-cv-01932-AKK    Document 1    Filed 12/04/20    Page 111 of 148

Number of Images: 3
Attachment File Type: PDF

Device Name: WorkCentre 5330
Device Location:

For more information on Xerox products and solutions, please visit
http://www.xerox.com/

# RE: TV Equipment Request - Providence ES

**Cutler, Miriam G**
**Sent:**Friday, August 08, 2014 9:16 AM
**To:** Bender, Heather

Is the P.O. made out to B&H or ETV.

Miriam Cutler
Administrative Assistant
Providence Elementary School
256-428-7125
256-428-7139 fax

"We are all inventors, each sailing out on a voyage of discovery, guided each by a
private chart, of which there is no duplicate. The world is all gates, all
opportunities."

-Ralph Waldo Emerson

_____

From: Bender, Heather
Sent: Friday, August 08, 2014 8:38 AM
To: Cutler, Miriam G; Crowe, Jonathan
Cc: Ward, Keith
Subject: TV Equipment Request - Providence ES

Hi Miriam,
You are good to purchase these items from me. You should be fine cutting the PO's in
NextGen due to the low cost and it's coming out of your principals.

Jonathan and Keith, for your awareness.

Have a great day!

Heather Bender
Director of Educational Technology
Huntsville City Schools
256-428-6876
Heather.Bender@hsv-k12.org

-----Original Message-----
From: Cutler, Miriam G
Sent: Friday, August 08, 2014 8:28 AM
To: Bender, Heather
Cc: Cutler, Miriam G
Subject: Per or conversation

Please open the attached document. It was scanned and sent to you using a Xerox
WorkCentre.

Sent by: 13615

**Sent:** Wednesday, July 30, 2014 10:48 AM
**To:** Anderson, Rena; Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
**Cc:** Harris, Avery M; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Li Xiulan will Join Providence on August 7th (Two weeks away!)

Paul

**From:** Anderson, Rena
**Sent:** Wednesday, July 30, 2014 10:25 AM
**To:** Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
**Cc:** Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Hi Team:

We really need to make this happen sooner rather than later... Jonathan-can you respond with the list of equipment they will need sometime today? thanks

Rena Anderson | Director of Community Engagement | Huntsville City Schools
200 White Street | Huntsville, Al 35801
Office 256-428-6943 | www.huntsvillecityschools.org

*Infosnap* – Don't forget to register your returning student(s) on Infosnap
**Please visit the Huntsville City Schools Volunteer and Resource Center at:**
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

**From:** Sutton, Marcia L
**Sent:** Tuesday, July 22, 2014 9:16 AM
**To:** Ward, Keith; Anderson, Rena
**Cc:** Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
**Subject:** Equipment for our Mandarin Classroom

Keith,

  Please send out the person who will determine needs to outfit our classroom. We want to move on ordering what is needed so that we can have a useable room asap.
Thanks! Congrats on the event this morning.
Marcia

# FW: Equipment for our Mandarin Classroom

Bonner, Paul A.
**Sent:**     Monday, August 04, 2014 11:52 AM
**To:**        Cutler, Miriam G
**Categories:** Green Category; Red Category; Yellow Category
**Attachments:**BH_497062230(1).pdf (66 KB) ; huntsvilleetv27w(1).pdf (88 KB)

**From:** Crowe, Jonathan
**Sent:** Monday, August 04, 2014 11:08 AM
**To:** Bonner, Paul A.; Anderson, Rena; Sutton, Marcia L; Ward, Keith
**Cc:** Harris, Avery M; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Here are the quotes. I'm not sure who needs to fill out the PR for this.

Please advise,
Jonathan

**From:** Bonner, Paul A.
**Sent:** Wednesday, July 30, 2014 10:48 AM
**To:** Anderson, Rena; Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
**Cc:** Harris, Avery M; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Li Xiulan will Join Providence on August 7th (Two weeks away!)

Paul

**From:** Anderson, Rena
**Sent:** Wednesday, July 30, 2014 10:25 AM
**To:** Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
**Cc:** Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
**Subject:** RE: Equipment for our Mandarin Classroom

Hi Team:

We really need to make this happen sooner rather than later... Jonathan-can you respond with the list of equipment they will need sometime today? thanks

Rena Anderson | Director of Community Engagement | Huntsville City Schools
200 White Street | Huntsville, Al 35801
Office 256-428-6943 | www.huntsvillecityschools.org

*Infosnap* – Don't forget to register your returning student(s) on Infosnap
**Please visit the Huntsville City Schools Volunteer and Resource Center at:**

https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

**From:** Sutton, Marcia L
**Sent:** Tuesday, July 22, 2014 9:16 AM
**To:** Ward, Keith; Anderson, Rena
**Cc:** Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
**Subject:** Equipment for our Mandarin Classroom

Keith,

Please send out the person who will determine needs to outfit our classroom.  We want to move on ordering what is needed so that we can have a useable room asap.

Thanks!  Congrats on the event this morning.

Marcia

# FW: Seeking your help! Time sensitive...

**Bonner, Paul A.**
**Sent:** Sunday, August 03, 2014 8:36 PM
**To:** Cutler, Miriam G
**Importance:** High
**Attachments:** Donations Sponsorships an~1.xlsx (14 KB)

Sorry this is so late. I had already left school when this was sent and have just gotten to my emails. I hope your grandson is doing ok.

Paul

---

**From:** Anderson, Rena
**Sent:** Friday, August 01, 2014 5:04 PM
**To:** All Principals
**Cc:** Garrett, Ruth J; Taylor, Jason W
**Subject:** Seeking your help! Time sensitive...

Hello Principals:

I am seeking your help! I am reaching out to ALL of the Schools to ask for financial records regarding **donations, sponsorships and in-kind gifts** from **August 2011-May 2014** - not just on a school level but also on a teacher level...

The School District is trying to make sure that we have a good understanding of **ALL** donations, sponsorships and in-kind gifts made to schools. We want to ensure that our records are accurate so we are collecting data from **August 2011 – May 2014** on **ALL** monetary donations, sponsorships, and in-kind donations. I know this is A LOT to ask for and my deadline is VERY short... **Monday, August 4th at noon**... Can you help me gather this information from the school level and teacher level – this doesn't mean holiday gifts that teachers receive from parents – this is regarding donations/sponsorships/in-kind gifts made to classrooms, schools, school clubs (like Math Team), etc. (yes, I know that we have the gifts to schools forms we can use but the forms do not capture the whole story).

