# Amended Complaint

I have personally observed the Respondent provide an inequality in wages between myself and similarly situated white employees that have less experience and education. In April 2018, as part of a reorganization, three white female employees were given title changes from Accounting Clerk to Finance Generalist. As a result of this title change, all three employees were given a significant pay increase. In October 2018, I was moved to Accounts Payable and began Accounts Payable work. I was also relocated to the Accounts Payable area. Although I have more education and experience, I was never placed on a comparable pay-scale with the other three white female employees in the Accounts Payable department.

I have been the victim of racial discrimination with respect to promotions, pay, and other terms and conditions of employment. I believe that I have been the victim of retaliation against me for inquiring about my inequitable salary. Further, I believe these transfers were an attempt to obfuscate my claims to salary adjustment.

I was directly affected by said discriminatory practices by being deprived of the opportunity to be employed in an environment free of racial discrimination. This action by Huntsville City Schools is also not comparable to the treatment of my similarly situated white coworkers, all three of whom received title changes, remained at the central office, and received annual pay raises ranging from over 25% to nearly 30%. In contrast, this action would represent approximately a 10% annual pay raise for me. Further, the transfer conducted for the "person or political reasons" of retaliation would remain in effect.

I as a Hispanic woman have been the victim of discrimination and retaliation with respect to appointments, selection decisions, job assignments, promotions, training, discipline, compensation benefits, and other terms and conditions of employment.

Huntsville City Schools has through its inequitable compensation and retaliatory transfer violated my rights under Board policy as well as State and Federal law. It was made clear that Huntsville City Schools would not change their position and I was forced to resign my position on October 1, 2019.

Thus, upon information and belief, I as a Hispanic have been discriminated against because of my race, in violation of the Civil Rights Act of 1964, as amended. The Respondent's employment practices also have a disparate impact on me as a Hispanic employee in that they affect me disproportionately in relation to similarly situated whites.

FILED
2021 MAR -1 A 9:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case # 5:20-CV-1932AKK

Miriam G. Becker-Beverly

3/1/21