I have attached a spreadsheet that I will be using to record all of the responses – please use this spreadsheet as well...

*Thanks for ALL of your help with this request!*

Rena Anderson | Director of Community Engagement | Huntsville City Schools
200 White Street | Huntsville, Al 35801
Office 256-428-6943 | www.huntsvillecityschools.org

*Infosnap* – Don't forget to register your returning student(s) on Infosnap
**Please visit the Huntsville City Schools Volunteer and Resource Center at:**
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12

P.O. BOX 1256
HUNTSVILLE, AL 35807

HOW PO NUMBER ON ALL SHIPPING CONTAINERS,                    PO NUMBER:        0273-014079
ACKING LISTS, INVOICES AND CORRESPONDENCE.                   PO DATE:          08/08/2014
                                                             EXPIRES ON:       02/04/2015
TATUS AND DATE:     **Approved  08/08/2014**                 ORIGINATOR:       Miriam Cutler

'ENDOR:  400706      AMOUNT:   4,995.00      SHIP TO:

MARSHALL GRAPHICS SYSTEMS                    PROVIDENCE ELEMENTARY
1625 GALLERIA BLVD.                          10 CHALKSTONE ST
BRENTWOOD TN 37027-2926                      HUNTSVILLE AL 35806

                                             ATTENTION:    Paul Bonner

PHONE:                 FAX:                  PHONE:                 FAX:
EMAIL:                                       EMAIL:
OST CENTER:   0273                           DELIVERY DATE:         08/08/2014
EQ NUMBER:    000000                         TERMS:                 Net 30

| TEM #    | QTY  | UM   | ITEM DESCRIPTION |  | ITEM COST  | EXTENDED AMT |
|----------|------|------|------------------|--|------------|--------------|
| tem0001  | 1.00 | Each | FG-0004 39-R001  |  | 4,995.0000 | 4,995.00     |

                                             PURCHASE ORDER TOTAL:              $4,995.00

NOTIFY BOOKKEEPER IN WRITING/BY FAX (NUMBER AT TOP OF PO) FOR APPROVAL OF
PRICE INCREASE OVER $10 OF TOTAL ORDER
A COMPLETED W-9 MUST BE ON FILE BEFORE PAYMENT IS ISSUED

LLOCATION TRACKING        GENERAL LEDGER ACCOUNT                                AMOUNT
                          12-5-1100-414-0273-7101-0-1200-7750                  4,995.00
                          INSTRUCTION, INST SOFTWARE
                                             DISTRIBUTION TOTAL:               4,995.00

273-014079

PPROVED BY:                                              DATE:  8/9/14

RINCIPAL

ECEIVED BY:                                              DATE:

14079

# MARSHALL
GRAPHICS SYSTEMS

Pro Audio | Pro Video
www.marshallgraphics.com

**Bill To:**
Jonathan Crowe
Huntsville City Schools
706 Read Drive
Huntsville, AL 35801
256-428-7860 phone
256-428-7861 fax
Jonathan.Crowe@hsv-k12.org

**Ship To:**
Jonathan Crowe
Providence Elementary School
10 Chalkstone Street
Huntsville, AL 35806
256-428-7860 phone
256-428-7861 fax
Jonathan.Crowe@hsv-k12.org

# QUOTATION

| Date |
| --- |
| 8/1/2014 |

| Invoice # |
| --- |
| |

| Quotation # |
| --- |
| Huntsville ETV-27W |

| Tax Status: |
| --- |
| |

| Customer P.O. Number |
| --- |
| |

| Item | Qty | Product No. | Description | Unit Price | Ext. Price |
| --- | --- | --- | --- | --- | --- |
| 1. | 1 | FG-000439-R001 | TRICASTER:<br>TriCaster 40 version 2 Educational (includes LiveText 2.5 and Curriculum Download). Control panel not included. | $4,995.00 | $4,995.00 |
| | | FG-000274-R001 | OPTION:<br>TriCaster 40CS Educational. Control Surface. | $1,995.00 | |
| 2. | 1 | S&H | Shipping included | $0.00 | $0.00 |

*handwritten:* 12·5·1100·414·0273·7101·0·1200·7750
*handwritten:* 12·5·1100·494·0273·7101·0·1200·7750

**REMIT TO: Marshall Graphics Systems, 1625 Galleria Blvd., Brentwood, TN 37027-2926**

| Terms | Company Check | NET 30 |
| --- | --- | --- |

| | |
| --- | --- |
| Subtotal: | $4,995.00 |
| Subtotal: | $4,995.00 |
| **TOTAL:** | **$4,995.00** |
| Less Deposit: | |
| Balance Due: | $4,995.00 |

• Customer to supply all other equipment. Prices in U.S. Dollars, exclusive of shipping, duties, taxes. FOB origin.
• Interest to be charged on any past due invoices at the lower of the following rates: 1.5% per month (18% per year) or the maximum rate allowed by law. Customer agrees to pay all expenses of collection or dispute, including but not limited to seller's attorney fees and costs. This sale is non-refundable and non-cancelable.
• Any quoted leasing rates are subject to credit approval, review of final equipment list, proper documentation, rate approval at time of order, provisions in the lease agreement, minimum leasable amount, and addition of documentation fees and any applicable taxes.

This Quotation/Agreement is accepted on behalf of Buyer:

Signed by: _____    Title: _____

Bill Weldon
Account Manager
Marshall Graphics Systems
Tel: 256-895-2686
Cel: 256-879-6221
Fax: 615-399-8898
billweldon@marshallgraphics.com

| | | |
|---|---|---|
| HOW PO NUMBER ON ALL SHIPPING CONTAINERS, | PO NUMBER: | **0273-014078** |
| ACKING LISTS, INVOICES AND CORRESPONDENCE. | PO DATE: | 08/08/2014 |
| | EXPIRES ON: | 02/04/2015 |
| TATUS AND DATE:    **Approved 08/08/2014** | ORIGINATOR: | Miriam Cutler |

'ENDOR:  23096          AMOUNT:  4,039.75          SHIP TO:

B & H PHOTO & ELECTRONICS CORP                PROVIDENCE ELEMENTARY
420 NINTH AVENUE                              10 CHALKSTONE ST
NEW YORK NY 10001                             HUNTSVILLE AL 35806

                                              ATTENTION:  Paul Bonner

PHONE: (800) 221-5743    FAX:                 PHONE:              FAX:
EMAIL:                                        EMAIL:
OST CENTER:   0273                            DELIVERY DATE:      08/08/2014
EQ NUMBER:    000000                          TERMS:              Net 30

| TEM # | QTY | UM | ITEM DESCRIPTION | ITEM COST | EXTENDED AMT |
|---|---|---|---|---|---|
| tem0001 | 2.00 | Each | JVHZHM150VZR | 279.9500 | 559.90 |
| tem0002 | 2.00 | Each | MAVT4000 | 134.9600 | 269.92 |
| tem0003 | 1.00 | Each | ASVS248HP | 169.9900 | 169.99 |
| tem0004 | 1.00 | Each | SEEW112G3A | 649.9500 | 649.95 |
| tem0005 | 1.00 | Each | MA802VLZ4 | 199.9900 | 199.99 |
| tem0006 | 2.00 | Each | JVGYHM70U | 1,095.0000 | 2,190.00 |
| tem0007 | 1.00 | Each | SEE ATTACHED | 0.0000 | 0.00 |

                                              PURCHASE ORDER TOTAL:        $4,039.75

        NOTIFY BOOKKEEPER IN WRITING/BY FAX (NUMBER AT TOP OF PO) FOR APPROVAL OF
                        PRICE INCREASE OVER $10 OF TOTAL ORDER
              A COMPLETED W-9 MUST BE ON FILE BEFORE PAYMENT IS ISSUED

| LLOCATION TRACKING | GENERAL LEDGER ACCOUNT | AMOUNT |
|---|---|---|
| | 12-5-1100-494-0273-7101-0-1200-7750 | 4,039.75 |
| | INSTRUCTION, AUDIO/VIDEO <$5000 | |
| | DISTRIBUTION TOTAL: | 4,039.75 |

273-014078

.PPROVED BY:                                              DATE: 8/8/14

'RINCIPAL

ECEIVED BY:                                               DATE:



## Government, Education, and Corporate Department
For Pricing Requests, Purchase Orders, and Customer Service:

**Phone:** 800-947-8003 / 212-239-7503
**Fax:** 800-858-5517 / 212-239-7759

Education: **emailbids@bhphoto.com**  Federal Government: **gsa@bhphoto.com**
Corporate: **corporatesales@bhphoto.com**  State and Local: **biddept@bhphoto.com**

*The Professional's Source* ━━━ **420 Ninth Avenue, New York City, NY 10001 • www.bhphotovideo.com** ━━━

Federal ID#: 13-2786071

**Prices Are Valid Until:**     08/14/14          **Bid No.:**  497062230

P.O.
14078

Sold To:
Huntsville City Schools
706 Read Dr
Attn: Etv
HUNTSVILLE, AL 35801

Ship To:
Huntsville City Schools
706 Read Drive
Attn: Keith Ward
HUNTSVILLE, AL 35801

Bill Phone:   (256)428-7860
Fax Phone:   (256)428-7861

(256)428-7860

| Date | Customer Code | Terms | Salesperson | Ship Via | | |
|------|---------------|-------|-------------|----------|---|---|
| 07/31/14 | 38323260 | N/A | 18N | STANDARD | | |

| Qty Ord | Item Description | SKU# MFR# | Item Price | Amount |
|---------|------------------|-----------|------------|--------|
| 2 | JVC REMOTE SERVO F/GY-HM150/REG<br>*This Item Has Free Shipping To The Continental USA.* | JVHZHM150VZR<br>(HZHM150VZR) | 279.95 | 559.90 |
| 2 | MAGNUS VT-4000 TRIPOD w/2 WAY FLUID VID HEAD/STUD<br>*This Item Has a Student Special Price.* | MAVT4000<br>(VT4000) | 134.96 | 269.92 |
| 1 | ASUS VS248H-P 24" LED LCD MONITOR/REG<br>*This Item Has Free Shipping To The Continental USA.* | ASVS248HP<br>(VS248HP) | 169.99 | 169.99 |
| 1 | SENNHEISER EW 112 G3 LAV SYS (A) EM100/SK100/ME 2/REG<br>*This Item Has Free Shipping To The Continental USA.* | SEEW112G3A<br>(503169) | 649.95 | 649.95 |
| 1 | MACKIE 802-VLZ4 - 8-CH  ULTRA COMPACT MXR/REG<br>*This Item Has Free Shipping To The Continental USA.* | MA802VLZ4<br>(802VLZ4) | 199.99 | 199.99 |

**Continued on Next Page ...**



# Government, Education, and Corporate Department
For Pricing Requests, Purchase Orders, and Customer Service:

**Phone:** 800-947-8003  212-239-7503

**Fax:** 800-858-5517  212-239-7759

**Email:** Education: emailbids@bhphoto.com  Corporate: corporatesales@bhphoto.com  Federal Government: gsa@bhphoto.com  State and Local: biddept@bhphoto.com

*The Professional's Source* ━━━ **420 Ninth Avenue, New York City, NY 10001 • www.bhphotovideo.com** ━━━

Federal ID#: 13-2708071

**Bid No.:**    497062230

| Date | Customer Code | Terms | Salesperson | Ship Via |
|------|---------------|-------|-------------|----------|
| 07/31/14 | 38323260 | N/A | Slsm | STANDARD |

| Qty Ord | Item Description | SKU# MFR# | Item Price | Amount |
|---------|------------------|-----------|------------|--------|
| 2 | JVC GY-HM70 HD CAMCORDER/REG | JVGYHM70U (GYHM70U) | 1,095.00 | 2,190.00 |
|   | Price After $500.00 Instant Rebate  Exp. 12/31/14 | | | |

125· 1100·494·0273·7191· 0· 1200· 7754

```
PLEASE NOTE: -----------------------------------------------------
************ B&H HOLIDAY SCHEDULE *************
We will Close on Monday August 4 at 5pm
We will remain closed on Tuesday August 5
We will reopen on Wednesday August 6 at 9am
Certain items may be enforced by vendor to sell at the
vendor-imposed price posted at the time of order.
```

| | |
|---|---|
| **Payment Type -** NO PAYMENT TYPE SELECTED | **- Amount** |

| | |
|---|---|
| Sub-Total: | 4,039.75 |
| Shipping: | 0.00 |
| Total: | 4,039.75 |

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/11/2014 | 85927746 |

| ORDER NO. | P.O. NUMBER |
|---|---|
| 498499920 | 0273014078 |

| CUSTOMER CODE | TERMS |
|---|---|
| 24039665 | 30 DAY |

| SALESPERSON | SHIP VIA |
|---|---|
| 2BT | STANDARD |

**PLEASE REMIT PAYMENT TO:**
B&H PHOTO-VIDEO
REMITTANCE PROCESSING CENTER
P.O. BOX 28072
NEW YORK, NY 10087-8072

**B&H**
PHOTO · VIDEO · PRO AUDIO
The Professional's Source™

420 NINTH AVENUE
NEW YORK, NEW YORK 10001
TEL 212.239.7760
FAX 212.239.7759
www.BandH.com

For billing inquiries please e-mail arsupport@bhphoto.com

**SOLD TO:**
2554 1 MB 0.435  E0390X I0579 D1049466683 P2108204 0001:0001

HUNTSVILLE CITY SCHOOLS
ACCOUNTS PAYABLE
PO BOX 1256
HUNTSVILLE AL 35807-4801

**SHIP TO:**

PAUL BONNER
PROVIDENCE ELEMENTARY
10 CHALKSTONE ST
HUNTSVILLE, AL 35806

Bill Phone: (256)428-8316
Work Phone: (256)428-6860

Ship Phone: (256)428-8316

| QTY ORD | QTY SHIP | QTY BO | ITEM DESCRIPTION | SKU #/MFR # | ITEM PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | | JVC REMOTE SERVO F/GY-HM150 | JVHZHM150VZR (HZ-HM150VZR) | 279.95 | 559.90 |
| 2 | 2 | | MAGNUS VT-4000 TRIPOD W/2 WAY FLUID VID HEA  This Item Has a Student Special Price. | MAVT4000/ STUD (VT-4000) | 134.96 | 269.92 |
| 1 | 1 | | ASUS VS248H-P 24" LED LCD MONITOR   SERIAL #:  E4LMQS046256  Manufacturer's Rebate  $20.00 | ASVS248HP (VS248H-P) | 169.99 | 169.99 |
| 1 | 1 | | SENNHEISER EW 112 G3 LAV SYS (A) EM100/SK10   SERIAL #:   4074492547 | SEEW112G3A (EW112G3-A) | 649.95 | 649.95 |
| 1 | 1 | | MACKIE 802-VLZ4 - 8-CH  ULTRA COMPACT MXR   SERIAL #:  002551102CPGG0768 | MA802VLZ4 (802-VLZ4) | 199.99 | 199.99 |
| 2 | 2 | | JVC GY-HM70 HD CAMCORDER   SERIAL #:  GY-HM70U  128M0600  GY-HM70U  128M0625  Regular Price:$1595.00  Manufacturer's Instant Rebate: -$500.00 Exp. 12/31/14  Your Final Price:$1095.00 | JVGYHM70U (GY-HM70U) | 1,095.00 | 2,190.00 |

| | SUB-TOTAL: | $4,039.75 |
|---|---|---|

ease contact arsupport@bhphoto.com for a copy of your invoice/statement or to receive
plicate copies of your invoice/statement in the future.  Do not forget to include your account number.
ank you.

| | TOTAL ORDER: | $4,039.75 |
|---|---|---|

deral ID#: 13-2768071

01:0001

## RE: Equipment for our Mandarin Classroom

Hatcher, Candace A
**Sent:**    Tuesday, August 05, 2014 4:09 PM
**To:**      Cutler, Miriam G
**Categories:**Yellow Category; Red Category; Green Category

There are no funds for equipment, only for salary and housing. Actually, they
underestimated all costs. In fact, we got a sparse "per diem" for one of the 3 days
which didn't cover transportation, parking or bagage Check on. Not sure what they
were thinking.

Candace Ann Hatcher

ELL Teacher

Providence, Columbia High School

256-683-3606

_____

From: Cutler, Miriam G
Sent: Tuesday, August 05, 2014 9:44 AM
To: Hatcher, Candace A
Cc: Bonner, Paul A.; Sutton, Marcia L; Walker, Missy M
Subject: FW: Equipment for our Mandarin Classroom

Before I assign a GLN number to the  P.O., I will need to know if the Grant for our
Mandarin Teacher includes covering any equipment/classroom expense or is it just for
the salary and accommodations?

The total cost will be $9034.75.

Miriam Cutler
Administrative Assistant
Providence Elementary School
256-428-7125
256-428-7139 fax

"We are all inventors, each sailing out on a voyage of discovery, guided each by a
private chart, of which there is no duplicate. The world is all gates, all
opportunities."

-Ralph Waldo Emerson

_____

From: Bonner, Paul A.
Sent: Monday, August 04, 2014 11:52 AM
To: Cutler, Miriam G
Subject: FW: Equipment for our Mandarin Classroom

_____

From: Crowe, Jonathan
Sent: Monday, August 04, 2014 11:08 AM
To: Bonner, Paul A.; Anderson, Rena; Sutton, Marcia L; Ward, Keith
Cc: Harris, Avery M; Hatcher, Candace A

Subject: RE: Equipment for our Mandarin Classroom

Here are the quotes.  I'm not sure who needs to fill out the PR for this.

Please advise,
Jonathan


_____
From: Bonner, Paul A.
Sent: Wednesday, July 30, 2014 10:48 AM
To: Anderson, Rena; Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
Cc: Harris, Avery M; Hatcher, Candace A
Subject: RE: Equipment for our Mandarin Classroom

Li Xiulan will Join Providence on August 7th (Two weeks away!)

Paul

_____
From: Anderson, Rena
Sent: Wednesday, July 30, 2014 10:25 AM
To: Sutton, Marcia L; Ward, Keith; Crowe, Jonathan
Cc: Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
Subject: RE: Equipment for our Mandarin Classroom

Hi Team:
We really need to make this happen sooner rather than later…  Jonathan-can you
respond with the list of equipment they will need sometime today?  thanks

Rena Anderson|Director of Community Engagement|Huntsville City Schools
200 White Street|Huntsville, Al  35801
Office 256-428-
6943|www.huntsvillecityschools.org<http://www.huntsvillecityschools.org/>

Infosnap - Don't forget to register your returning student(s) on Infosnap
Please visit the Huntsville City Schools Volunteer and Resource Center at:
https://volunteer.hsv-k12.org/

Follow us on:
https://www.facebook.com/huntsvillecityschools
https://twitter.com/HSVk12
http://www.youtube.com/user/ETVhsv

From: Sutton, Marcia L
Sent: Tuesday, July 22, 2014 9:16 AM
To: Ward, Keith; Anderson, Rena
Cc: Harris, Avery M; Bonner, Paul A.; Hatcher, Candace A
Subject: Equipment for our Mandarin Classroom

Keith,
    Please send out the person who will determine needs to outfit our classroom.  We
want to move on ordering what is needed so that we can have a useable room asap.
Thanks!  Congrats on the event this morning.
Marcia

# RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Bonner, Paul A.
**Sent:** Friday, August 01, 2014 11:28 AM
**To:** Cutler, Miriam G
**Categories:**Purple Category

Thank you Miriam.

**From:** Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 3:16 PM
**To:** Bonner, Paul A.
**Subject:** RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

**From:** Bonner, Paul A.
**Sent:** Wednesday, July 30, 2014 4:34 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

I meant to get with you about this today. See if you can work on this info. I realize it is unreasonable, but with us not there, maybe you can get on the spreadsheet. I'll call you in the morning.

Paul

**From:** Bonner, Paul A.
**Sent:** Tuesday, July 29, 2014 8:36 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Could you please pull all of this info together. Sorry about the short notice.

Paul

**From:** Finley, Christie H

**Sent:** Tuesday, July 29, 2014 4:48 PM

**To:** Alexander, Presonia LS; Ashley, Dawn S; Balentine, Rebecca S; Bardwell, Heather; Barnes, Fredrick C; Bonner, Paul A.; Boyd, Patricia I; Bray, Autumn H; Bryant, Glenn D; Burton, Jamie; Cobb, Shelton S; Davis, Towana M; Douthit, Jennifer B; Edwards, Debi S; Edwards, Paula L.; Graham, Sanchella; Greer, Jeanne E; Hachar, Lisa A.; Harris, Peggy Y; Hasty, Dianne L; Hicks, Gregory L; Jobe, Anne M; Jones, Eric; Kalange, Lucretia J; King, Aaron G; Lindsey, Melissa D; Little, Barbara M; Mason, Amy; Mays, Lois Ann Martin; Mincher, Mark A; Morris, Michael; Porter, Clifford D.; Scott, Bradley A; Scott, Timothy; Thorson, Stewart; Wallace, Michele; West, Debra; White, Donna H; Wieseman, Kevin J; Worshim, Laura M

**Cc:** Summerville, Tammy S; Finley, Christie H; Vasile, Catherine R
**Subject:** URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Dear Principals,

We know that at this busy time of year, this request adds to your frontload of getting school open. However, DOJ has requested that the following information be submitted and we must

comply.

Therefore, we are asking you to do the following. Please send your DOI the following by **Monday, August 1 at 12:00 NOON. THIS IS A FIRM DEADLINE.**

**USE THE ATTACHED SPREADSHEET TO COMPLETE THE DATA REQUIRED. ADD ANY ADDITIONAL LINES IF MORE ARE NEEDED. THERE ARE TWO TABS IN THIS SPREADSHEET THAT ADDRESS THE INFORMATION WE HAVE REQUESTED.**

- · **FIELD TRIPS:**
    - o **We need your 2013-2014 field trip forms. PLEASE ATTACH YOUR FIELD TRIP FORMS ALONG WITH THE COMPLETED SPREADSHEET AND EMAIL TO DOI.**
    - o **Please see attached spreadsheet and add the following information:**
        - ▪ Name of school
        - ▪ Grade/ Class participating in the field trip
        - ▪ Destination of field trip
        - ▪ Dates/Duration of field trip
        - ▪ Cost per student
        - ▪ Total number of students, disaggregated by race in the class participating
        - ▪ Number of students, disaggregated by race, who did not participate and reason, if known, for students' lack of participation
    - o DO NOT MAKE UP DATA IF YOU DO NOT HAVE SOME OF THE ITEMS ABOVE
    - o WRITE "NOT AVAILABLE" IN CELL IF YOU DO NOT HAVE THE DATA

- · **EXTRACURRICULAR ACTIVITIES AND BEFORE/ AFTER SCHOOL PROGRAMS (to include athletics) 2013-2014**
    - o Provide an inventory of all extracurricular activities AND before and after school activities offered at each school, 2013-2014.
    - o List the title of the activity
    - o Number of students participating, by race/ethnicity
    - o Dates and times for the activity (ex: Mondays from 3:00-4:00, July 1- July 15)
    - o Teacher or others leading the activity

    (Yearbooks could be a good resource to assist with this requirement.)


you for your help! We appreciate all you do. If you need assistance, please let us know!
Cathy, Christie and Tammy

# RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Bonner, Paul A.
**Sent:**      Friday, August 01, 2014 11:28 AM
**To:**          Cutler, Miriam G
**Categories:**Purple Category

Thank you Miriam.

**From:** Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 3:16 PM
**To:** Bonner, Paul A.
**Subject:** RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

**From:** Bonner, Paul A.
**Sent:** Wednesday, July 30, 2014 4:34 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

I meant to get with you about this today. See if you can work on this info. I realize it is unreasonable, but with us not there, maybe you can get on the spreadsheet. I'll call you in the morning.

Paul

**From:** Bonner, Paul A.
**Sent:** Tuesday, July 29, 2014 8:36 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Could you please pull all of this info together. Sorry about the short notice.

Paul

**From:** Finley, Christie H
**Sent:** Tuesday, July 29, 2014 4:48 PM
**To:** Alexander, Presonia LS; Ashley, Dawn S; Balentine, Rebecca S; Bardwell, Heather; Barnes, Fredrick C; Bonner, Paul A.; Boyd, Patricia I; Bray, Autumn H; Bryant, Glenn D; Burton, Jamie; Cobb, Shelton S; Davis, Towana M; Douthit, Jennifer B; Edwards, Debi S; Edwards, Paula L.; Graham, Sanchella; Greer, Jeanne E; Hachar, Lisa A.; Harris, Peggy Y; Hasty, Dianne L; Hicks, Gregory L; Jobe, Anne M; Jones, Eric; Kalange, Lucretia J; King, Aaron G; Lindsey, Melissa D; Little, Barbara M; Mason, Amy; Mays, Lois Ann Martin; Mincher, Mark A; Morris, Michael; Porter, Clifford D.; Scott, Bradley A; Scott, Timothy; Thorson, Stewart; Wallace, Michele; West, Debra; White, Donna H; Wieseman, Kevin J; Worshim, Laura M
**Cc:** Summerville, Tammy S; Finley, Christie H; Vasile, Catherine R
**Subject:** URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Dear Principals,

We know that at this busy time of year, this request adds to your frontload of getting school open. However, DOJ has requested that the following information be submitted and we must

comply.

Therefore, we are asking you to do the following. Please send your DOI the following by **Monday, August 1 at 12:00 NOON. THIS IS A FIRM DEADLINE.**

**USE THE ATTACHED SPREADSHEET TO COMPLETE THE DATA REQUIRED. ADD ANY ADDITIONAL LINES IF MORE ARE NEEDED. THERE ARE TWO TABS IN THIS SPREADSHEET THAT ADDRESS THE INFORMATION WE HAVE REQUESTED.**

- · **FIELD TRIPS:**
    - o **We need your 2013-2014 field trip forms. PLEASE ATTACH YOUR FIELD TRIP FORMS ALONG WITH THE COMPLETED SPREADSHEET AND EMAIL TO DOI.**
    - o **Please see attached spreadsheet and add the following information:**
        - ▪ Name of school
        - ▪ Grade/ Class participating in the field trip
        - ▪ Destination of field trip
        - ▪ Dates/Duration of field trip
        - ▪ Cost per student
        - ▪ Total number of students, disaggregated by race in the class participating
        - ▪ Number of students, disaggregated by race, who did not participate and reason, if known, for students' lack of participation
    - o DO NOT MAKE UP DATA IF YOU DO NOT HAVE SOME OF THE ITEMS ABOVE
    - o WRITE "NOT AVAILABLE" IN CELL IF YOU DO NOT HAVE THE DATA

- · **EXTRACURRICULAR ACTIVITIES AND BEFORE/ AFTER SCHOOL PROGRAMS (to include athletics) 2013-2014**
    - o Provide an inventory of all extracurricular activities AND before and after school activities offered at each school, 2013-2014.
    - o List the title of the activity
    - o Number of students participating, by race/ethnicity
    - o Dates and times for the activity (ex: Mondays from 3:00-4:00, July 1- July 15)
    - o Teacher or others leading the activity

    (Yearbooks could be a good resource to assist with this requirement.)

you for your help! We appreciate all you do. If you need assistance, please let us know!
Cathy, Christie and Tammy

# RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Bonner, Paul A.
**Sent:** Friday, August 01, 2014 11:28 AM
**To:** Cutler, Miriam G
**Categories:**Purple Category

Thank you Miriam.

**From:** Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 3:16 PM
**To:** Bonner, Paul A.
**Subject:** RE: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

**From:** Bonner, Paul A.
**Sent:** Wednesday, July 30, 2014 4:34 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

I meant to get with you about this today. See if you can work on this info. I realize it is unreasonable, but with us not there, maybe you can get on the spreadsheet. I'll call you in the morning.

Paul

**From:** Bonner, Paul A.
**Sent:** Tuesday, July 29, 2014 8:36 PM
**To:** Cutler, Miriam G
**Subject:** FW: URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Could you please pull all of this info together. Sorry about the short notice.

Paul

**From:** Finley, Christie H
**Sent:** Tuesday, July 29, 2014 4:48 PM
**To:** Alexander, Presonia LS; Ashley, Dawn S; Balentine, Rebecca S; Bardwell, Heather; Barnes, Fredrick C; Bonner, Paul A.; Boyd, Patricia I; Bray, Autumn H; Bryant, Glenn D; Burton, Jamie; Cobb, Shelton S; Davis, Towana M; Douthit, Jennifer B; Edwards, Debi S; Edwards, Paula L.; Graham, Sanchella; Greer, Jeanne E; Hachar, Lisa A.; Harris, Peggy Y; Hasty, Dianne L; Hicks, Gregory L; Jobe, Anne M; Jones, Eric; Kalange, Lucretia J; King, Aaron G; Lindsey, Melissa D; Little, Barbara M; Mason, Amy; Mays, Lois Ann Martin; Mincher, Mark A; Morris, Michael; Porter, Clifford D.; Scott, Bradley A; Scott, Timothy; Thorson, Stewart; Wallace, Michele; West, Debra; White, Donna H; Wieseman, Kevin J; Worshim, Laura M
**Cc:** Summerville, Tammy S; Finley, Christie H; Vasile, Catherine R
**Subject:** URGENT - INFORMATION NEEDED BY DOJ- DUE AUGUST 1 NOON

Dear Principals,

We know that at this busy time of year, this request adds to your frontload of getting school open. However, DOJ has requested that the following information be submitted and we must

https://mail.hsv-k12.org/owa/?ae=Item&t=IPM.Note&id=RgAAAACWaUiWX88iRa5Poy2%2fm80pBwDOjXSvaCgWS4OWCjR3vOwOAAAA9s6UAADOjXSvaCg... 1/2

comply.

Therefore, we are asking you to do the following. Please send your DOI the following by **Monday, August 1 at 12:00 NOON. THIS IS A FIRM DEADLINE.**

**USE THE ATTACHED SPREADSHEET TO COMPLETE THE DATA REQUIRED. ADD ANY ADDITIONAL LINES IF MORE ARE NEEDED. THERE ARE TWO TABS IN THIS SPREADSHEET THAT ADDRESS THE INFORMATION WE HAVE REQUESTED.**

- **FIELD TRIPS:**
  - **We need your 2013-2014 field trip forms. PLEASE ATTACH YOUR FIELD TRIP FORMS ALONG WITH THE COMPLETED SPREADSHEET AND EMAIL TO DOI.**
  - **Please see attached spreadsheet and add the following information:**
    - Name of school
    - Grade/ Class participating in the field trip
    - Destination of field trip
    - Dates/Duration of field trip
    - Cost per student
    - Total number of students, disaggregated by race in the class participating
    - Number of students, disaggregated by race, who did not participate and reason, if known, for students' lack of participation
  - DO NOT MAKE UP DATA IF YOU DO NOT HAVE SOME OF THE ITEMS ABOVE
  - WRITE "NOT AVAILABLE" IN CELL IF YOU DO NOT HAVE THE DATA

- **EXTRACURRICULAR ACTIVITIES AND BEFORE/ AFTER SCHOOL PROGRAMS (to include athletics) 2013-2014**
  - Provide an inventory of all extracurricular activities AND before and after school activities offered at each school, 2013-2014.
  - List the title of the activity
  - Number of students participating, by race/ethnicity
  - Dates and times for the activity (ex: Mondays from 3:00-4:00, July 1- July 15)
  - Teacher or others leading the activity

  (Yearbooks could be a good resource to assist with this requirement.)

you for your help! We appreciate all you do. If you need assistance, please let us know!
Cathy, Christie and Tammy

# Bus Contracts

Cutler, Miriam G
**Sent:** Thursday, July 31, 2014 4:57 PM
**To:**   Bonner, Paul A.
**Cc:**   Sutton, Marcia L; Walker, Missy M; pve.clerical

Paul I've placed the bus contracts in your "to be signed" folder.  After signing them please give them to Ms. Green to scan and e-mail to Marcie Stewart. ( marcie.stewart@hsv-k12.org )

As far as Mrs. Diane Rodgers' contract, when I receive her demographic information from Candace I'll be able to finish preparing it for processing.


Have a wonderful weekend and I will see everyone on Monday.


*Miriam Cutler*
*Administrative Assistant*
*Providence Elementary School*
*256-428-7125*
*256-428-7139 fax*
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson



# Projectors

Cutler, Miriam G
**Sent:**     Thursday, July 31, 2014 4:49 PM
**To:**     Bonner, Paul A.
**Cc:**     Sutton, Marcia L; Knight, Karen A
**Categories:**Green Category

I spoke with Karen this afternoon, Marcia was part of the conversation, in regards to the projector cost. Karen has someone coming in on Monday in regards to assessing our needs and what if any expense we may have.

Karen please feel free to correct me if I misunderstood our conversation.

I'll see everyone Monday.

**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

# RE: Action Change

Cutler, Miriam G
**Sent:**Monday, July 28, 2014 11:39 AM
**To:**  Bonner, Paul A.

Good Morning Paul,

Our internet/e-mail access has been down until a little while ago. Mrs. Walker told me this morning what you wanted done.  I immediately took care of the Action Change and submitted the requisition as soon as the internet was up. However, now I'm seeing your e-mail and it said to check with Simmons first on the requisition. In light of this, do you want me to cancel the already submitted requisition?


**Miriam Cutler**
**Administrative Assistant**
**Providence Elementary School**
**256-428-7125**
**256-428-7139 fax**
"We are all inventors, each sailing out on a voyage of discovery, guided each by a private chart, of which there is no duplicate. The world is all gates, all opportunities."
-Ralph Waldo Emerson

**From:** Bonner, Paul A.
**Sent:** Monday, July 28, 2014 8:07 AM
**To:** Cutler, Miriam G
**Cc:** Sutton, Marcia L; Walker, Missy M
**Subject:** Action Change

Miriam,
    Welcome back :).  Could you please make and Action Change form to move Lydia Avery from 2nd Grade to Fourth Grade.  Also go on search soft and find out from Lee Simmons when we can begin action for hiring new 2nd grade teacher.

Paul

A week before I was going
to resign Mr. Embry asked me
who was going to be my re-
placement. I told him that
it would be Mrs. Miriam Cutler
from Huntsville High well later
that week Jami made a visit
to the school (Westlawn) and
after that visit Mr. Embry said
that he needed to speak with me.
He asked what did I know about
this lady coming from Huntsville
High. I stated that she was a
good person and a good worker
"why"?, Well he said to me that
Jami didnt have anything nice
to say to him about her, so that's
when Mr. Embry said the only
way he would let her come
over here would be if Dr.
Ann Roy moore would have to
Sign off on it. I talked to mr.
Embry and said to him you
cant believe everything people

Say unless you give that person
a chance yourself and then make
your mind up because she could
be wrong. He said then that he
would because he could tell some-
thing was just not right about
the conversation they had.

Donna
White

## EMPLOYEE CONFERENCE REPORT

Date    11/14/02

**Employee:**    Miriam Cutler

**Work Station:**    Huntsville High

**Reason for Conference:**    Poor attendance.  No accumulated leave-has used 5 days LWOP.

**Corrective Action Taken:**    Conference with employee; requirement of doctor's

excuse when using sick leave.

**Disciplinary Action Recommended/Taken:**    Conference with employee.  No other action

taken at this time.

**Supervisors Remarks:**    Mrs. Cutler has, on one occassion, failed to notify me

that she would be out of work.  She calls in sick at the very last minute when she

should be on campus (i.e calls in at 7:35 when she should be at her assigned duty

station at 7:30).    Her lack of attendance puts a strain on everyone who depends on her.

**Employees Remarks:**    I have faithfully given notification and would be

more than willing to produce Dr. Statements.  My average call in time is

7:35; however, there have been many occassions when I have stayed late to

stay with students. I make the mistake of doing that

on my own time.

_Jami ____ton_    _C. Little_
**Supervisors Signature**    **Employees Signature**

_11/14/02_    _11-18-02_
Date    Date

_Wade ___scom__
**Directors Signature**

_11/19/02_
Date

**APPROVED FOR INCLUSION IN
HR FILE:**
YES  X    NO _____
_Amn Ylu huore_
SIGNATURE

**Additional Remarks:**    I have verbally discussed these issues with Miriam on several

occassions with no improvement on her part.

Note:  Add supplemental sheets if necessary.

HCS240-16 Oct 86

**EMPLOYEE CONFERENCE REPORT**

**Date** 11/18/02

**Employee:** Miriam Cutler

**Work Station:** Huntsville High

**Reason for Conference:** Job performance; Selective adherence to rules.

**Corrective Action Taken:** Conference with employee

**Disciplinary Action Recommended/Taken:** ~~Conference with employee~~

No further action at this time.

**Supervisors Remarks:** I have received several complaints from the administration at Huntsville High in reference to Mrs. Cutler's lack of ability to accept constructive criticism as well as her selective adherence to school rules and procedures.

**Employees Remarks:** I do not agree with the above statement the reason being that was the only meeting that took place referencing cutigism took place in the conference room in front of my peers and cousrthes, which I in turn wrote a report of complaint on. Please reference the same report.

Supervisors Signature

Date 11/18/02

Employees Signature

Date 11-18-02

Directors Signature

Date 11/19/02

**APPROVED FOR INCLUSION IN HR FILE:**
YES X    NO
SIGNATURE

**Additional Remarks:** Mrs. Cutler started out as an employee with a willingness to learn her role as a security officer, however, her attitude has changed drastically and she makes no effort to communicate with the other security officer at HHS nor the police officers. She is always defensive when communicating with her and borderline insubordinate at times.

**Note: Add supplemental sheets if necessary.**

HCS240-16 Oct 86

Jan 6, 2003

7:45 pm 1-5-03: Spoke with Al last night to find out time of mtg and if we're supposed to be in uniform

Called Al Lankford at 7:40 to let him know that I'd be approx 5 min. late to the 8:00 am in service mtg, due to having to wait for the arrival for my babysitter for my 4 children

(Mtg had not started as of yet when I arrived) I arrived at 8.05 at the annex, Al Holder walked in front of me into the conference room, he signed in and then I signed in. When I signed in Jamie Tipton addressed the whole class and said " Well I thought that when I sent out a memo saying to be here at 7:45 some people would manage to be here on time." (Al Lankford told me of a 8:00 am mtg last night)
- I took my seat.
- 8:15 Rodger and Robert come in, nothing was said to them
- 8:20 Jimmy comes in nothing said to him
- 8:30 Adrean comes in nothing said to her.

Meeting begins    8:35

Jamie starts out with, no one has to like her

but she's here to do a job she's not here
to make friends.

Comments made by Jamie

• Everyone recieved a memo saying start time
and to wear uniform.

(I had not recieved a memo, most likely
because I had moved to 2'd offering schools
within 3 week time frame) I found out they
info through ATI. last night

• She then comments about tardiness to the
metyos says, do you you understand Miriam yes
I'm calling out individuals. (She called no one else by name)
I said yes, however I spoke with Al Lankford
this morning and he said no problem, I didn't
want to bring my kid to work" She then said
you recieved a memo like everyone else as
you should have made arrangements. I said
yes ma'am, I had made arrangement with the sitter
was late, so I called Al to let him know,
and he said ok.

She at that time said "Robert, Rodger did
you all not recieve the memo" They said
no. They had reported on campus

All comments took place infront of speaker Jan Ward

1-6-03

8:50am • Introduces speaker Jan Ward

• Time to perform rescue breathing
Jan Ward says, "for any ladies wearing
lipstick, you may want to wipe it
off because it does tend to smear. I demonstrated
to Jan Ward (by pressing my lips to a piece of paper) that
my lipstick was the 8 hour kind (which does not
come off) she said o.k.
Jamie Tipton then says "Miriam!" I turned
and around to face her and she wipes her
lips on the back of her hand indicating to
me to take it off. Which my lipstick wouldn't
come off with out make up removing oil.

Class proceeded without further incident.

'-10-03

· Went 10-8 / 10-66 to annex at
7:00 am ; back at school at 7:15 am
· At called cell phone said that per Wade's instru
· Jann Tipto would be my immediate
supervisor from here on out. and that as of
Monday I would officially be 205A. I said ok

· I was walking towards the front of the
office and I saw Jamie she said she
needed to meet with me and discuss some
things I said ok. Then the bell rang
I asked her if she wanted to meet after
the kids got back in class. or did she want to
meet now at the office (Security Office) she said
she'd wait until after the bell.
· She asked "where are you going" I said to
put my purse in the office, I had left my keys in
the lounge, and then to the cafeteria.
She said "Is that your assigned post" I
said I didn't have an assigned post I'm get to
everywhere, in the mornings either Landry or myself
will be in the cafeteria with the students and
one of us is at the front.)

Blocked She said she'd meet me in the cafeteria.

I went to the cafeteria, she approached me in there, infront of students and proceeded to tell me that she did not appreciate my attitude and that she was my direct supervisor and I may not like her but she has a job to do and that I need get rid of my attitude.

I responded by saying "I have never approached you in a disrespectful way any question/(s) you have asked me I have answered respectfully and you are right wether I like you or not has nothing to do with the job you have to do, I have and will continue to respect the position you hold."

She said "well there's nothing personal" and I responded by saying "I don't take anything personal we all have a job to do."

1-10-03     3.45 mtg held in regards to being moved under
            Al's supervision at HEA.

            Rex adviced that he and Judy _  _
            speak with Wade L. .

            " PRofessional Rights and responsibilities "

            " Fair Dismisal Law "

            EOC Policy

            If disciplinary actions are being taken against sl have
            a right to a HEA representative.

        *   Mr Chealam or Judy Rushton.    533-7570

            Follow up Mtg.

        '   Bring evaluations and statements to mtg 3.45 Murs.

1-13-03

- At 12:34pm went 10:46 I had to call Central security Office to let them know my radio didn't charge fully. Please let Jami know, so if she needed to get in touch with Officer Sandry would be able pass me the message. (Spoke with Shield)

- At 12:55pm I called in 10:47 when I walked into the building Officer Sandry said Jami called for me on the Radio several times, returned her call at 12:58pm. She inquired as to why my radio wasn't charged, I said it may not have connected in the base correctly. She said that she'd be over today to give me a bracket for the charger that would hold the radio in place. I said ok.

  2:10pm    Custodian (Go) approached me and said that Jami dropped off the something for me and She handed it to me, She said Jami had asked her to give this to me.

  Maude Ellison informed me that she had told Jami that my radio wasn't working prior to her trying to raise me on the radio. When she heard Jami calling for me on the radio Maude called her and restated that my radio wasn't working.

5:15pm    I made it home,... my radio was on the charger making a high pitched sound.

5:25pm    I called Jami's cell phone and left a message indicating that ~~there~~ there may be a default in my battery.

5:29pm    Jami returned my call and she said ~~that~~ I have to go to the Annex first thing in the morning and switch out my battery for a hot one (charged) from the control room. She said ~~that~~ she'd deal with the control room people later.

1-14-03

6:45 am    Switched out batteries, per Jami's instructions.

⊛ 6:55 am    Reported on Westlawn Campus.

3:30 pm    Jami called my cell phone and asked me why I hadn't answered my radio a minute ago . . . before I was able to respond she said "never mind, I can hear all the kids in the background." "You must be outside" I said "Yes, & we (I-darryl) are waiting on a couple of buses, but let me call you back from the school phone, my battery is running low on my cell phone." She said "OK!"

I called her back immediately. Deeded

Jami: "I just wanted to know what week did you work by yourself at Westlawn?"

Me: "The week before Christmas break."

Jami: "~~And you started with~~ "I just wanted to make sure I had that correct."

Me: "Yes maam."

Jami: "Well everyone is saying what a wonderful job you're doing and that they are happy to have you there."

Me: "Thank you, I appreciate that. Well, it's a little after 3:30, so I'm going to go ahead and call out."

Jami: "Ok, take care."

Me: "Thanks, you too."


I walked back outside and asked Landon if he had heard Jami calling me. (Because the mike sits on his shoulder). He said "no, probably because of all the kids." I said "Yeah. If you ever hear her call me and I don't respond, please let me know so I can radio her back." He said "No problem."

1-15-03

8.05 am    joum called me on the radio. I replied/answered.
           "She said 200B. was trying to make contact. I said
           ok. thank you